UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MAG JEWELRY CO., INC.

Plaintiff

VS. C.A. NO.: 04-174T

CHERokee, INC., ROBERT MARGOLIS,
AND TARGET CORPORATION d/b/a
TARGET STORES

Defendants

FILED SEP 01 2004 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Now comes your Plaintiff, Mag Jewelry Co., Inc., pursuant to Rule 15 of the Federal Rules of Civil Procedure, and moves this Honorable Court for an Order allowing the Plaintiff to amend its Complaint to add Style Accessories, Inc. as a party Defendant, in conformity with the Amended Complaint, attached hereto and marked Exhibit "1". As grounds for its Motion, Plaintiff relies on the attached Memorandum of Law filed contemporaneously herewith.

Plaintiff,
By and Through Its Attorneys,

Thomas A. Tarro III, Esq. #2046
THE LAW FIRM OF THOMAS A. TARRO III, ESQ.
The Summit East - Suite 330
Centerville Road
Warwick, RI 02886
(401) 737-7200
(401) 732- 3362 (facsimile)

GRANTED
Ernest C. Torres
Chief, US District Judge
10/8/04

**CERTIFICATION**

I hereby certify that I mailed a copy of the above Motion to Amend Complaint regular mail on the 31st day of August, 2004 to:

Craig M. Scott, Esq.
DUFFY & SWEENEY, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

Judy Laws