UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MAG JEWELRY CO., INC. :
Plaintiff :
:
vs. : C.A. No. 04-174 T
:
CHEROKEE, INC., ROBERT MARGOLIS :
AND TARGET CORPORATION d/b/a :
TARGET STORES and STYLE :
ACCESSORIES, INC. :
Defendants :

RECEIVED
JUN 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS ASSERTED AGAINST DEFENDANT ROBERT MARGOLIS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), all parties hereby stipulate to the dismissal with prejudice of all claims asserted against Defendant Robert Margolis.

Defendants,
CHEROKEE, INC.; ROBERT MARGOLIS; and TARGET CORPORATION d/b/a TARGET STORES

By Their Attorneys,

Craig M. Scott, Esq. (# 4237)
Christine K. BushEsq. (# 5587)
Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
(401) 455-0700
(401) 455-0701 (Facsimile)

Dated: June 8, 2005

Plaintiff,
MAG JEWELRY CO., INC.

By Its Attorneys,

Thomas A. Tarro, III, Esq. (#2046)
Kris R. Macaruso Marotti, Esq.
300 Centerville Road
Warwick, RI 02886
(401) 737-7200
(401) 732-3362 (Facsimile)

Dated: June 8, 2005

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge
DATE 6/14/05

Defendant,
STYLE ACCESSORIES, INC.

By Its Attorneys,

Tom Noel, Esq. (#4239)
Noel & Gyorgy
50 South Main St.
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)

Dated: June 8, 2005

*H:\Clients\Target Corporaton.MAG\Style Fashion Jewelry - Mag\Pleadings\Stipulation of Dismissal re Margolis.doc*