**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA04-174T** **DATE: June 27, 2005**

**TITLE: MAG JEWELRY CO., INC. v. CHEROKEE, INC., et al.**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Tom Tarro, Esq.
Kris Marotti, Esq.
Tom Noel, Esq.
Craig Scott, Esq.

**PROCEEDING:** Plaintiff's Motion in Limine
Plaintiff's Motion to Strike Pleading

Attorneys argue.

**RULING:** **Motion in Limine - Denied.**
**Motion to Strike - Granted.**
**Order to follow by the Court.**