UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED

MAY 25 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MAG JEWELRY CO., INC.

Plaintiff

VS. C.A. NO.: 04-174T

CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.

Defendants

6/27/05: GRANTED FOR THE REASONS STATED AT TODAY'S HEARING. USMJ

**PLAINTIFF'S OBJECTION TO DEFENDANT, STYLE ACCESSORIES, INC.'S, REQUEST FOR ADMISSIONS AND MOTION TO STRIKE PLEADING**

Now comes the Plaintiff, Mag Jewelry Co., Inc., and objects to the Defendant Style Accessories, Inc,'s Request for Admissions propounded upon the Plaintiff, Mag Jewelry Co., Inc., and moves this Court for an Order striking the entire pleading. As grounds for its Objection and Motion, the Plaintiff relies on the attached Memorandum of Law, which is filed contemporaneously herewith.

Plaintiff,
By and Through Its Attorney,

[signature]

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐ ____
Ernest C. Torres, Chief Judge
Date: 6/9/05