UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAY 25 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAG JEWELRY CO., INC. | : | |
| Plaintiff | : | |
| VS. | : | C.A. NO.: 04-174T |
| CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC. | : | |
| Defendants | : | |

6/27/05: DENIED FOR THE REASONS STATED AT TODAY'S HEARING USMJ

**PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE EXPERT TESTIMONY FROM DAVID R. JOSEPHS, ESQ. ON BEHALF OF THE DEFENDANTS AT THE TRIAL IN THIS MATTER**

Now comes the Plaintiff, Mag Jewelry Co., Inc., and moves this Honorable Court for an Order precluding the Defendants, Cherokee, Inc., Robert Margolis and Target Corporation d/b/a Target Stores, and Style Accessories, Inc., from presenting expert testimony from David R. Josephs, Esq. at the trial in this matter. As grounds for its Motion, Plaintiff relies on the attached Memorandum, which is filed contemporaneously herewith.

Plaintiff,
By and Through Its Attorney,

Thomas A. Tarro

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
☐ ____________________
Ernest C. Torres, Chief Judge
Date: 6/9/05

6-27-05 @ 10:00