UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br>Plaintiff | : | |
| vs. | : | C.A. No. 04-174T |
| CHEROKEE, INC., ROBERT MARGOLIS<br>TARGET CORPORATION D/B/A<br>TARGET STORES and STYLE<br>ACCESSORIES, INC.<br>Defendants | : | |

**DEFENDANT STYLE ACCESSORIES, INC.'S**
**MOTION TO EXCEED PAGE LIMITS**

Defendant Style Accessories, Inc. ("Style") respectfully moves for leave of Paragraph 7 of the Court's *Pretrial Order* concerning page limits with respect to the summary judgment motion Style intends to file on behalf of all defendants. In support of this *Motion*, Style contemporaneously submits a *Memorandum In Support*.

Dated: July 6, 2005

Respectfully submitted,

STYLE ACCESSORIES, INC.
By Its Counsel,

[signature]

Thomas R. Noel (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
401.272.7400 Telephone
401.621.5688 Facsimile

**CERTIFICATION**

I hereby certify that on July 6, 2005 I served a copy of the foregoing via First Class Mail to Thomas A. Tarro III, Esq., The Summit East, Suite 330, Centerville Road, Warwick, RI 02886 and to Craig M. Scott, Esq., Duffy Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, RI 02903.

Ellen M. Brunelle

TRN/

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br>Plaintiff | : | |
| vs. | : | C.A. No. 04-174T |
| CHEROKEE, INC., ROBERT MARGOLIS<br>TARGET CORPORATION D/B/A<br>TARGET STORES and STYLE<br>ACCESSORIES, INC.<br>Defendants | : | |

**MEMORANDUM OF LAW IN SUPPORT OF**
**STYLE ACCESSORIES, INC.'S MOTION TO EXCEED PAGE LIMITS**

Defendant Style Accessories, Inc. ("Style") respectfully moves for leave of this Court's PreTrial Order concerning page limits relative to the summary judgment motion Style intends to file on behalf of all defendants.[1] Style requests permission to exceed the limit of fifteen (15) pages for its memorandum in support of summary judgment and the limit of ten (10) pages for exhibits that will be submitted in support of its motion.

Plaintiff claims copyright infringement involving a pair of copyright registrations for a simple and ubiquitous piece of costume jewelry commonly known as a "crystal angel." Access to the plaintiff's work is a critical element of this or any copyright plaintiff's case. Defendants have adduced significant evidence concerning prior and contemporaneous crystal angel creations by others. These other creations impact Mag's

[1] Defendants' proposed motion was the subject of a summary judgment conference held before The Honorable Ernest C. Torres on June 8, 2005. Judge Torres at that time directed that defendants' summary judgment papers be filed by the end of July.

claimed priority rights in and to its crystal angel and its claim that the angel sold by the defendants was copied from the Mag crystal angel. Defendants intend to present several affidavits, deposition segments, and documentary evidence in support of these points. Moreover, defendants intend to present the legal argument that the piece claimed by the plaintiff is and was so basic – as evidenced in part by the other independent creations of essentially the same structure -- that it is not properly subject to copyright protection and/or that the existing registration is unenforceable.

For these reasons, Style respectfully requests that this Motion to Exceed the Page Limits be granted.

Dated: July 6, 2005

Respectfully submitted,

STYLE ACCESSORIES, INC.
By Its Counsel,

TRN

Thomas R. Noel (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
401.272.7400 Telephone
401.621.5688 Facsimile

**CERTIFICATION**

I hereby certify that on July 6, 2005 I served a copy of the foregoing via First Class Mail to Thomas A. Tarro III, Esq., The Summit East, Suite 330, Centerville Road, Warwick, RI 02886 and to Craig M. Scott, Esq., Duffy Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, RI 02903.

Ellen M. Brunelle

TRN/