**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br><br>Plaintiff<br><br>VS.<br><br>CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.<br><br>Defendants | : | C.A. NO.: 04-174T |

**PLAINTIFF, MAG JEWELRY CO., INC.'S, OBJECTION TO DEFENDANT, STYLE ACCESSORIES, INC.'S, MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO INTERROGATORIES PROPOUNDED UPON THE PLAINTIFF**

Now comes your Plaintiff, Mag Jewelry Co., Inc., and objects to the Defendant, Style Accessories, Inc.'s, Motion to Compel More Responsive Answers to Interrogatories. Plaintiff has filed a Motion to Extend Time to File its Memorandum in Support of its Objection to Defendant, Style Accessories, Inc.'s, Motion to Compel More Responsive Answers based on the reasons set forth therein. Plaintiff will file a Memorandum in support of its Objection more fully setting forth the basis for its Objection to the Defendant, Style Accessories, Inc.'s, Motion to Compel More Responsive Answers to Interrogatories on or by July 22, 2005.

Plaintiff,
By and Through Its Attorneys,

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

**CERTIFICATION**

I hereby certify that I mailed a copy of the above Objection regular mail on the 12th day of July, 2005 to:

Craig M. Scott, Esq.
DUFFY & SWEENEY, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas R. Noel, Esq.
NOEL & GYORGY, LLP
50 South Main Street
Providence, RI 02903

FILED
2005 JUL 12 P 4:04
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND