**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MAG JEWELRY CO., INC. | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| VS. | : | C.A. NO.: 04-174T |
| | : | |
| CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC. | : | |
| | : | |
| Defendants | : | |

**MOTION TO EXTEND TIME TO FILE ITS MEMORANDUM IN SUPPORT OF ITS OBJECTION TO DEFENDANT, STYLE ACCESSORIES, INC.'S, MOTIONS TO COMPEL MORE RESPONSIVE ANSWERS TO INTERROGATORIES AND STRIKE OBJECTIONS AND COMPEL PRODUCTION OF DOCUMENTS FROM THE PLAINTIFF**

Now comes your Plaintiff, in the above-entitled matter, and seeks leave of the Court extending the time within which the Plaintiff may file its Memorandum in support of its Objections to the Defendant, Style Accessories, Inc.'s, Motion to Compel More Responsive Answers to Interrogatories and Motion to Strike Objections and to Compel Production of Documents from the Plaintiff in this matter. Plaintiff seeks an extension up to and including July 22, 2005 to file its Memorandum in support of its Objection to the Defendant, Style Accessories, Inc.'s, Motions set forth above. As grounds for its Motion, Plaintiff states as follows:

1. Plaintiff's counsel has been out of State during the period of time from June 30 through July 8, 2005 conducting depositions in an unrelated matter.

2. In his absence, the Defendant, Style Accessories, Inc., filed a Motion to Compel More Responsive Answers to Interrogatories Propounded upon the Plaintiff and a Motion to Strike Objections and Compel Production of Documents from the Plaintiff. Said Motions included a certification that copies were forwarded to Plaintiff's counsel, via first class mail, on June 30, 2005.

3. Plaintiff's counsel was on trial, before Judge Rogerie Thompson, at Kent County Superior Court, on Monday, July 11, 2005.

4. On Tuesday, July 12, 2005, Plaintiff's counsel reviewed his mail, which included the Defendant, Style Accessories, Inc.'s aforesaid Motions.

5. No prejudice will come to any of the parties if the Plaintiff's Motion for an Extension of Time to File its Memorandum in Support of its Objections to the Defendant, Style Accessories, Inc.'s, Motions is granted.

6. Plaintiff hereby seeks an extension of time up to and including July 22, 2005 within which to prepare and file its Memorandum in support of its Objections to Defendant, Style Accessories, Inc.'s, Motion to Compel More Responsive Answers to Interrogatories and Motion to Strike Objections and to Compel Production of Documents from the Plaintiff.

WHEREFORE, Plaintiff seeks an Order of the Court extending the period of time within which the Plaintiff may file its Memorandum in support of its Objections to the Defendant, Style Accessories, Inc.'s, Motion to Compel More Responsive Answers to Interrogatories and Motion to Strike Objections and Compel Production of Documents from the Plaintiff up to and including July 22, 2005.

Plaintiff,
By and Through Its Attorneys,

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

## CERTIFICATION

I hereby certify that I mailed a copy of the above Motion to Extend Time regular mail on the 12th day of July, 2005 to:

Craig M. Scott, Esq.
DUFFY & SWEENEY, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas R. Noel, Esq.
NOEL & GYORGY, LLP
50 South Main Street
Providence, RI 02903

FILED