UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br>Plaintiff | : | |
| vs. | : | C.A. No. 04-174T |
| CHEROKEE, INC., ROBERT MARGOLIS<br>TARGET CORPORATION D/B/A<br>TARGET STORES and STYLE<br>ACCESSORIES, INC.<br>Defendants | : | |

**DEFENDANT STYLE ACCESSORIES, INC.'S MOTION TO EXCEED PAGE LIMITS**

Defendant Style Accessories, Inc. ("Style") respectfully moves for leave of Paragraph 7 of the Court's *Pretrial Order* concerning page limits with respect to the summary judgment motion Style intends to file on behalf of all defendants. In support of this *Motion*, Style contemporaneously submits a *Memorandum In Support*.

Dated: July 6, 2005

Respectfully submitted,

STYLE ACCESSORIES, INC.
By Its Counsel,

TRN

Thomas R. Noel (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
401.272.7400 Telephone
401.621.5688 Facsimile

GRANTED
Ernest C. Torres
Chief, US District Judge
7/18/05

**CERTIFICATION**

I hereby certify that on July 6, 2005 I served a copy of the foregoing via First Class Mail to Thomas A. Tarro III, Esq., The Summit East, Suite 330, Centerville Road, Warwick, RI 02886 and to Craig M. Scott, Esq., Duffy Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, RI 02903.

Eileen M. Brunelle

TRN/

FILED