Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
☐
Ernest C. Torres, Chief Judge
Date: 7/15/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUL 1 2 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MAG JEWELRY CO., INC. :

Plaintiff :

VS. : C.A. NO.: 04-174T

CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC. :

Defendants :

7/18/05: GRANTED ABSENT OPPOSITION. USMJ

**MOTION TO EXTEND TIME TO FILE ITS MEMORANDUM IN SUPPORT OF ITS OBJECTION TO DEFENDANT, STYLE ACCESSORIES, INC.'S, MOTIONS TO COMPEL MORE RESPONSIVE ANSWERS TO INTERROGATORIES AND STRIKE OBJECTIONS AND COMPEL PRODUCTION OF DOCUMENTS FROM THE PLAINTIFF**

Now comes your Plaintiff, in the above-entitled matter, and seeks leave of the Court extending the time within which the Plaintiff may file its Memorandum in support of its Objections to the Defendant, Style Accessories, Inc.'s, Motion to Compel More Responsive Answers to Interrogatories and Motion to Strike Objections and to Compel Production of Documents from the Plaintiff in this matter. Plaintiff seeks an extension up to and including July 22, 2005 to file its Memorandum in support of its Objection to the Defendant, Style Accessories, Inc.'s, Motions set forth above. As grounds for its Motion, Plaintiff states as follows:

1. Plaintiff's counsel has been out of State during the period of time from June 30 through July 8, 2005 conducting depositions in an unrelated matter.