UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAG JEWELRY CO., INC. | : | |
| Plaintiff | : | |
| VS. | : | C.A. NO.: 04-174T |
| CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC. | : | |
| Defendants | : | |

## MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE

Plaintiff, Mag Jewelry Co., Inc., hereby moves that Robert Clarida, Esq. be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below on the following grounds:

1. The case involves the following complex area of law, in which Attorney Clarida specializes: copyright infringement law. Specifically, Attorney Clarida is very familiar with the facts and claims of the Plaintiff's case having represented the Plaintiff, Mag Jewelry Co., Inc., in the copyright infringement action against the Defendants, Target and Cherokee, in the United States District Court for the Eastern District of New York (C.A. No. 96-4650RJD) prior to the case being transferred to this Court. Further Attorney Clarida was previously granted pro hac vice admission by Judge Mary Lisi and he represented the Plaintiff, Mag Jewelry Co., Inc., as Associate Trial Counsel in the trial of Mag Jewerly Co., Inc. v. Russ Berrie & Company, Inc. C.A. No. 01-383ML in February, 2003.

2. Attorney Clarida's relationship with the Plaintiff represents long-standing representation concerning the copyright infringement actions involving the subject piece, the Mag Crystal Angel jewelry piece. Local counsel requires the assistance of Attorney Clarida, who specializes in the area of copyright infringement law and has assisted Plaintiff's counsel in other copyright infringement lawsuits involving Mag Jewelry Co., Inc.'s Crystal Angel filed in this Court, as well as in the United States District Court for the Eastern District of New York.

Plaintiff,
By and Through Its Attorney,

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

Dated: 7/18/05

**CERTIFICATION**

I hereby certify that I mailed a copy of the above Motion for Entry of Appearance Pro Hac Vice regular mail on the 20 day of July, 2005 to:

Craig M. Scott, Esq.
DUFFY & SWEENEY, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas R. Noel, Esq.
NOEL & GYORGY, LLP
50 South Main Street
Providence, RI 02903

[signature]

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I, hereby certify as follows:

1. I am a member in good standing of the Bar of the State of New York and of the following Federal District Court and/or Court of Appeals Bars: United States District Court for the Eastern and Southern Districts of New York and the United States Court of Appeals for the Second Circuit, and that my eligibility to practice before those Courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any Court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

3. I have never been convicted of any crime other than minor traffic offenses.

4. During the past 24 months I have not appeared or applied to be admitted in any cases in this district.

5. I understand my obligation to notify this Court immediately of any changed circumstances that effect my answer to the proceeding questions.

6. I have read, acknowledged and agreed to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct and the Rhode Island Supreme Court as adopted by this Court as the standards of conduct for all attorneys appearing before it.

7. For the purposes of this case, I have associated with local associate counsel identified below, and have read, acknowledged, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing

that failure to do so may result in my being disqualified, either upon the Court's Motion or Motion of other parties in the case.

I certify that I have read and join in the foregoing Motion and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

Robert Clarida
COWAN, LIEBOWITZ & LATMAN
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9300 (Fax)

Thomas A. Tarro, III,
RI Bar No. 2046
THE LAW FIRM OF THOMAS A. TARRO, III
300 Centerville Road
Summit East, Suite 330
Warwick, RI 02886
(401) 737-7200
(401) 732-3362

**ORDER**

____________________ This Motion is hereby _____________.

____________________
US District Judge

Date:____________________

FILED