**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MAG JEWELRY CO., INC. | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| VS. | : | C.A. NO.: 04-174T |
| | : | |
| CHEROKEE, INC., ROBERT MARGOLIS | : | |
| AND TARGET CORPORATION d/b/a | : | |
| TARGET STORES, AND | : | |
| STYLE ACCESSORIES, INC. | : | |
| | : | |
| Defendants | : | |

**NOTICE DEPOSITION**

**DEPONENT:** **David R. Josephs, Esq.**

**TIME & DATE OF TAKING: August 11, 2005 at 2:00 p.m.**

TO: Craig Scott, Esq.
DUFFY & SWEENEY, LTD
One Turks Head Place
Suite 1200
Providence, RI 02903

Thomas R. Noel, Esq.
NOEL & GYORGY, LLP
50 South Main Street
Providence, RI 02903

Capitol Court Reporting
225 Reservoir Avenue
Cranston, RI 02907

Please take notice the Plaintiff will take the testimony on oral examination of David R. Josephs, Esq. on **August 11, 2005 at 2:00 p.m.** at **The Law Firm of Thomas A. Tarro, III, 300 Centerville Road, Summit East, Suite 330, Warwick,**

**RI 02886** before a Notary Public of the State of Rhode Island and thereafter from day to day as the taking of the deposition may be adjourned, at which time and place you are notified to appear and take part in the examination as you may be advised and as shall be fit and proper.

The deponent is requested to bring with him any and all files and documents related to the above-entitled captioned matter, including but not limited to the following:

1. Your entire file concerning this matter;

2. Any and all documents, memorandum or papers of any kind, as well as any and all tangible items, data or other information considered by you in forming your opinions in this matter;

3. Any and all exhibits to be used as a summary of or in support of your opinions to be expressed in this matter;

4. All invoices for services rendered to the Defendants, Cherokee Inc., Robert Margolas, Target Corporation d/b/a Target Stores, and/or Style Accessories, Inc. by you for your expert services in this matter;

5. Any and all reports prepared by you pertaining to this matter, including all drafts thereof;

6. Any and all literature on which you rely and/or base your opinions, which you expect to testify about at the trial in this matter;

7. Any and all documents which represent the income derived by you as an expert witness for the past 5 years;

8. A list of all cases in which you have testified at deposition over the past 4 years;

9. A list of all cases in which you have testified at trial over the past 4 years;

10. A list of publications authored by you within the preceding 10 years in the area of copyright infringement and intellectual properties.

Plaintiff,
By and Through Its Attorney,

Thomas A. Tarro, III

Thomas A. Tarro, III, Esq., #2046
**THE LAW FIRM OF THOMAS A. TARRO, III**
The Summit East - Suite 330
300 Centerville Road
Warwick, RI 02886
(401) 737-7200
(401) 732-3362 facsimile

## CERTIFICATION

I, the undersigned, hereby certify that I have sent a copy of the foregoing ***Notice of Deposition*** on the 22nd day of July, 2005, to:

Craig M. Scott, Esq.
DUFFY & SWEENEY, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas R. Noel, Esq.
NOEL & GYORGY, LLP
50 South Main Street
Providence, RI 02903

Capitol Court Reporting
225 Reservoir Avenue
Cranston, RI 02907

Judy Tarro