**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br>Plaintiff<br><br>vs.<br><br>CHEROKEE, INC.,<br>TARGET CORPORATION d/b/a<br>TARGET STORES and STYLE<br>ACCESSORIES, INC.<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 04-174 T |

**DEFENDANTS' JOINT OBJECTION
TO PLAINTIFF'S MOTION TO ADMIT PRO HAC VICE**

Defendants hereby jointly object to the motion of the plaintiff, Mag Jewelry Co., Inc. ("Mag") to admit *pro hac vice* attorney Robert Clarida of New York as "associate trial counsel" for the plaintiff in this matter.

The statement in Mag's Motion that Mr. Clarida represented the plaintiff in the litigation prior to its transfer from the Eastern District of New York is false. Mr. Tarro and Ms. Marotti represented Mag in that action (C.A. No. 96-465ORJD, U.S.D.C., E.D.N.Y.) along with local counsel Michael F. Maschio, apparently another attorney in Mr. Clarida's New York firm. It does not appear from the pleadings that attorney Clarida ever entered an appearance in the action in New York. Mag now seeks to enter him in Rhode Island three-and-one-half years after Mag filed the Complaint in New York and well after the close of discovery and after many of the substantive proceedings in the matter have occurred.

Mag already has two attorneys appearing on its behalf, Mr. Tarro and Ms. Marotti, who have represented Mag on at least 15 other complaints and in scores of cease and desist letters and other efforts to enforce the same copyright in dispute in this

litigation. Adding another attorney and another law office in another state at the eleventh hour and after defendants have moved for summary judgment will serve only to drive up the costs of the litigation in view of logistics, scheduling, communications, and certification of pleadings and documents. That Mr. Clarida may have once already been granted permission to appear before this Court *pro hac vice* (in 2003) and claims to "specialize" in copyright infringement law is of no benefit to the plaintiff in this motion. Mag's present trial counsel team has represented the plaintiff in more than a dozen earlier copyright infringement cases involving Mag's claimed copyright and is, presumably (and by all appearances), well-equipped to handle this one.

WHEREFORE, the defendants jointly and respectfully request that plaintiff's *Motion to Admit Pro Hac Vice* be denied.

STYLE ACCESSORIES, INC.

By Its Attorneys,

[signature]

Thomas R. Noel, Esq. (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
401.272.7400 Telephone
401.621.5688 Facsimile

Dated: Aug. 3, 2005

TARGET CORPORATION d/b/a
TARGET STORES, and
CHEROKEE, INC.,
ROBERT MARGOLIS

By Their Attorneys,

Craig M. Scott (TRN)

Craig M. Scott, Esq. (# 4237)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
401) 455-0700
(401) 455-0701 (Facsimile)

Dated: Aug 3, 2005

**CERTIFICATION**

I do hereby certify that on the 3rd of August, 2005, I served a true copy of this document to the following counsel of record by First Class Mail: Thomas A. Tarro III, Esq., The Summit East, Suite 330, Centerville Road, Warwick, RI 02886.

Ellen M. Brunelle