**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CA04-174T** **DATE: August 4, 2005**

**TITLE: Mag Jewelry Co., Inc. v. Cherokee, Inc., et al.**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Kris Marotti, Esq.
Tom Noel, Esq.

**PROCEEDING:** Defendant Style Accessories, Inc.'s Motion to Compel More Responsive Answers to Interrogatories Propounded upon the Plaintiff
Defendant Style Accessories, Inc.'s Motion to Strike Objections and to Compel Production of Documents from the Plaintiff

**RULING:**

Defendant Style Accessories, Inc.'s Motion to Compel More Responsive Answers to Interrogatories Propounded upon the Plaintiff - **Passed; order to follow by counsel**
Defendant Style Accessories, Inc.'s Motion to Strike Objections and to Compel Production of Documents from the Plaintiff - **Court takes under advisement; order to follow by Court**