**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br><br>Plaintiff<br><br>VS.<br><br>CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.<br><br>Defendants | : | C.A. NO.: 04-174T |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION**

Now comes your Plaintiff, Mag Jewelry Co., Inc., pursuant to Paragraph 7 of this Court's Pre-Trial Order, dated August 17, 2004 and moves for leave to exceed the page limitation with regard to the Plaintiff's Memorandum in Support of its Objection to the Motion for Summary Judgment, which has been filed by the Defendant, Style Accessories, Inc. In support of its Motion, Plaintiff relies on the attached Memorandum.

Plaintiff,
By and Through Its Attorneys,

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

## CERTIFICATION

I hereby certify that I mailed a copy of the above Motion to Exceed Page Limitation regular mail on the 3rd day of August 2005 to:

Craig M. Scott, Esq.
DUFFY & SWEENEY, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas R. Noel, Esq.
NOEL & GYORGY, LLP
50 South Main Street
Providence, RI 02903

Judy Tavis

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br><br>Plaintiff<br><br>VS.<br><br>CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.<br><br>Defendants | : | C.A. NO.: 04-174T |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION TO EXCEED PAGE LIMITATION**

Now comes your Plaintiff, Mag Jewelry Co., Inc., pursuant to Paragraph 7 of this Court's Pre-Trial Order, dated August 17, 2004 and moves for leave to exceed the page limitation with regard to the Plaintiff's Memorandum in Support of its Objection to the Motion for Summary Judgment, which has been filed by the Defendant, Style Accessories, Inc. In support of its Motion Plaintiff states as follows:

1. Pursuant to this Court's Pre-Trial Order, dated August 17, 2004, Paragraph 7 provides in pertinent part as follows:

> Unless permitted by the Court, for good cause shown, memoranda in support of and memoranda in opposition to any motion shall not exceed 15 pages and reply memoranda shall not exceed 5 pages. Appendices and/or exhibits attached to or filed with any motion or memorandum shall not exceed a total of 10 pages in the aggregate with the following exceptions.***

2. On August 1, 2005, Plaintiff's counsel received the Defendant, Style Accessories, Inc.'s, Motion for Summary Judgment and accompanying Memorandum and Exhibits. The pleadings consist of a 24 page Memorandum of Law, 10 page Statement of Undisputed Facts, and approximately 100 pages of Exhibits.

3. The Plaintiff's Motion sets forth 5 separate legal arguments on which its Motion is based, and specifically: (1) No evidence supports Mag's ascertain that the Defendant's copied Mag's piece; (2) The Defendant's piece is derived from an independent creation of another crystal angel; (3) Because independent creation of nearly identical crystal angel designs predate and postdate Mag's claim creation date, Mag cannot infer copying of its piece through proof of access and similarity; (4) Mag's work is not original, and lacks the minimum contemn of creativity necessary for copyright protection; and (5) Any similarity between Mag's angel and the Defendant's angel from unprotectable design elements and cannot fund the basis of copyright infringement.

4. Plaintiff know seeks leave of the Court to exceed the page limitation for its Memorandum in support of its Objection to the Defendant, Style Accessories, Inc.'s, Motion for Summary Judgment, as well as the limit of 10 pages for Exhibits that will be submitted in support of the Plaintiff's Objection.

5. Plaintiff submit good cause exists to grant the instant Motion where the Defendant's Motion and Memorandum set forth numerous detailed, legal arguments; all of which must be addressed in the Plaintiff's Memorandum in Support of its Objection, as well as the accompanying Exhibits, in support of the Plaintiff's Objection.

WHEREFORE, Plaintiff seeks an Order of the Court granting its Motion to Exceed the Page Limitation with regard to its Memorandum in Support of its Objection to Style Accessories, Inc.'s Motion for Summary Judgment, as well as the page limitation for Exhibits, based on the reasons set forth herein.

Plaintiff,
By and Through Its Attorneys,

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

**CERTIFICATION**

I hereby certify that I mailed a copy of the above Memorandum in Support of Motion to Exceed Page Limitation regular mail on the 3rd day of August 2005 to:

Craig M. Scott, Esq.
DUFFY & SWEENEY, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas R. Noel, Esq.
NOEL & GYORGY, LLP
50 South Main Street
Providence, RI 02903