**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MAG JEWELRY CO., INC. | : | |
| Plaintiff | : | |
| VS. | : | C.A. NO.: 04-174T |
| CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC. | : | |
| Defendants | : | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE ITS OBJECTION TO DEFENDANT, STYLE ACCESSORIES, INC.'S, MOTION FOR SUMMARY JUDGMENT**

Now comes your Plaintiff, Mag Jewelry Co., Inc., in the above-entitled matter and moves for an Order of this Court extending the period of time within which the Plaintiff may file its Objection and Responsive Memorandum to the Defendant, Style Accessories, Inc.'s, Motion for Summary Judgment, an additional 30 days, or on or by September 9, 2005. In support of its Motion, the Plaintiff states as follows:

1. This matter involves a copyright infringement action, wherein the Plaintiff, Mag Jewelry Co., Inc., alleges that the Defendants, Cherokee, Inc., Robert Margolis, Target Corporation d/b/a Target Stores and Style Accessories, Inc., have infringed on Mag's copyright for its "Crystal Angel" jewelry piece.

2. On or about April 22, 2005, counsel for the Defendant, Style Accessories, Inc., sent correspondence to the Court requesting a Summary Judgment Conference, in compliance with this Court's Pre-trial Order.

3. Subsequently, on or about June 8, 2005 the parties attended a Summary Judgment Conference, at which time the Court ordered the Defendants to file their respective Motions for Summary Judgment, along with accompanying Memorandum and exhibits, on or by July 31, 2005.

4. On or about August 1, 2005, Plaintiff's counsel received the Defendant, Style Accessories, Inc.'s, Motion for Summary Judgment and accompanying Memorandum, which bore a certification date for mailing by regular mail on July 29, 2005.

5. The Defendant, Style Accessories, Inc.'s, Motion for Summary Judgment is voluminous in nature, setting forth five (5) separate legal arguments in support of its Motion. The pleading consists of a Memorandum of law in 24 pages, in length, Defendant's Rue 12.1 Statement 10 pages, in length, as well as approximately 100 pages of Exhibits, in support of the Motion.

6. Additionally, on August 1, 2005, Plaintiff's counsel received the Defendant, Cherokee, Inc.'s Motion for Summary Judgment, and accompanying Memorandum. Although not as lengthy, in form, as the Defendant, Style Accessories, Inc.'s, Motion, the Defendant, Cherokee Inc.'s, Motion for Summary Judgment and accompanying Memorandum is based on legal arguments with respect to issues of direct, vicarious and/or contributory infringement. Said legal arguments are entirely different than those raised by the Defendant, Style Accessories, Inc., in its Motion

7. Plaintiff's counsel now seeks an additional period of time within which to research the numerous issues which have been raised by the Defendants in their respective Motions and prepare its response and Objection for filing with the Court.

8. Plaintiff submits that no prejudice will come to any of the parties if the instant Motion is granted.

WHEREFORE, Plaintiff seeks an Order of this Court extending the period of time within which it may file its Objection and responsive Memorandum to the Defendant, Style Accessories, Inc.'s, Motion for Summary Judgment an additional 30 days, or up to and including September 9, 2005.

Plaintiff,
By and Through Its Attorneys,

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

**CERTIFICATION**

I hereby certify that I mailed a copy of the above Motion for Extension of Time regular mail on the 3rd day of August 2005 to:

Craig M. Scott, Esq.
DUFFY & SWEENEY, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas R. Noel, Esq.
NOEL & GYORGY, LLP
50 South Main Street
Providence, RI 02903

Judy Lance