UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br>Plaintiff | : | |
| vs. | : | C.A. No. 04-174 T |
| CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.<br>Defendants | : | |

**DEFENDANTS CHEROKEE, INC'S AND TARGET CORPORATION'S NOTICE OF JOINDER IN DEFENDANT STYLE ACCESSORIES, INC'S MOTION FOR SUMMARY JUDGMENT**

Defendants, Cherokee, Inc. and Target Corporation, hereby join in the Motion for Summary Judgment, Memorandum of Law and Rule 12.1 Statement of Undisputed Facts previously filed by defendant Style Accessories, Inc.

CHEROKEE, INC. and
TARGET CORPORATION
By their Attorneys

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700 (Tel)
(401) 455-0701 (Fax)

Dated: August 3, 2005

**CERTIFICATION**

TO:

Thomas A. Tarro, III, Esq.
Kris R. Macaruso Marotti, Esq.
The Law Firm of Thomas A. Tarro III, Esq.
The Summit East, Suite 330
300 Centerville Road
Warwick, RI 02886

Thomas R. Noel, Esq.
Noel & Gyorgy
50 South Main St.
Providence, RI 02903

I hereby certify that I caused a true copy of the within *Notice of Joinder* to be sent via First Class Mail to the above named counsel of record on the 3 day of August, 2005.

Theresa Benson

H:\Clients\Target Corporaton.MAG\Style Fashion Jewelry - Mag\Pleadings\Notice of Joinder in Style MSJ.doc