**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MAG JEWELRY CO., INC. | : | |
| Plaintiff | : | |
| VS. | : | C.A. NO.: 04-174T |
| CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC. | : | |
| Defendants | : | |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION**

Now comes your Plaintiff, Mag Jewelry Co., Inc., pursuant to Paragraph 7 of this Court's Pre-Trial Order, dated August 17, 2004 and moves for leave to exceed the page limitation with regard to the Plaintiff's Memorandum in Support of its Objection to the Motion for Summary Judgment, which has been filed by the Defendant, Style Accessories, Inc. In support of its Motion, Plaintiff relies on the attached Memorandum.

GRANTED to the extent that plaintiff may file a memorandum up to 25 pages.
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
8/9/05

Plaintiff,
By and Through Its Attorneys,

Thomas A. Tarro

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

## CERTIFICATION

I hereby certify that I mailed a copy of the above Motion to Exceed Page Limitation regular mail on the 3rd day of August 2005 to:

Craig M. Scott, Esq.
DUFFY & SWEENEY, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas R. Noel, Esq.
NOEL & GYORGY, LLP
50 South Main Street
Providence, RI 02903

Judy Tavares