RECEIVED
AUG 09 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MAG JEWELRY CO., INC.
Plaintiff

vs. C.A. No. 04-174T

CHEROKEE, INC.,
TARGET CORPORATION D/B/A
TARGET STORES and STYLE
ACCESSORIES, INC.
Defendants

**ORDER**

On the Motion of defendant Style Accessories, Inc. ("Style") to compel further answers to interrogatories from the plaintiff, Mag Jewelry Co., Inc. ("Mag"), Hearing for which was scheduled for August 4, 2005, The Honorable Lincoln D. Almond presiding, following discussion of counsel, the Parties agree as follows. It is hereby Ordered:

1. Concerning Interrogatory No. 8, Mag shall provide a further answer including, to the extent known to Mag or ascertainable from its business records, the addresses of the entities identified in the documents produced (stamped 000009-000015);

2. Concerning Interrogatory No. 12, Mag shall provide a further answer including, to the extent known to Mag or ascertainable from its business records, the date(s) of publication of the catalogs so identified and the geographic scope of each catalog's distribution; and

3. Concerning Interrogatory No. 16, Mag shall provide a further answer including, to the extent known to Mag or ascertainable from its business records, for each

identified person or entity, the date(s) on which such licensed or permitted activity commenced and the date(s) on which it terminated.

Mag shall provide such further answers within twenty (20) days of the Hearing date.

Enter USMJ
Date: 8/11/05

Order

SUBMITTED BY:

Dated: August 9, 2005

STYLE ACCESSORIES, INC.

By Its Attorneys,

Thomas R. Noel (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
401.272.7400 Telephone
401.621.5688 Facsimile

**CERTIFICATION**

I hereby certify that on August 9, 2005 I served a copy of the foregoing to Thomas A. Tarro III, Esq., and Kris Macaruso Marotti, Esq., The Law Firm of Thomas A. Tarro, III, The Summit East, Suite 330, Centerville Road, Warwick, RI 02886 and to Craig M. Scott, Esq., Duffy Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, RI 02903.

Ellen M. Brunelle

TRN/