UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MAG JEWELRY CO., INC.

Plaintiff

   v.           C.A. No.  04-174T

CHEROKEE, INC., ET AL.

Defendants

### ORDER DENYING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

For reasons stated in open court, Motions for Summary Judgment filed by Defendants Cherokee, Inc. and Style Accessories, Inc. are hereby denied.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge
Date: 11/3/05