UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MAG JEWELRY CO., INC.

Plaintiff

v. C.A. No. 04-174T

CHEROKEE, INC., ET AL.

Defendants

**ORDER DENYING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

For reasons stated in open court, Motions for Summary Judgment filed by Defendants Cherokee, Inc. and Style Accessories, Inc. are hereby denied.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: 11/3/05