FILED
DEC 30 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br>Plaintiff | : | |
| vs. | : | C.A. No. 04-174T |
| CHEROKEE, INC.,<br>TARGET CORPORATION D/B/A<br>TARGET STORES and STYLE<br>ACCESSORIES, INC.<br>Defendants | : | |

**DEFENDANTS' JOINT MOTION TO MODIFY PRETRIAL ORDER TO PERMIT LIMITED ADDITIONAL DISCOVERY**

Defendants hereby move for an order modifying this Court's Pretrial Order for the purpose of permitting limited additional discovery of a witness whose affidavit was submitted to the Court by the plaintiff in September 2005, after the close of discovery, in objection to defendants' Motion for Summary Judgment. The plaintiff claims that the affidavit repudiates and contradicts earlier testimony by that same witness, and at the same time has withheld documents in its possession that were exchanged with the witness after the close of discovery, under the guise of a claim of work-product. Defendants must be free to inquire whether the witness has in fact, as plaintiff has represented, changed his testimony, or has some other explanation for the position plaintiff now sets forth. In support of this motion, defendants rely on the accompanying Memorandum.

WHEREFORE, Defendants respectfully request that the Court's pretrial order be amended to allow for additional discovery of witness Alan Gregerman.

STYLE ACCESSORIES, INC.

By Their Attorneys,

Thomas R. Noel (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
401.272.7400 Telephone
401.621.5688 Facsimile

Dated: December 30, 2005

CHEROKEE, INC., and
TARGET CORPORATION d/b/a
TARGET STORES

By Their Attorneys,

Craig M. Scott (TRN)

Craig M. Scott, Esq. (# 4237)
Christine K. Bush, Esq. (# 5587)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
401) 455-0700
(401) 455-0701 (Facsimile)

Dated: December 30, 2005

## CERTIFICATION

I hereby certify that on December 30, 2005 I served a copy of the foregoing via First Class Mail to Thomas A. Tarro III, Esq., The Summit East, Suite 330, Centerville Road, Warwick, RI 02886.

GRANTED in the absence of objection
Ernest C. Torres

Ernest C. Torres
Chief, US District Judge
1/9/06