**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MAG JEWELRY CO., INC. | : | |
| Plaintiff | : | |
| VS. | : | C.A. NO.: 04-174T |
| CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC. | : | |
| Defendants | : | |

# MOTION TO VACATE ORDER

Now comes your Plaintiff, in the above-entitled matter, and moves for an Order of this Honorable Court vacating the Order, entered on January 9, 2006, granting the Defendants' Joint Motion to Modify Pretrial Order to Permit Limited Additional Discovery, in the absence of objection.

As grounds for its Objection, Plaintiff relies on the attached Memorandum, which is filed contemporaneously herewith.

WHEREFORE, Plaintiff requests that the Court grant its Motion to Vacate the Order entered on January 9, 2006.

Plaintiff,
By and Through Its Attorneys,

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III
Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

**CERTIFICATION**

I hereby certify that I mailed a copy of the above ***Motion*** regular mail on the 11th day of January, 2006 to:

Craig M. Scott, Esq.
DUFFY & SWEENEY, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas R. Noel, Esq.
NOEL & GYORGY, LLP
50 South Main Street
Providence, RI 02903

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br><br>Plaintiff<br><br>VS.<br><br>CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.<br><br>Defendants | : | C.A. NO.: 04-174T |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS MOTION TO VACATE ORDER**

Now comes your Plaintiff, in the above-entitled matter, and moves for an Order of this Honorable Court vacating the Order, entered on January 9, 2006, granting the Defendants' Joint Motion to Modify Pretrial Order to Permit Limited Additional Discovery, in the absence of objection.

**FACTUAL BACKGROUND**

Discovery in this matter closed on May 16, 2005 pursuant to this Court's Order, dated February 1, 2005. Moreover, the Court indicated in said Order "no further extensions will be granted".

On December 30, 2005, the Defendants filed a Joint Motion to Modify the Pretrial Order to Permit Limited Additional Discovery in this matter, including the taking of the deposition of Alan Gregerman.

The Defendants' Joint Motion included a certification indicating that on December 30, 2005 a copy of the Motion was placed in first class mail addressed to Plaintiff's attorney at his address at 300 Centerville Road, Warwick, Rhode Island 02886.

Plaintiff's counsel received a copy of the Joint Motion in the mail delivered to his office on January 3, 2006. The delay in receipt of the Motion is presumably due to no mail delivery on the New Year's holiday on January 1, 2006 and the observed holiday on Monday, January 2, 2006.

On January 10, 2006 at 2:05 p.m., Plaintiff's counsel received a faxed copy of the Defendants' Joint Motion, which had been granted by U.S. District Judge, Ernest C. Torres on January 9, 2006, in absence of objection.

On the same date, January 10, 2006, Plaintiff filed a timely objection to the Defendants' Joint Motion to Modify Pretrial Order with the clerk of the Court.

Plaintiff now seeks to vacate the Court's Order, dated January 9, 2006, which was entered prematurely.

## ARGUMENT

Rule 12 of the local rules of the United States District Court provide, in pertinent part, as follows:

> **Motions.- (a)** *Filing of and response to motion* ***
> (2) Except for accepted motions, which are unopposed, within 10 days after service upon him, the party against whom a motion is made shall service and file, and any other party to the action may serve and file, a response to the motion stating whether he opposes or does not oppose the motion. ***

Your Plaintiff submits that it filed a timely Objection to the Defendants' Joint Motion to Modify Pretrial Order with the Clerk's Office on January 10, 2006. Along these lines, Plaintiff submits that the earliest date upon which Plaintiff's counsel would have been served with the

Defendants' Motion would have been December 31, 2005; the day after Plaintiff's counsel certified mailing of the Motion to Plaintiff's counsel on December 30, 2005. Based thereon, Plaintiff's counsel would have had 10 days thereafter to file his Objection, up to and including January 10, 2006.

On January 9, 2006, the Court prematurely granted the Defendants' Joint Motion to Modify Pretrial Order.

Plaintiff did, in fact, file a timely Objection to the Defendants' Joint Motion with the Clerk of the Court on January 10, 2006.

Accordingly, Plaintiff now seeks an Order of the Court vacating the Order which was prematurely entered by the Court on January 9, 2006, granting the Defendants' Joint Motion.

## CONCLUSION

Based on the foregoing, Plaintiff requests that this Court vacate the Order, dated January 9, 2006, which granted the Defendants' Joint Motion to Modify Pretrial Order to Permit Limited Additional Discovery.

Plaintiff,
By and Through Its Attorney,

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III
Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

**CERTIFICATION**

I hereby certify that I mailed a copy of the above ***Memorandum*** regular mail on the 11th day of January, 2006 to:

Craig M. Scott, Esq.
DUFFY & SWEENEY, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas R. Noel, Esq.
NOEL & GYORGY, LLP
50 South Main Street
Providence, RI 02903