UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MAG JEWELRY CO., INC.

v. CA No. 04-174-T

CHEROKEE, INC., et al.

**ORDER GRANTING DEFENDANTS' MOTION TO TAKE DEPOSITION; VACATING ORDER OF MAGISTRATE JUDGE**

For reasons stated in open court on February 10, 2006, the defendants' Motion to Take the Deposition of Alan Gregerman is hereby GRANTED and their objection to the Order of Magistrate Judge Lincoln D. Almond denying their Motion to Compel Production of Documents entered on 12/15/05 is hereby SUSTAINED; the Order is VACATED and the Motion to Compel Production of Documents is hereby GRANTED.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 2/16, 2006