AO88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

A TRUE COPY ATTEST
DAVID D. AYLES PROCESS SERVER
AND DISINTERESTED PERSON

Mag Jewelry Co., Inc.

V.

Cherokee, Inc., Target Corporation d/b/a Target Stores and Style Accessories, Inc.

## SUBPOENA IN A CIVIL CASE

Case Number:[1] 04-174T

TO: Keeper of Records
Potpourri Group, Inc.
222 Mill Road
Chelmsford, MA 02109

X YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court<br>District of Rhode Island<br>One Exchange Terrace<br>Providence, RI 01824 | Courtroom 3<br>DATE AND TIME 9:30 a.m.<br>March 8, 2006 |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

X YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See attached Schedule A

| PLACE | DATE AND TIME |
|---|---|
| United States District Court, District of Rhode Island<br>One Exchange Terrace, Providence, RI 01824 | 9:30.a.m.<br>March 8, 2006 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| TRN, Attorney for Defendant Style Accessories, Inc. | 2/15/06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER (401) 272-7400
Thomas R. Noel, Esquire (#4239)
Noel & Gyorgy LLP, 50 South Main Street, Providence, RI 02903

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## Schedule A

For purposes of this *Schedule A*, the term "crystal angel" shall mean the item represented by product number 288-353R, product number 288-353, and all jewelry pieces and jewelry items fairly resembling the items referred to by those product numbers, a representation of which as shown from the 1992 Lewis & Roberts catalog as depicted below:




Plated casting. • 32-788R, $14.
L. Halo Crystal Angel Post Earrings. Plated stamping. • 288-353R, $15.
M. Faux Pearl & Enamel 16" Necklace. • 12-858R, $24.

purchased, sold, or offered for sale by Catalog Ventures, Inc. or its successors or any related entity or under any trade name (including but not limited to "Lewis & Roberts," "Nature's Jewelry," and "Adco") at any time.

1. Purchase orders showing the purchase of crystal angels in any form from any source, including but not limited to DMB Manufacturing.

2. All correspondence, communications, and other documents received from or exchanged with DMB Manufacturing or Mr. Manuk (a/k/a "Manny") Barsoumian concerning a crystal angel at any time.

3. A sample of each and every catalog, circular, flyer, or other advertisement depicting a crystal angel for sale by Catalog Ventures or any related entity at any time.

4. All photography, copy, layout, and design work and materials concerning the 1992 Lewis & Roberts catalog, a depiction of which is shown below:



and any earlier catalog, circular, flyer, or other advertisement depicting a crystal angel for sale by Catalog Ventures or any related entity at any time.

5. All product information sheets concerning or related to a crystal angel.

6. To the extent not already requested, all documents identifying the source or sources of the crystal angels sold by Catalog Ventures or any related entity at any time, including any product or vendor information sheets.

7. Invoices, sales slips, and other records showing sales of a crystal angel in any form to any person or entity.

7. A copy or print-out of the computer product listing showing product number, sales, dates of offers or catalog mailings containing the crystal angel, purchase orders and dates, quantities ordered and received, and the dates thereof.

FEBRUARY 21, 2006

*QUICKSERV*

**ALLSTATE PROCESS SERVERS**

## RETURN OF SERVICE

*I this day summoned the within named* KEEPER OF RECORDS
POTPOURRI, INC.

*to appear as within directed by delivering to* STEPHANIE L. SWALGEN, HR MANAGER, 10:05 AM

**X** *in hand, or*
*leaving at last and usual place of abode, to wit:*

*No.* 222 MILL ROAD
*in the* CHELMSFORD *District of said* MIDDLESEX *County an attested copy of the subpoena together with* $ *fees for attendance and travel*

*Service and travel* 84

*Paid Witness*

*it being necessary I actually used a motor vehicle in the distance of* 30 *miles in the service of this process*

[signature]

Process Server