UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br>Plaintiff | : | |
| vs. | : | C.A. No. 04-174 T |
| CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.<br>Defendants | : | |

**OBJECTION OF DEFENDANT STYLE ACCESSORIES, INC., TO PLAINTIFF'S MOTION TO PRECLUDE DEPOSITION TESTIMONY OF BHARAT DASS, JANICE WELLS, AND KEVIN RUSSELL**

Defendant Style Accessories, Inc. ("Style") hereby objects to the plaintiff Mag Jewelry Co., Inc.'s *Motion to Preclude the Testimony of Bharat Dass, Janice Wells, and Kevin Russell*. In support of its Objection, Style relies on the attached Memorandum of Law filed contemporaneously herewith.

Dated: March 6, 2006

STYLE ACCESSORIES, INC.

By Its Attorneys,

[signature]

Thomas R. Noel, Esq. (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 6th of March, 2006, I served a true copy of this document to the following counsel of record by Facsimile and First Class Mail: Thomas A. Tarro III, Esq., The Summit East, Suite 330, Centerville Road, Warwick, RI 02886 and Craig M. Scott, Esq., Duffy Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, RI 02903.

[signature]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MAG JEWELRY CO., INC. :
Plaintiff :
:
vs. : C.A. No. 04-174 T
:
CHEROKEE, INC., ROBERT MARGOLIS :
AND TARGET CORPORATION d/b/a :
TARGET STORES and STYLE :
ACCESSORIES, INC. :
Defendants :

**MEMORANDUM OF LAW IN SUPPORT OF OBJECTION OF DEFENDANT STYLE ACCESSORIES, INC., TO PLAINTIFF'S MOTION TO PRECLUDE DEPOSITION TESTIMONY OF BHARAT DASS, JANICE WELLS, AND KEVIN RUSSELL**

Defendant Style Accessories, Inc. ("Style") hereby objects to the plaintiff Mag Jewelry Co., Inc.'s ("Mag") *Motion to Preclude the Testimony of Bharat Dass, Janice Wells, and Kevin Russell.*

Mag's contention that Style failed to disclose the deposition transcripts in its response to Mag's discovery requests is misplaced. Mag's discovery requests asked for *documents* evidencing the original creation of the alleged infringing piece by any person or entity other than the defendant and *documents* which Style relies on to support its contention that some entity other that Mag created the angel piece. The deposition transcripts contain the *testimony* of the three witnesses, and, although that testimony is in written form, the rules of civil procedure treat depositions as testimony and not documents.

Moreover, Mag cannot contend that it is prejudiced or harmed by Style's introduction of the testimony of Bharat Dass, Janice Wells, or Kevin Russell as Mag was

represented by its present counsel at each deposition, and each deposition was taken in conjunction with a lawsuit involving the exact issues involved in the present litigation.[1] Mag has had the depositions in its or its attorneys' possession and cannot in good fait contend that it is surprised or prejudiced by Style's presentation of that testimony in this case.

Furthermore, Mag's contention that this testimony is irrelevant is illogical. Evidence that there were substantially similar crystal angels in the marketplace is clearly relevant to show, by circumstantial evidence of access and substantial similarity, that Mag copied the crystal angel from a prior creator.

Finally, Mag's argument that the defendants failed to comply with the Federal Rules of Procedure and this Court's *Pre-Trial Order* is misplaced. The original *Pretrail Order* of this Court was amended and superseded by the *Pretrial Order* faxed to counsel on February 7, 2006. It is ludicrous to expect that counsel could comply with time limits contained in the new *Pretrial Order* that occurred prior to the date that the new *Pretrial Order* was issued.

WHEREFORE, Defendant Style respectfully requests that the Court deny plaintiff's *Motion to Preclude the Testimony of Bharat Dass, Janice Wells, and Kevin Russell.*

---

[1] In addition, Mr. Tarro represented Bharat Dass at Dass' 1999 deposition.

Dated: March 6, 2006

STYLE ACCESSORIES, INC.

By Its Attorneys,

Thomas R. Noel, Esq. (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 6th of March, 2006, I served a true copy of this document to the following counsel of record by Facsimile and First Class Mail: Thomas A. Tarro III, Esq., The Summit East, Suite 330, Centerville Road, Warwick, RI 02886 and Craig M. Scott, Esq., Duffy Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, RI 02903.

Ann T. Kapnielian