UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br>Plaintiff<br><br>vs.<br><br>CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.<br>Defendants | : | C.A. No. 04-174 T |

**OBJECTION OF DEFENDANT STYLE ACCESSORIES, INC., TO PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE DEFENDANTS FROM INTRODUCING ADDITIONAL EVIDENCE AS TO COSTS REGARDING THE SALE OF THE INFRINGING PIECE**

Defendant Style Accessories, Inc. ("Style") hereby objects to the plaintiff Mag Jewelry Co., Inc.'s *Motion to Preclude Defendants from Introducing Additional Evidence as to Costs Regarding the Sale of the Infringing Piece.* In support of its Objection, Style relies on the attached Memorandum of Law filed contemporaneously herewith.

Dated: March 6, 2006

STYLE ACCESSORIES, INC.

By Its Attorneys,

[signature]

Thomas R. Noel, Esq. (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 6th of March, 2006, I served a true copy of this document to the following counsel of record by Facsimile and First Class Mail: Thomas A. Tarro III, Esq., The Summit East, Suite 330, Centerville Road, Warwick, RI 02886 and Craig M. Scott, Esq., Duffy Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, RI 02903.

Ann T. Kapnelian

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br>Plaintiff | : | |
| vs. | : | C.A. No. 04-174 T |
| CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.<br>Defendants | : | |

**MEMORANDUM OF LAW IN SUPPORT OF OBJECTION OF DEFENDANT STYLE ACCESSORIES, INC., TO PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE DEFENDANTS FROM INTRODUCING ADDITIONAL EVIDENCE AS TO COSTS REGARDING THE SALE OF THE INFRINGING PIECE**

Defendant Style Accessories, Inc. ("Style") hereby objects to the plaintiff Mag Jewelry Co., Inc.'s ("Mag") *Motion to Preclude Defendants from Introducing Additional Evidence as to Costs Regarding the Sale of the Infringing Piece.*

Despite Mag's averment to the contrary, Style has provided the plaintiff with evidence of its costs, both direct and indirect. Plaintiff correctly admits that Style has provided evidence of its acquisition costs of the alleged infringing pieces, and also does not dispute that Style provided copies of its relevant tax returns at the 30(b)(6) deposition of Style. Those tax returns clearly show Style's indirect costs, i.e. overhead, labor, advertising, etc., and Mag chose not to question or challenge Style on these items and cost issues. Style recently determined that it would use supporting information to provide further detail and backup for its indirect costs which are summarized on the tax returns, and has submitted that information to Mag. Mag's attempts to preclude that information are simply an effort to remedy its own failure to question Style on the documents

provided at Style's 30(b)(6) deposition.

WHEREFORE, Defendant Style respectfully requests that the Court deny plaintiff's *Motion to Preclude Defendants from Introducing Additional Evidence as to Costs Regarding the Sale of the Infringing Piece.*

Dated: March 6, 2006

STYLE ACCESSORIES, INC.

By Its Attorneys,

Thomas R. Noel, Esq. (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 6th of March, 2006, I served a true copy of this document to the following counsel of record by Facsimile and First Class Mail: Thomas A. Tarro III, Esq., The Summit East, Suite 330, Centerville Road, Warwick, RI 02886 and Craig M. Scott, Esq., Duffy Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, RI 02903.