UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br>Plaintiff | : | |
| vs. | : | C.A. No. 04-174 T |
| CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.<br>Defendants | : | |

**OBJECTION OF DEFENDANT STYLE ACCESSORIES, INC., TO PLAINTIFF'S MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER**

Defendant Style Accessories, Inc. ("Style") hereby objects to the plaintiff Mag Jewelry Co., Inc.'s *Motion to Quash Subpoenas and Motion for Protective Order*. In support of its Objection, Style relies on the attached Memorandum of Law filed contemporaneously herewith.

Dated: March 6, 2006

STYLE ACCESSORIES, INC.

By Its Attorneys,

Thomas R. Noel, Esq. (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 6th of March, 2006, I served a true copy of this document to the following counsel of record by Facsimile and First Class Mail: Thomas A. Tarro III, Esq., The Summit East, Suite 330, Centerville Road, Warwick, RI 02886 and Craig M. Scott, Esq., Duffy Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, RI 02903.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br>Plaintiff<br><br>vs.<br><br>CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.<br>Defendants | : | C.A. No. 04-174 T |

**MEMORANDUM OF LAW IN SUPPORT OF OBJECTION OF DEFENDANT STYLE ACCESSORIES, INC., TO PLAINTIFF'S MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER**

Defendant Style Accessories, Inc. ("Style") hereby objects to the plaintiff Mag Jewelry Co., Inc.'s ("Mag") *Motion to Quash Subpoenas and Motion for Protective Order*.

Mag is attempting to avoid producing at trial relevant documents that were previously requested by the defendants in discovery, but never produced by the plaintiff. On November 1, 2004, Style served Mag with its *First Request for Production of Documents*. Request No. 20 requested "[a]ll documents and things that support or undermine Mag's contention that any defendant in this litigation has infringed any copyright held by Mag . . . ." The items and documents requested in the Schedule A attached to the trial subpoena served on Mag and the law firm of its attorney are relevant, non-privileged documents and things responsive to that request that Mag failed to produce. The subpoenaed documents and items were all referenced in prior depositions of various individuals conducted in relation to prior litigation commenced by or against Mag and involving the disputed crystal angel. The items include statements of third

parties produced in those earlier depositions. Mag was represented at all of those depositions by its current counsel, and its counsel cannot credibly dispute either the relevancy of these documents to this litigation or the relevancy of those items and documents to Style's discovery request.

Moreover, despite objecting to this request on the grounds that the request sought documents and items constituting attorney-work product and otherwise protected by the attorney client privilege, Mag has never produced a privilege log containing any of the items and documents subpoenaed for trial.

WHEREFORE, Defendant Style respectfully requests that the Court deny plaintiff's *Motion for Quash Subpoenas and Motion for Protective Order*.

Dated: March 6, 2006

STYLE ACCESSORIES, INC.

By Its Attorneys,

Thomas R. Noel, Esq. (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 6th of March, 2006, I served a true copy of this document to the following counsel of record by Facsimile and First Class Mail: Thomas A. Tarro III, Esq., The Summit East, Suite 330, Centerville Road, Warwick, RI 02886 and Craig M. Scott, Esq., Duffy Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, RI 02903.