UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MAG JEWELRY CO., INC.,

Plaintiff,

v. C.A. No. 04-174T

CHEROKEE, INC., TARGET CORPORATION d/b/a TARGET STORES, and STYLE ACCESSORIES, INC.,

Defendants.

ORDER

For the reasons and with the qualifications stated in open court, the Court rules as follows on the parties' motions to quash and motions *in limine*:

1. Plaintiff Mag Jewelry's Motions to Quash Subpoena and for Protective Order are DENIED with respect to both of the subject subpoenas.
2. Defendant Style Accessories' Motion *in Limine* to Preclude Plaintiff from Claiming Sales to Seta Corporation is DENIED.
3. Defendants' Joint Motion *in Limine* to Preclude Mag Jewelry from Presenting Evidence of Total Sales of its Crystal Angel is GRANTED.
4. Defendants' Joint Motion *in Limine* to Preclude Mag Jewelry from Presenting Evidence of Settlements with Other Entities of Claims Concerning the Subject Copyright is GRANTED, except in so far as Plaintiff may introduce such evidence if necessary to rebut or impeach evidence adduced during Defendants' case-in-chief.
5. Defendants' Joint Motion *in Limine* to Preclude Mag

Jewelry from Presenting Evidence of Defendants' Gross Revenue is PASSED as moot.

6. Defendants Cherokee's and Target's Joint Motion *in Limine* to Preclude Mag Jewelry from Presenting Evidence that Defendants are Publicly Traded Companies is PASSED as moot.

7. Plaintiff Mag Jewelry's Motion *in Limine* to Preclude Defendants from Introducing Additional Evidence at Trial as to Costs Regarding the Manufacture and/or Sale of the Infringing Piece is DENIED.

8. Plaintiff Mag Jewelry's Motion *in Limine* to Preclude Certain Testimony at Trial is GRANTED except in so far as Defendants may call one or more of the subject witnesses if necessary to rebut or impeach specific evidence adduced during Plaintiff's case-in-chief.

9. Plaintiff Mag Jewelry's Motion *in Limine* to Preclude Deposition Testimony of Bharat Dass, Janice Wells, and Kevin Russell is DENIED.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 3/14/06