AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

Mag Jewelry, Co., Inc. V. Cherokee, Inc., et al.

CASE NUMBER: CA04-174T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Thomas A. Tarro, III; Robert Clarida, Kris Macaruso Marotti | Christine Bush; Craig Scott; Thomas Noel |
| TRIAL DATE(S) | COURT REPORTER Angela Reynolds | COURTROOM DEPUTY Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 3/7/06 | | | W-1 Daniel Magnanimi |
| 3 | | 3/7/06 | X | FULL | Crystal Angel without card |
| 4 | | 3/7/06 | X | FULL | Assortment of Crystal Stones |
| 5 | | 3/7/06 | X | FULL | Assortment of Jump Rings |
| 6 | | 3/7/06 | X | FULL | Variations of Crystal Angel |
| 1 | | 3/7/06 | X | FULL | 1992 Mag Jewelry Co., Inc.'s Production Book |
| 7 | | 3/7/06 | X | FULL | Tray with boxes |
| 10 | | 3/7/06 | X | FULL | Crystal Angel Pin on Card |
| 9 | | 3/7/06 | X | FULL | Page from Mag Jewelry Co., Inc's 1994 Production Book depicting Crystal Angel jewelry design - Pin #AB-948 |
| 8 | | 3/7/06 | X | FULL | 1994 Mag Jewelry Co., Inc.'s Production Book |
| 11 | | 3/7/06 | X | FULL | Page from Mag Jewelry Co., Inc's 1994 Production Book depicting Crystal Angel #AB-949 Necklace |
| 12 | | 3/7/06 | X | FULL | Crystal Angel Necklace on Card |
| 13 | | 3/7/06 | X | FULL | Page from Mag Jewelry Co., Inc's 1994 Production Book depicting Crystal Angel #AB-950 earrings |
| 14 | | 3/7/06 | X | FULL | Crystal Angel Earrings on Card |
| 15 | | 3/7/06 | X | FULL | Card Display |
| 16 | | 3/7/06 | X | FULL | 1st Purchase Order taken by Mag for Crystal Angel sold to Merlite, dated 9/12/94 |
| 17 | | 3/7/06 | X | FULL | Purchase Order taken by Mag for Crystal Angel sold to SWJ Southwest, Inc. 3/10/95 P.O. #0886 |
| 18 | | 3/7/06 | X | FULL | Purchase Order taken by Mag for Crystal Angel sold to Klassen Jewelers 3/10/95 P.O. #0889 |
| 19 | | 3/7/06 | X | FULL | Purchase Order taken by Mag for Crystal Angel sold to Jewels & Such, dated 3/10/95 P.O. #0890 |
| 20 | | 3/7/06 | X | FULL | Purchase Order taken by Mag for Crystal Angel sold to Marclar, dated 3/11/95. P.O. #0892 |
| 21 | | 3/7/06 | X | FULL | Purchase Order taken by Mag for Crystal Angel sold to Accessory Mart, dated 3/11/95. P.O. # 0900 |
| 22 | | 3/7/06 | X | FULL | Purchase Order taken by Mag for Crystal Angel sold to Regal Sales, dated 3/11/95. P.O. #0896 |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Mag Jewelry, Co., Inc. V. Cherokee, Inc., et al.

