UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MAG JEWELRY CO., INC.
Plaintiff

vs.                                                C.A. No. 04-174T

CHEROKEE, INC., ET AL.
Defendants

## ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW

For reasons stated in open court on March 9, 2006, the oral Motion for Judgment as a Matter of Law made by defendants Cherokee, Inc., Target Corporation and Style Accessories, Inc. is hereby granted.

By Order:

_____
Deputy Clerk

ENTER:

_____
Chief Judge Ernest C. Torres
date: 3/21/06