**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MAG JEWELRY CO., INC.

Plaintiff

vs. C.A. No. 04-174T

CHEROKEE, INC., ET AL.

Defendants

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Pursuant to the order of Chief Judge Ernest C. Torres signed on March 21, 2006 granting Defendants' Motion for Judgment as a Matter of Law, Judgment hereby enters in favor of the Defendants, Cherokee, Inc., Target Corporation and Style Accessories, Inc. and against Plaintiff, Mag Jewelry Co., Inc.

Enter:

Deputy Clerk

Dated: March 23, 2006