**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MAG JEWELRY CO., INC. | : | |
| VS. | : | C.A. NO. 04-174T |
| CHEROKEE, INC. ROBERT MARGOLIS and TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC. | : | |

**NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

Now comes your Plaintiff, Mag Jewelry Co., Inc., and appeals to the United States Court of Appeals for the First Circuit from the Final Judgment of the District Court for the District of Rhode Island entered in this case on the 23rd day of March, 2006, wherein the Court entered Judgment in favor of the Defendants, and the Order of Chief Judge Ernest C. Torres, granting Defendants' Motion for Judgment as a Matter of Law, entered in this action on the 21st day of March, 2006.

Plaintiff,
By and Through Its Attorney,

Thomas A. Tarro, III

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

DATED: March 29, 2006

## CERTIFICATION

I hereby certify that I mailed a copy of the above ***Notice of Appeal*** regular mail on the 29th day of March, 2006 to:

Craig M. Scott, Esq.
DUFFY & SWEENEY, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas R. Noel, Esq.
NOEL & GYORGY, LLP
50 South Main Street
Providence, RI 02903