UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br>Plaintiff | : | |
| vs. | : | C.A. No. 04-174 T |
| CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.<br>Defendants | : | |

**DEFENDANTS CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION'S MOTION FOR AWARD OF COSTS**

On March 23, 2006, the Court entered Judgment in favor of Defendants Cherokee, Inc. and Target Corporation and against Plaintiff, Mag Jewelry Co., Inc. ("Mag). Pursuant to 28 U.S.C. § 1920, Fed. R. Civ. P. 54 (d)(1) and LR Cv 54, Defendants Cherokee, Inc., Robert Margolis, and Target Corporation move for an award of prevailing party costs in the amount of $2,510.99. As grounds for this Motion, Defendants rely on the Bill of Costs specifying each item of costs claimed and the Memorandum of Law and supporting affidavit of Christine K. Bush, Esq. filed herewith.

Respectfully Submitted,
Cherokee, Inc., Robert Margolis
and Target Corporation
By Their Attorneys,

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700 (Tel)
(401) 455-0701 (Fax)

Dated: April 6, 2006

## CERTIFICATION

TO:

Thomas A. Tarro, III, Esq.
Kris R. Macaruso Marotti, Esq.
The Law Firm of Thomas A. Tarro III, Esq.
The Summit East, Suite 330
300 Centerville Road
Warwick, RI 02886

Robert W. Clarida, Esq.
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036

Thomas R. Noel, Esq.
Noel & Gyorgy LLP
50 South Main St.
Providence, RI 02903

I hereby certify that I caused a true copy of the within *Motion for Award of Costs* to be sent via First Class Mail to the above named counsel of record on the __6 day of April, 2006.

Theresa Ferson

H:\Clients\Target Corporaton.MAG\Style Fashion Jewelry - Mag\Pleadings\Motion for Award of Costs.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MAG JEWELRY CO., INC.<br>Plaintiff | |
| vs. | C.A. No. 04-174 T |
| CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.<br>Defendants | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION'S MOTION FOR AWARD OF COSTS**

On March 23, 2006, the Court entered Judgment in favor of Defendants Cherokee, Inc. and Target Corporation and against Plaintiff, Mag Jewelry Co., Inc. ("Mag). Pursuant to 28 U.S.C. § 1920, Fed. R. Civ. P. 54 (d)(1) and LR Cv 54(B)(2), Defendants Cherokee, Inc., Robert Margolis, and Target Corporation have moved that the following costs be taxed against Plaintiff:

A. Fees Of The Clerk And Marshal

| | |
|---|---|
| United States District Court | 80.00 |
| ***SUBTOTAL:*** | ***$ 80.00*** |

B. Fees Of The Court Reporter For All Or Any Part Of The Stenographic Transcript Necessarily Obtained For Use In The Case

| | |
|---|---|
| Angela Reynolds (hearing transcript) | 36.52 |
| Atkinson-Baker, Inc. (6/17/05 deposition of Lourdes Sanchez) | 360.15 |
| ***SUBTOTAL:*** | ***$ 396.67*** |

C. Fees And Disbursements For Printing And Witnesses

None.

D. Fees For Exemplification And Copies Of Paper Necessarily Obtained For Use In The Case

IKON Office Solutions

| | |
|---|---|
| March, 2002 | $ 247.67 |
| September, 2002 | 134.65 |

War Room Document Solutions:

| | |
|---|---|
| February, 2006 | $ 222.36 |
| March, 2006 | 175.04 |

U.S. District Court

| | |
|---|---|
| February 3, 2006 | $ 32.50 |

DigiPat, Inc.

| | |
|---|---|
| March 15, 2006 | $ 876.60 |

In-house Monthly Photocopy Charges (25¢ per page):

| | |
|---|---|
| September, 2002 | $ 29.75 |
| October, 2002 | 13.25 |
| January, 2003 | 12.50 |
| June, 2003 | 44.50 |
| May, 2004 | 42.25 |
| September, 2004 | 5.25 |
| April, 2005 | 49.50 |
| May, 2005 | 34.00 |
| February, 2006 | 46.00 |
| March, 2006 | 68.50 |

***SUBTOTAL:*** ***$ 2,034.32***

E. Docket Fees Under Section 1923 Of Title 28

None.

F. Compensation Of Court Appointed Experts, Compensation of Interpreters and Costs Of Special Interpretation Services

None.

