UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br>Plaintiff | : | |
| vs. | : | C.A. No. 04-174 T |
| CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.<br>Defendants | : | |

**AFFIDAVIT OF WILLIAM R. GRIMM IN SUPPORT OF DEFENDANTS CHEROKEE, INC. AND TARGET CORPORATION'S MOTION FOR AWARD OF COSTS INCLUDING ATTORNEYS' FEES**

WILLIAM R. GRIMM, pursuant to 28 U.S.C. § 1746 and LR Cv 54.1(b)(2), declares as follows:

1. Neither I nor the firm of Hinckley, Allen & Snyder LLP has any interest in the above-captioned case.

2. I am a partner at the firm of Hinckley, Allen & Snyder LLP in Providence, Rhode Island. I am also the Chairman of the Litigation/Labor Group of Hinckley, Allen & Snyder LLP.

3. I have been admitted to practice in Rhode Island since 1977. I have been admitted to practice in the United States District Court for the District of Rhode Island since 1977, and I have practiced before this Court since that time. I am a member of the Intellectual Property Law Section of the American Bar Association.

4. I understand that the above-captioned case involves allegations of copyright infringement. I have experience litigating copyright infringement cases.

5. I am aware that Duffy Sweeney & Scott, LTD charged the following rates during the following periods:

- 2002: Craig M. Scott, Partner ($275); Christine (Ahern) Bush, Associate ($195);
- 2003: Craig M. Scott, Partner ($285); Christine (Ahern) Bush, Associate ($215);
- 2004: Craig M. Scott, Partner ($295); Christine Bush, Associate ($235); Crystal Dartt, Paralegal ($125);
- 2005: Craig M. Scott, Partner ($325); Christine Bush, Partner ($295); Crystal Dartt, Paralegal ($140); and
- 2006: Craig M. Scott, Partner ($345); Christine Bush, Partner ($310); Crystal Dartt, Paralegal ($140).

6. Based on my experience with intellectual property cases generally and copyright cases specifically, and my general familiarity with the usual and customary rates charged by attorneys in the community who have comparable experience in similar cases, it is my opinion that the rates identified in paragraph 5 *supra* are reasonable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Providence, Rhode Island on April 4, 2006.

William R. Grimm

**CERTIFICATION**

TO:

Thomas A. Tarro, III, Esq.
Kris R. Macaruso Marotti, Esq.
The Law Firm of Thomas A. Tarro III, Esq.
The Summit East, Suite 330
300 Centerville Road
Warwick, RI 02886

Robert W. Clarida, Esq.
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036

Thomas R. Noel, Esq.
Noel & Gyorgy LLP
50 South Main St.
Providence, RI 02903

I hereby certify that I caused a true copy of the within *Affidavit of William R. Grimm* to be sent via First Class Mail to the above named counsel of record on the 6 day of April, 2006.

Theresa Benson

Target Corporaton.MAG\Style Fashion Jewelry - Mag\Pleadings\Affidavit William Grimm