UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br>Plaintiff<br><br>vs.<br><br>CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.<br>Defendants | : | C.A. No. 04-174 T |

**DEFENDANT STYLE ACCESSORIES, INC.'S MOTION FOR ALLOWANCE OF BILL OF COSTS**

The Court entered Judgment in favor of all defendants on March 23, 2006. The Judgment follows the Court's grant of defendants' Rule 50 Motion for Judgment at the close of plaintiff's case. Accordingly, pursuant to Fed. R. Civ. P. 54(d) and Local Rule 54, defendant Style Accessories, Inc., hereby moves for an Order of this Court allowing Style's *Bill of Costs*.

Style relies on the Memorandum, supporting Affidavit of Thomas R. Noel, Esq., and Style's *Bill of Costs* filed contemporaneously herewith.

Dated: April 6, 2006

STYLE ACCESSORIES, INC.
By Its Attorneys,

[signature]

Thomas R. Noel (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
401.272.7400 Telephone
401.621.5688 Facsimile

**CERTIFICATION**

I hereby certify that on April 6th, 2006, I served a copy of the foregoing via First Class Mail to Thomas A. Tarro III, Esq., The Summit East, Suite 330, Centerville Road, Warwick, RI 02886 and Craig M. Scott, Esq., Duffy Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, RI 02903.

Ann T. Vagnielian

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br>Plaintiff<br><br>vs.<br><br>CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.<br>Defendants | : | C.A. No. 04-174 T |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT STYLE ACCESSORIES, INC.'S MOTION FOR ALLOWANCE OF BILL OF COSTS**

Defendant Style Accessories, Inc. ("Style") has submitted a Bill of Costs as the prevailing party following the grant of defendants' Rule 50 Motion for Judgment as a Matter of Law. Rule 54(d) of the Federal Rules of Civil Procedure directs that "costs other than attorneys' fees *shall be allowed as of course* to the prevailing party unless the court otherwise directs . . . ." Rule 54(d)(emphasis added). A "prevailing party," for purposes of Rule 54(d), is a party in whose favor judgment is rendered. *United States v. Davis*, 87 F. Supp. 2d 82, 87 (D.R.I. 2000).

At the close of the plaintiff's case, the Court found that the plaintiff had failed to present evidence of access on the part of defendants to prove, by inference or otherwise, that defendants had copied plaintiff's claimed copyrighted design. Judgment entered in favor of all defendants on March 23, 2006. Style, therefore, is a prevailing party within the meaning of Rule 54(d).

**CERTIFICATION**

I hereby certify that on April 6th, 2006, I served a copy of the foregoing via First Class Mail to Thomas A. Tarro III, Esq., The Summit East, Suite 330, Centerville Road, Warwick, RI 02886 and Craig M. Scott, Esq., Duffy Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, RI 02903.

Ann T. Kapielian