CASE NUMBER: CA04-174T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 28 | | 3/7/06 | X | FULL | Hord Corporation Invoices re: Purchase of Crystal Stones |
| 27 | | 3/7/06 | X | FULL | P&C Jewelry Invoices |
| 23 | | 3/7/06 | X | FULL | June 1, 1995 Document |
| 24 | | 3/7/06 | X | FULL | November 15, 1995 letter to Elliot Salter |
| 25 | | 3/8/06 | X | FULL | Certificate of Registration No. VA 758-661 for Crystal Angel |
| 26 | | 3/8/06 | X | FULL | Amended Copyright Registration VA 878-020 |
| 44 | | | X | | Mag Jewelry, Co.'s sale invoices for period 1/1/95-6/30/95 indicating 14,512 pieces sold (AB948) |
| 35 | | 3/7/06 | X | FULL | Agreement dated 9/15/96 between D. Magnanimi and A. Gregerman re: License on "Crystal Angel" Jewelry Piece |
| 72 | | 3/7/06 | X | FULL | Gregerman Angel - Rhinestone with Brass Wings |
| 73 | | 3/7/06 | X | FULL | Gregerman Angel - Pearl Body Angel |
| 29 | | 3/7/06 | X | FULL | Mag Catalogue |
| | B | 3/8/06 | X | FULL | 11/15/95 letter from D. Magnanimi to E. Salter re: Flower Pot Angels |
| | E | 3/8/06 | X | FULL | 11/22/95 letter from E. Salter to D. Magnanimi regarding copyright registrations |
| | G1 | 3/8/06 | X | FULL | 11/21/95 letter from Mag to OLIT, Inc. Warwick, RI |
| | G2 | 3/8/06 | X | FULL | 11/21/95 letter from Mag to Novelty Distributors, Greenfield, IN |
| | G3 | 3/8/06 | X | FULL | 1/3/96 letter from Mag to Bo'Tique Creations, Providence, RI |
| | G4 | 3/8/06 | X | FULL | 1/19/06 letter from Mag to Venue, Inc. Warwick, RI |
| | G5 | 3/8/06 | X | FULL | 1/24/96 letter form Mag to Barry-Owen, Co., Los Angeles, CA |
| | G6 | 3/8/06 | X | FULL | 1/24/96 letter form Mag to Colofuls, Inc., Dover, NJ |
| | G7 | 3/8/06 | X | FULL | 1/29/96 letter from Mag to Alan Gregerman |
| | G8 | 3/8/06 | X | FULL | 1/31/96 letter from Mag to Alabaster Originals |
| | G9 | 3/8/06 | X | FULL | 1/31/96 letter from Mag to Royal of America |
| | G10 | 3/8/06 | X | FULL | 2/1/96 letter from Mag to Oriental Trading Co. |
| | G11 | 3/8/06 | X | FULL | 2/14/96 letter from Mag to D. M. Merchandising |
| | G12 | 3/8/06 | X | FULL | 2/14/96 letter from Mag to Zublers |
| | G13 | 3/8/06 | X | FULL | 2/15/96 letter from Mag to Luc-Co., Inc. |
| | G15 | 3/8/06 | X | FULL | 2/28/96 letter from Mag to Walter Heimler, Inc. |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Mag Jewelry, Co., Inc. V. Cherokee, Inc., et al.

CASE NUMBER: CA04-174T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | G16 | 3/8/06 | X | FULL | 3/13/96 letter from Mag to Wallace Brothers |
| | G17 | 3/8/06 | X | FULL | 3/14/96 letter from Mag to A.S. Manufacturing |
| | G18 | 3/8/06 | X | FULL | 5/1/96 letter from Mag to Ocean State/Anatone |
| | G19 | 3/8/06 | X | FULL | 5/1/96 letter from Mag to Sanford White |
| | G20 | 3/8/06 | X | FULL | 5/8/96 letter from Mag to Eden Jewelry, Co. |
| | H | 3/8/06 | X | FULL | 2/8/06 letter from J. Avanzato to T. Tarro responding to Mag's cease and desist letter |
| | I | 3/8/06 | X | FULL | 2/13/96 letter from T. Tarro to J. Avanzato |
| | OO | 3/8/06 | X | FULL | Copyright Assignment & fax cover sheet sent by Mag to Alan Gregerman 1997 fax 6/20/97 |
| | XX | 3/8/06 | X | FULL | Copyright Registration VA735-686 1/22/96 Bharat Dass Crystal Angel |
| | YY | 3/8/06 | X | FULL | Copyright Registration VA819-623 12/3/96 Bharat Dass Crystal Angel |
| | GGG | 3/8/06 | X | FULL | Dass Copyright Reg. VA735-686 deposit material |
| | HH | 3/8/06 | X | FULL | Monarch Creations Catalog |
| | | 3/8/06 | | | W-2 Elliot Salter |
| 78 | | 3/8/06 | X | FULL | Copy of Cert. of Registration w/ deposit material attached |
| 79 | | 3/8/06 | X | FULL | Photocopy of Mag Crystal Angel |
| 75 | | 3/8/06 | X | FULL | Correspondence dated 3/22/96 from Attorney Tarro to Elliot Salter |
| 76 | | 3/8/06 | X | FULL | Correspondence dated 5/28/96 from E. Salter to D. Magnanimi |
| 53 | | 3/8/06 | X | FULL | Sample of "Crystal Angel" Pin Style Accessories purchased from Alan Gregerman |
| 59 | | 3/8/06 | X | FULL | Sample of "Crystal Angel" Necklace sold by Target on Cherokee Card |
| | J | 3/8/06 | X | FULL | 2/14/96 Fax from T. Tarro to E. Salter w/ 6 pages of attachments |
| 74 | | 3/8/06 | X | FULL | Correspondence dated 2/28/96 from T. Tarro to E. Salter |
| | | 3/8/06-3/9/06 | | | W-3 Donald Donnelly |
| | VVV | 3/9/06 | X | FULL | Photocopy of Trumpet Angel Shown Original Size and 35% Enlargement |
| | UUU | 3/9/06 | X | FULL | D.Donnelly sketch of Harp & French Horn Angel |
| 77 | | 3/9/06 | X | FULL | Correspondence dated 6/12/96 from D. Donnelly to T. Tarro |
| | | 3/9/06 | X | | W-4 Alan Gregerman |
| 36 | | 3/9/06 | X | FULL | Copyright Reg. (Gregerman) Angel w/Brass Wings |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Mag Jewelry, Co., Inc. V. Cherokee, Inc., et al.