**COSTS SUMMARY**

| | | |
|---|---|---|
| A. | Fees of the Clerk and Marshal | $ 80.00 |
| B. | Fees of the Court Reporter | 396.67 |
| C. | Printing and Witnesses | 0.00 |
| D. | Exemplification and Copies | 2,034.32 |
| E. | Docket Fees | 0.00 |
| F. | Court Appointed Experts | 0.00 |
| | ***TOTAL*** | ***$ 2,510.99***[1] |

Each of the above referenced costs is correct and all services reflected herein were actually performed and were necessary to the presentation of Defendants' case. (See Affidavit of Christine Bush, Exhibit B.) In addition, all disbursements reflected herein and on Defendants' Bill of Costs represent obligations actually incurred and necessary to the presentation of Defendants' case.

**CONCLUSION**

For the foregoing reasons, Defendants respectfully request that the Court award them prevailing part costs pursuant to 28 U.S.C. § 1920, Fed. R. Civ. P. 54 (d)(1) and LR Cv 54in the amount of $2,510.99.

[1] Documents supporting each itemized cost other than in-house copying are attached hereto as Exhibit A. In-house copying charges are reflected on the itemized billing statements attached to the affidavit of Craig M. Scott.

Respectfully Submitted,
Cherokee, Inc., Robert Margolis
and Target Corporation
By Their Attorneys,

Craig M. Scott, Esq. (#4237)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700 (Tel)
(401) 455-0701 (Fax)

Dated: April 6, 2006

**CERTIFICATION**

TO:

Thomas A. Tarro, III, Esq.
Kris R. Macaruso Marotti, Esq.
The Law Firm of Thomas A. Tarro III, Esq.
The Summit East, Suite 330
300 Centerville Road
Warwick, RI 02886

Robert W. Clarida, Esq.
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036

Thomas R. Noel, Esq.
Noel & Gyorgy LLP
50 South Main St.
Providence, RI 02903

I hereby certify that I caused a true copy of the within *Motion for Award of Costs* to be sent via First Class Mail to the above named counsel of record on the 6 day of April, 2006.

Theresa Benson

H:\Clients\Target Corporaton.MAG\Style Fashion Jewelry - Mag\Pleadings\Motion for Award of Costs.doc

Mon Mar 18 15:20:54 2002

UNITED STATES DISTRICT COURT

PROVIDENCE , RI

Receipt No. 100 50464
Cashier msaucier

Check Number:

| DO Code | Div No |
|---|---|
| 4670 | 1 |

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:322360 | N | 2 | 15.00 |
| 2:322360 | N | 2 | 15.00 |

Total Amount $ 30.00

CERT OF GOOD STANDING CRAIG SCOTT

cn

DUFFY & SWEENEY, LTD.

3775

25.00

Re: Style/Mag

$25.00

3/18/02 3775 Clerk, U.S. District Court

THIS DOCUMENT IS PROTECTED BY MULTIPLE SECURE RIGHT CHECK SECURITY FEATURES - DETAILS ON BACK

3775

DUFFY & SWEENEY, LTD. 1/96
GENERAL ACCOUNT
ONE TURKS HEAD PLACE, SUITE 1200
PROVIDENCE, RI 02903

CITIZENS BANK / CITIZENS TRUST COMPANY
RHODE ISLAND

57-12/115 33

DATE March 18, 2002

AMOUNT ***************$25.00

PAY Twenty-Five and 0/100 Dollars

TO THE ORDER OF Clerk, U.S. District Court

Sandra L. Meunier
AUTHORIZED SIGNATURE

SECURITY FEATURES INCLUDED DETAILS ON BACK

Memo:

⑈003775⑈ ⑆011500120⑆1012 346 6⑈

DUFFY & SWEENEY, LTD.

3774

25.00

Re: Style/Mag

$25.00

3/18/02 3774 Clerk, U.S. District Court

THIS DOCUMENT IS PROTECTED BY MULTIPLE SECURE RIGHT® CHECK SECURITY FEATURES - DETAILS ON BACK

3774

DUFFY & SWEENEY, LTD. 1/96
GENERAL ACCOUNT
ONE TURKS HEAD PLACE, SUITE 1200
PROVIDENCE, RI 02903

CITIZENS BANK / CITIZENS TRUST COMPANY
RHODE ISLAND

57-12/115 33

DATE
March 18, 2002

AMOUNT
***************$25.00

PAY Twenty-Five and 0/100 Dollars

TO THE ORDER OF Clerk, U.S. District Court

Sandra L. Meunier
AUTHORIZED SIGNATURE

SECURITY FEATURES INCLUDED DETAILS ON BACK

Memo:

⑈003774⑈ ⑆011500120⑆1012 346 6⑈

DUFFY SWEENEY & SCOTT, LTD 6197

18 Angela Reynolds

| | | | | |
|---|---|---|---|---|
| 11/09/05 | Target/Mag: Transcript of Hearing of Defendant's Motion | 100102.0/LAC | 36.52 | 36.52 |

11/09/05 6197 Gross 36.52 Ded 0.00 Net 36.52

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

DUFFY SWEENEY & SCOTT, LTD
OPERATING ACCOUNT
ONE TURKS HEAD PLACE, SUITE 1200
PROVIDENCE, RI 02903

BANKRI

6197

| DATE | | AMOUNT |
|---|---|---|
| 11/09/05 | 6197 | $36.52 |

PAY THIRTY SIX & 52/100 DOLLARS

TO THE ORDER OF Angela Reynolds

2ND SIGNATURE REQUIRED FOR AMOUNTS THAT EXCEED $5,000.00

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈006197⑈ ⑆011501682⑆ 04 2015917⑈

**Atkinson-Baker, Inc. – Main Office**
**500 N. Brand Boulevard, Third Floor**
**Glendale, CA 91203-4725**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Deb Ryan, dryan@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9F01A01B
FIRM # 1193222
INVOICE DATE: 6/29/2005
DUE UPON RECEIPT

Setting Firm: Law Offices of Thomas A. Tarro III
Taking Attorney: Thomas A. Tarro III
Case Name: Mag Jewelry Co., Inc. v. Cherokee, Inc.
Case #: 02-0466

**Craig M. Scott**
**Duffy, Sweeney & Scott, LTD**
**One Turks Head Place**
**Suite 1200**
**Providence, RI 02903**

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Lourdes M. Sanchez, taken June 17, 2005. | $ 360.15 |
| BALANCE DUE | $ 360.15 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

. . . . . . . . . . . . . . . Fold and tear at this perforation, then return stub with payment. . . . . . . . . . . . . . . .

BALANCE DUE $360.15

INVOICE # 9F01A01B
FIRM # 1193222

For: Certified copy of the reporter's transcript of the deposition of Lourdes M. Sanchez, taken June 17, 2005..

From:

Craig M. Scott
Duffy, Sweeney & Scott, LTD
One Turks Head Place
Suite 1200
Providence, RI 02903

Remit To:

Atkinson-Baker, Inc.
500 N. Brand Boulevard
Third Floor
Glendale, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

# Invoice

WarRoom Document Solutions of RI, Inc.
101 Dyer Street, Third Floor
Providence, RI 02901

Voice: 401 621-7300
Fax: 401 621-7878

Invoice Number: 9633
Invoice Date: Feb 21, 2006
Page: 1

Sold To:

Duffy Sweeney & Scott, Ltd.
1200 Turks Head Bldg.
Providence, RI 02903

| Client/Matter | | Payment Terms | |
|---|---|---|---|
| Target / 100102.00 | | Net 30 Days | |
| Document Consultant | Customer Contact | Job Number | Due Date |
| MATTHEW | Sally | FEB 242 | 3/23/06 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 69.00 | "C" | Medium Litigation | 0.16 | 11.04 |
| 33.00 | Color | Color Copies | 1.25 | 41.25 |

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE-DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN THIRTY (30) DAYS. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED SHOULD THE ACCOUNT BECOME DELINQUENT.

| | |
|---|---|
| Subtotal | 52.29 |
| Sales Tax | 3.66 |
| Total Invoice | 55.95 |
| Payment | 0.00 |
| TOTAL | 55.95 |

Received and Approved by: ______________________

Date: ______________

Tax ID Number: 03-0487386

gL 5060 -

# Invoice

WarRoom Document Solutions of RI, Inc.
101 Dyer Street, Third Floor
Providence, RI 02901

Voice: 401 621-7300
Fax: 401 621-7878

Invoice Number: 9658
Invoice Date: Feb 23, 2006
Page: 1

Sold To:

Duffy Sweeney & Scott, Ltd.
1200 Turks Head Bldg.
Providence, RI 02903

#10102.00

| Client/Matter | | Payment Terms | |
|---|---|---|---|
| Target/MAG | | Net 30 Days | |
| Document Consultant | Customer Contact | Job Number | Due Date |
| MATTHEW | Sally | FEB 267 | 3/25/06 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 957.00 | "C" | Medium Litigation | 0.16 | 153.12 |
| 8.00 | Tabs | Tabs | 0.30 | 2.40 |

P

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE-DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN THIRTY (30) DAYS. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED SHOULD THE ACCOUNT BECOME DELINQUENT.

gl 5060.00

Received and Approved by: ______________________

Date: ________________

| | |
|---|---|
| Subtotal | 155.52 |
| Sales Tax | 10.89 |
| Total Invoice | 166.41 |
| Payment | 0.00 |
| TOTAL | 166.41 |

Tax ID Number: 03-0487386

o

# Invoice

WarRoom Document Solutions of RI, Inc.
101 Dyer Street, Third Floor
Providence, RI 02901

Voice: 401 621-7300
Fax: 401 621-7878

Invoice Number: 9795
Invoice Date: Mar 6, 2006
Page: 1

Sold To:

Duffy Sweeney & Scott, Ltd.
1200 Turks Head Bldg.
Providence, RI 02903

# 10102-00

| Client/Matter | | Payment Terms | |
|---|---|---|---|
| Target/MAG | | Net 30 Days | |
| Document Consultant | Customer Contact | Job Number | Due Date |
| MATTHEW | Elvira | MAR 070 | 4/5/06 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 114.00 | "C" | Medium Litigation | 0.16 | 18.24 |

G/L 5060.00

(P)

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE-DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN THIRTY (30) DAYS. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED SHOULD THE ACCOUNT BECOME DELINQUENT.

Received and Approved by: ______________________

Date: ______________

| | |
|---|---|
| Subtotal | 18.24 |
| Sales Tax | 1.28 |
| Total Invoice | 19.52 |
| Payment | 0.00 |
| TOTAL | 19.52 |

Tax ID Number: 03-0487386

# Invoice

WarRoom Document Solutions of RI, Inc.
101 Dyer Street, Third Floor
Providence, RI 02901

Voice: 401 621-7300
Fax: 401 621-7878

Invoice Number: 9803
Invoice Date: Mar 6, 2006
Page: 1

Sold To:

Duffy Sweeney & Scott, Ltd.
1200 Turks Head Bldg.
Providence, RI 02903

#100102.00

| Client/Matter | Payment Terms |
|---|---|
| MAG/Cherokee | Net 30 Days |

| Document Consultant | Customer Contact | Job Number | Due Date |
|---|---|---|---|
| MATTHEW | Crystal | MAR 078 | 4/5/06 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 252.00 | "B" | Light Litigation | 0.12 | 30.24 |

Target/Mag Jewelry

GL 60600.00

ORIGINAL

YOUR SIGNATURE BELO[W]
ABOVE-DESCRIBED WOR[K]
RECEIVED. THE PARTY A[...]
THIS INVOICE WITHIN T[...]
AGREES TO PAY ALL LE[...]
ACCOUNT BECOME DE[...]

Received and Approved by: ________

Date: ____________________

| | |
|---|---|
| Subtotal | 30.24 |
| Sales Tax | 2.12 |
| Total Invoice | 32.36 |
| Payment | 0.00 |
| TOTAL | 32.36 |

Tax ID Number: 03-0487386

# Invoice

WarRoom Document Solutions of RI, Inc.
101 Dyer Street, Third Floor
Providence, RI 02901

Voice: 401 621-7300
Fax: 401 621-7878

Invoice Number: 9796
Invoice Date: Mar 8, 2006
Page: 1

Sold To:

Duffy Sweeney & Scott, Ltd.
1200 Turks Head Bldg.
Providence, RI 02903

# 100102.00

| Client/Matter | | Payment Terms | |
|---|---|---|---|
| Target/MAG | | Net 30 Days | |
| Document Consultant | Customer Contact | Job Number | Due Date |
| MATTHEW | Crystal | MAR 071 | 4/7/06 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 121.00 | Scanning | Scanning-Medium Litigation | 0.16 | 19.36 |
| 264.00 | "C" | Medium Litigation | 0.16 | 42.24 |
| 3.00 | Binders | Binders- 1" | 8.50 | 25.50 |
| 3.00 | Custom Label | Custom Labels | 1.00 | 3.00 |
| 1.00 | CD | CD Rom | 25.00 | 25.00 |

GL 5060.00

YOUR SIGNATURE BELOW IS AN AGREEMENT THAT THE ABOVE-DESCRIBED WORK HAS BEEN AUTHORIZED AND RECEIVED. THE PARTY ABOVE ASSURES PAYMENT OF THIS INVOICE WITHIN THIRTY (30) DAYS. CUSTOMER AGREES TO PAY ALL LEGAL FEES INCURRED SHOULD THE ACCOUNT BECOME DELINQUENT.

P

| | |
|---|---|
| Subtotal | 115.10 |
| Sales Tax | 8.06 |
| Total Invoice | 123.16 |
| Payment | 0.00 |
| TOTAL | 123.16 |

Received and Approved by: ____________________

Date: ______________

Tax ID Number: 03-0487386

6598

DUFFY SWEENEY & SCOTT, LTD

$ 32.50

#92 USDC
02/01/06 Outside copy charges for Target/Mag #100102.0000M (tmb)
**Manual Check**

United States Treasury Symbol 4670

Fri Feb 3 12:55:35 2006

UNITED STATES DISTRICT COURT

PROVIDENCE , RI

Receipt No. 100 62422
Cashier jtheall

Tender Type CHECK

Check Number:

Transaction Type N

| DO Code | Div No | Acct |
|---|---|---|
| 4670 | 1 | 322350 |

Amount $ 32.50

65 COPIES

DUFFY SWEENEY & SCOTT, ONE TURKS HEAD PLACE, STE 1200, PROVIDENCE, RI

cn

DIGIPAT, INC.

1725 Duke Street, Ground 04
Alexandria, VA 22314
P: (703) 519-1820 / F: (703) 519-1821

| DATE | INVOICE # |
|---|---|
| 3/15/2006 | M0083 |

| CLIENT |
|---|
| David R. Josephs<br>BARLOW, JOSEPHS & HOLMES, LTD<br>101 Dyer Street, Suite 501<br>Providence, RI 02903 |

RECEIVED
BARLOW, JOSEPHS & HOLMES LTD
MAR 20 2006
PATENT ATTORNEYS
PROVIDENCE, RI

Style Litigation

| YOUR REFERENCE NO.: | TERMS | MATTER |
|---|---|---|
| Copyright Registrations | Due on receipt | BJH |

| DESCRIPTION OF SERVICES | AMOUNT |
|---|---|
| Preparation of Litigation Statement | 180.00 |
| Photocopy/Duplication | 0.60 |
| Search and Retrieval | 96.00 |
| Certification | 96.00 |
| Rush | 240.00 |
| Furnishing Additional Certificates (Urgent) | 120.00 |
| Office Fees | 72.00 |
| Disbursements (transportation, courier) | 72.00 |
| Visit Our Web Site at www.digipat.com **Total** | $876.60 |

Bank Wire Information:
Bank of America
Account Name: Digipat Inc.
Account # 004350068662
Routing/ABA # 026009593

***MC, Visa & Am. Express Accepted***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br>Plaintiff<br><br>vs.<br><br>CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 04-174 T |

**AFFIDAVIT OF CHRISTINE K. BUSH IN SUPPORT OF DEFENDANTS CHEROKEE, INC. AND TARGET CORPORATION'S MOTION FOR AWARD OF ATTORNEYS' FEES**

CHRISTINE K. BUSH, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of the firm of Duffy, Sweeney & Scott, LTD, One Turks Head Place, Suite 1200, Providence, Rhode Island 02903, and I am admitted to practice before this Court. I offer this Affidavit in support of Defendants Cherokee, Inc., Robert Margolis and Target Corporation's Motion for Award of Costs.

2. I reviewed the proposed Bill of Costs filed pursuant to LR Cv 54(b)(1). The amounts listed on Defendants' proposed Bill of Costs are correct.

3. All services reflected in the Bill of Costs were actually performed and were necessary to the presentation of Defendants' case.

4. All disbursements reflected in the Bill of Costs represent obligations actually incurred and necessary to the presentation of Defendants' case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Providence, Rhode Island on April 6, 2006.

Christine K. Bush

H:\Clients\Target Corporaton.MAG\Style Fashion Jewelry - Mag\Pleadings\Affidavit Support Motion for Award of Costs.doc