CASE NUMBER: CA04-174T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 37 | | 3/9/06 | X | FULL | Copyright Reg. (Gregerman) Angel w/Pearl Body |
| 54 | | 3/9/06 | X | FULL | Invoices from A. Gregerman re: Sales of "Crystal Angel" Pins & Earingss to Style Accessories, Inc. 5/30/97 |
| | PP | | X | | Gregerman Piece |
| | EE | 3/9/06 | X | FULL | 9/20/94 Delivery Receipt - Gregerman to Treasure Chest |
| | FF | | X | | 12/14/94 Delivery Receipt - Gregerman to Treasure Chest |
| | | 3/9/06 | | | W-5 Robert Santucci |
| | | 3/9/06 | | | W-6 Martha Medberry Freitas |
| | | 3/9/06 | | | W-7 Frank Vescera |
| | | 3/9/06 | | | W-8 Chad Mollica |
| 56 | | | X | | Style Accessories, Inc. items sold to SETA Corp. |
| 57 | | | X | | Invoices from Style, Inc. to SETA Corp. 3/11/96 |
| 55 | | 3/9/06 | X | FULL | Invoices from Dannik re: Sales of "Crystal Angel" Pins & Earrings to Style, 9/24/98-5/4/00 |
| 60 | | | X | | Invoices from Seigee Jewelry Corp. re: Sales of "Crystal Angel" Necklaces to Style 5/17/01-12/21/01 |
| 61 | | 3/9/06 | X | FULL | Invoices of A&H MFG, Co. to Style, Inc. 6/4/01-6/7/01 |
| 63 | | 3/9/06 | X | FULL | Style Accessories, Inc. Summary & Invoices re: Sales of 173,430 necklaces to Target - $260,145.00 |
| 62 | | 3/9/06 | X | FULL | Liberty International, Inc. Invoice to Style, Inc. 12/28/01 |
| 58 | | | X | | Style Accessories, Inc. Summary of Pins & Earrings sold to misc. customers totaling $29,586.00 |
| DD | DD | 3/9/06 | | FULL | Target's sales, costs and expenses concerning accused piece for fiscal year 2001 |
| EE | EE | 3/9/06 | | FULL | Target's sales, costs and expenses concerning accused piece for Feb.-May 2002 |
| FF | FF | 3/9/06 | | FULL | Target's sales for June 2002-January 2003 |
| GG | GG | 3/9/06 | | FULL | Target's sales, costs and expenses concerning accused piece fiscal year 2003 |
| HH | HH | 3/9/06 | | FULL | Target's sales, costs and expenses concerning accused piece fiscal year 2004 |
| 71 | | 3/9/06 | | FULL | License Agreement dated 11/12/97 between Cherokee, Inc, and Dayton Hudson Corp. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |