AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

MAG JEWELRY CO., INC.

V.

CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.

## BILL OF COSTS

Case Number: 04-174 T

Judgment having been entered in the above entitled action on March 23, 2006 (Date) against Mag Jewelry Co., Inc.

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | 395.00 (Tab A) |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 4,675.44 (Tab B) |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | 479.39 (Tab C) |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 4,034.36 (Tab D) |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as sho wn on Mand ate of Co urt of Ap peals | |
| Compensation of court-appointe d experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL | $ 9,579.19 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Counsel of Record

Signature of Attorney: [signature]

Name of Attorney: Thomas R. Noel, Esquire (#4239)

For: Defendant, Style Accessories, Inc. (Name of Claiming Party) Date: April 6, 2006

Costs are taxed in the amount of ______ and included in the judgment.

David A. DiMarzio
Clerk of Court

By: ______
Deputy Clerk

______
Date

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Robert Piro, 41 Esterbrook Rd., Acton, MA 01720 | 1 | $40.00 | | | 124 | $55.18 | $ 95.18 |
| Keeper of Recs., Potpourri, Inc., 222 Mill Rd., Chelmsford, MA 01824 | 1 | 40.00 | | | 134 | 59.64 | 99.64 |
| Elliot Salter, Esq., 321 South Main Street, Providence, RI 02903 | 1 | 40.00 | | | 1 | .45 | 40.45 |
| Nicholas Verrechia, 245 Larpener Rd., Scituate, RI | 1 | 40.00 | | | 40 | 17.90 | 57.90 |
| Joseph Avanzato, One Citizens Plaza, 8th Floor, Providence, RI 02903 | 1 | 40.00 | | | 2 | 1.00 | 41.00 |
| Keeper of Recs., Law Firm of Thomas Tarro, 300 Centerville Rd., Suite 330, Warwick, RI 02886 | 1 | 40.00 | | | 23 | 10.32 | 50.32 |
| Keeper of Recs., Mag Jewelry Co., Inc., 838 Dyer Ave., Cranston, RI 02920 | 1 | 40.00 | | | 16 | 6.88 | 46.88 |
| David P. Beaupre, 1163 Newman Ave., Seekonk, MA 02771 | 1 | 40.00 | | | 18 | 8.02 | 48.02 |
| | | | | | TOTAL | | $479.39 |

NOTICE

**Section 192 4, Title 28, U.S. C ode (effective Se ptember 1, 1948) prov ides:**
"Sec. 1924. Verification of bill of costs."
"Before anybill of costs istaxed, theparty claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself orby his duly authorized attorney oragent having knowledge of the facts,thatsuch item is correctand has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily perform ed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Fede ral Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Timekeeper (hand | Include: ATK; EMB; JRH; TRN |
| Activity (hand selec | Include: Constable |
| Client (hand select) | Include: Style Accessories |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 9161<br>1/18/2006<br>Billed<br>Constable - service of subpoena on Alan Gregerman Company | EXP<br><br>G:1096 | <br><br>2/2/2006 | ATK<br>Constable<br>Style Accessories | 1 | 70.00 | 70.00 |
| 9162<br>1/18/2006<br>Billed<br>Constable - service of subpoena on Alan Gregerman | EXP<br><br>G:1096 | <br><br>2/2/2006 | ATK<br>Constable<br>Style Accessories | 1 | 35.00 | 35.00 |
| 9414<br>2/24/2006<br>Billed<br>Constable - Service of Trial Subpoena upon Elliot Salter | EXP<br><br>G:1116 | <br><br>3/15/2006 | ATK<br>Constable<br>Style Accessories | 1 | 45.00 | 45.00 |
| 9428<br>2/28/2006<br>Billed<br>Constable - Service of Trial Subpoena on Nicholas Verrechia | EXP<br><br>G:1116 | <br><br>3/15/2006 | ATK<br>Constable<br>Style Accessories | 1 | 102.90 | ~~102.90~~<br>Without witness fee = 45.00 |
| 9439<br>3/2/2006<br>Billed<br>Constable - service of three (3) subpoenas. | EXP<br><br>G:1116 | <br><br>3/15/2006 | ATK<br>Constable<br>Style Accessories | 1 | 283.20 | ~~283.20~~<br>Without witness fee = 145.00 |
| 9460<br>3/9/2006<br>Billed<br>Constable - Service of Trial Subpoena on David Beaupre | EXP<br><br>G:1116 | <br><br>3/15/2006 | ATK<br>Constable<br>Style Accessories | 1 | 103.02 | ~~103.02~~<br>Without witness fee = 55.00 |

| Grand Total | | | |
|---|---|---|---|
| | Billable | 0.00 | ~~639.12~~ |
| | Unbillable | 0.00 | 0.00 |
| | Total | 0.00 | ~~639.12~~<br>395.00 |

# INVOICE

**HUGHES LEGAL SUPPORT**
**Www.Rhodeislandprocess.Com**
**P.O. Box 20617**
**Cranston, RI 02920**
**Phone: (401) 944-8980**
**Fax: (401) 944-3314**
**Tax Id# 05-0470988**

**Inv. # 2006008052**
**01-18-2006**

Thomas R. Noel, Esq.
NOEL & GYORGY LLP
50 South Main St.,
Providence, RI 02903

**Case Number: 04-174T**

Plaintiff:
**MAG JEWELRY CO., INC.**

Defendant:
**CHEROKEE INC. et al**

Received: 1/13/2006 Completed: 1/13/2006
To be served on: Alan Gregerman Company

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service | 1.00 | 35.00 | 35.00 |
| Rush Service-Same Day | 1.00 | 35.00 | 35.00 |
| TOTAL CHARGED: | | | $70.00 |
| **BALANCE DUE:** | | | **$70.00** |

.......THIS WILL BE THE ONLY INVOICE YOU WILL RECEIVE...........
Payment Due Upon Receipt

JAN 20 2006

Ⓔ TS (AEV) 1/23/06
Ⓔ QBs to be paid (AEV) 1/23/06

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i

# INVOICE

**HUGHES LEGAL SUPPORT**
**Www.Rhodeislandprocess.Com**
**P.O. Box 20617**
**Cranston, RI 02920**
**Phone: (401) 944-8980**
**Fax: (401) 944-3314**
**Tax Id# 05-0470988**

**Inv. # 2006008053**
**01-18-2006**

Thomas R. Noel, Esq.
NOEL & GYORGY LLP
50 South Main St.,
Providence, RI 02903

**Case Number: 04-174T**

Plaintiff:
**MAG JEWELRY CO., INC.**

Defendant:
**CHEROKEE INC. et al**

Received: 1/13/2006 Completed: 1/13/2006
To be served on: GREGERMAN, ALAN

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service-2nd at same address | 1.00 | 17.50 | 17.50 |
| Rush Service-Same Day | 1.00 | 17.50 | 17.50 |
| TOTAL CHARGED: | | | $35.00 |
| **BALANCE DUE:** | | | **$35.00** |

.......THIS WILL BE THE ONLY INVOICE YOU WILL RECEIVE...........
Payment Due Upon Receipt

JAN 20 2006

(E) TS/(24K) 1/23/06
E [illegible] (24K) 1/23/06

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i

# INVOICE

**HUGHES LEGAL SUPPORT**
**Www.Rhodeislandprocess.Com**
**P.O. Box 20617**
**Cranston, RI 02920**
**Phone: (401) 944-8980**
**Fax: (401) 944-3314**
**Tax Id# 05-0470988**

**Inv. # 2006008998**
**02-23-2006**

Thomas R. Noel, Esq.
NOEL & GYORGY LLP
50 South Main St.,
Providence, RI 02903

**Case Number: 04-174T**

Plaintiff:
**MAG JEWELRY CO., INC.**

Defendant:
**CHEROKEE INC. et al**

Received: 2/17/2006 Completed: 2/17/2006
To be served on: SALTER, ELLIOT

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service- RUSH | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $45.00 |
| **BALANCE DUE:** | | | **$45.00** |

pd 2-27-06
ck#2016
$45.00

.......THIS WILL BE THE ONLY INVOICE YOU WILL RECEIVE...........
Payment Due Upon Receipt

(E) TS re client expense (ATK [illegible])
(E) 2Bs to be paid (ATK 2-24-06)

FEB 24 2006

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i

**Falcon Constable Services**
**P.O. Box 19026**
**Johnston R.I. 02919**
**Phone (401)-480-2110**
**Fax (401)782-8856**

**Invoice # 3860**

**GYORGY**

**3/2/2006 8:37:24 PM**

Billed To:
**John P. Gyorgy**
**50 South Main St.**
**Providence Rhode Island 02903**

Pay To:
Falcon Constable Services

| Plaintiff | Defendant | Case Number | Constable | Date Served | Witness Fee | Additional Amt | Billed Amount |
|---|---|---|---|---|---|---|---|
| MAG JEWELRY CO INC FEDERALSU | CHEROKEE INC, ET AL ONE CITIZENS PLZA 8TH FLR PROVIDENCE | | VDF | 3/1/2006 | $41.00 | $0.00 | $86.00 |
| Co. Bank Or Witness JOSEPH AVANZATO | | | Memo: | | | | |
| MAG JEWELRY CO INC FEDERALSU | CHEROKEE INC ET AL 300 CENTERVILLE RD STE 330 WARWICK | | MVD | 3/1/2006 | $50.32 | $0.00 | $95.32 |
| Co. Bank Or Witness LAW FIRM OF THOMAS TAR | | | Memo: | | | | |
| MAG JEWELRY CO INC FEDERALSU | CHEROKEE INC, ET AL 838 DYER AVE CRANSTON | | MVD | 3/1/2006 | $46.88 | $10.00 | $101.88 |
| Co. Bank Or Witness MAG JEWELRY INC KOR | | | Memo: | | | | |

pd
3-8-06
$283.20
ck#2022

**Total Billed Amount $283.20**

subtract witness fees -138.20

145.00

**Falcon Constable Services**
**P.O. Box 19026**
**Johnston R.I. 02919**
**Phone (401)-480-2110**
**Fax (401)782-8856**

**Invoice # 3843**

**GYORGY**

**2/27/2006 8:28:16 PM**

Billed To:

**John P. Gyorgy**
**50 South Main St.**
**Providence Rhode Island 02903**

Pay To:
Falcon Constable Services

| Plaintiff | Defendant | Case Number | Constable | Date Served | Witness Fee | Additional Amt | Billed Amount |
|---|---|---|---|---|---|---|---|
| MAY JEWELRY CO INC FEDERALSU | CHEROKEE INC TARGET 245 CARPENTER RD SCITUATE | | ARR | 2/23/2006 | $57.90 | $0.00 | $102.90 |

Memo:

Co. Bank Or Witness NICHOLAS VERRECHIA

pd 3-1-06
ck #2010
$ 102.90

(E) TS as expense ([illegible] 2-28-06)
(E) [illegible] to be paid ([illegible] 2-28-06)

**Total Billed Amount** **$102.90**

subtract witness fee −57.90

45.00

Falcon Constable Services
P.O. Box 19026
Johnston R.I. 02919
Phone (401)-480-2110
Fax (401)782-8856

Invoice # 3878

GYORGY

3/6/2006 9:49:37 PM

Billed To:
John P. Gyorgy
50 South Main St.
Providence Rhode Island 02903

Pay To:
Falcon Constable Services

| Plaintiff | Defendant | Case Number | Constable | Date Served | Witness Fee | Additional Amt | Billed Amount |
|---|---|---|---|---|---|---|---|
| MAG JEWELRY CO INC FEDERALSU | CHEROKEE INC, ET AL 1163 NEWMAN AVE ATTLEBORO | 04-174T | MVD | 3/6/2006 | $48.02 | $10.00 | $103.02 |

Memo:

Co. Bank Or Witness DAVID P BEAUPRE

pd 3-13-06
ck#2030
$103.02

MAR - 9 2006

Total Billed Amount $103.02

subtract witness fee - 48.02

55.00

Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Timekeeper (hand | Include: ATK; EMB; JRH; TRN |
| Activity (hand selec | Include: $Transcript fee |
| Client (hand select) | Include: Style Accessories |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 7918 | EXP | | TRN | 1 | 1227.60 | 1227.60 |
| 5/27/2005 | | | $Transcript fee | | | |
| Billed | G:927 | 6/2/2005 | Style Accessories | | | |
| Transcript fee - Mag Jewelry vs. Russ Berrie trial transcript. | | | | | | |
| 8047 | EXP | | TRN | 1 | 432.70 | 432.70 |
| 6/7/2005 | | | $Transcript fee | | | |
| Billed | G:959 | 7/5/2005 | Style Accessories | | | |
| Transcript fee - deposition of Martha Medberry Freitas | | | | | | |
| 8048 | EXP | | TRN | 1 | 192.60 | 192.60 |
| 6/7/2005 | | | $Transcript fee | | | |
| Billed | G:959 | 7/5/2005 | Style Accessories | | | |
| Transcript fee - deposition of Frank Vescera | | | | | | |
| 8049 | EXP | | TRN | 1 | 558.70 | 558.70 |
| 6/9/2005 | | | $Transcript fee | | | |
| Billed | G:959 | 7/5/2005 | Style Accessories | | | |
| Transcript fee - deposition of Donald Donnelly | | | | | | |
| 8046 | EXP | | TRN | 1 | 325.75 | 325.75 |
| 6/10/2005 | | | $Transcript fee | | | |
| Billed | G:959 | 7/5/2005 | Style Accessories | | | |
| Transcript fee - deposition of Elliot Salter | | | | | | |
| 9087 | EXP | | EMB | 1 | 66.00 | 66.00 |
| 12/29/2005 | | | $Transcript fee | | | |
| Billed | G:1096 | 2/2/2006 | Style Accessories | | | |
| Transcript fee - Motion Hearing -- 12/12/05 | | | | | | |
| Grand Total | | | | | | |
| | | | Billable | 0.00 | | 2803.35 |
| | | | Unbillable | 0.00 | | 0.00 |
| | | | Total | 0.00 | | 2803.35 |

Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Timekeeper (hand | Include: ATK; EMB; JRH; TRN |
| Activity (hand selec | Include: Transcript |
| Client (hand select) | Include: Style Accessories |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 8267<br>8/19/2005<br>Billed<br>Transcript Cost for deposition of Daniel Magnanimi | EXP<br><br>G:993 | <br><br>9/2/2005 | TRN<br>Transcript<br>Style Accessories | 1 | 467.45 | 467.45 |
| 9427<br>2/28/2006<br>Billed<br>Transcript Cost - Certified Copy of David Josephs, Esquire Transcript | EXP<br><br>G:1116 | <br><br>3/15/2006 | ATK<br>Transcript<br>Style Accessories | 1 | 384.00 | 384.00 |
| 9569<br>3/17/2006<br>WIP<br>Transcript Cost - Judgment as a Matter of Law | EXP | | ATK<br>Transcript<br>Style Accessories | 1 | 35.20 | 35.20 |
| Grand Total | | | | | | |
| | | | Billable | 0.00 | | 886.65 |
| | | | Unbillable | 0.00 | | 0.00 |
| | | | Total | 0.00 | | 886.65 |

Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Timekeeper (hand | Include: ATK; EMB; JRH; TRN |
| Activity (hand selec | Include: Depo. Cost |
| Client (hand select) | Include: Style Accessories |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 8124<br>7/14/2005<br>Billed<br>Deposition Costs for Chad Mollica's deposition | EXP<br><br>G:972 | <br><br>8/2/2005 | TRN<br>Depo. Cost<br>Style Accessories | 1 | 268.55 | 268.55 |
| 8413<br>9/6/2005<br>Billed<br>Deposition Costs for the transcript of the deposition of Dave Anderson | EXP<br><br>G:1023 | <br><br>10/7/2005 | TRN<br>Depo. Cost<br>Style Accessories | 1 | 217.75 | 217.75 |
| Grand Total | | | | | | |
| | | | Billable | 0.00 | | 486.30 |
| | | | Unbillable | 0.00 | | 0.00 |
| | | | Total | 0.00 | | 486.30 |

| | | |
|---|---|---|
| 2/24/2006 | Style Accessories | $499.14 |

WIP
Transcript Cost for Alan Gregerman Depo
Transcript

AO44
(Rev. 12/89)

UNITED STATES DISTRICT COURT
FOR THE RHODE ISLAND

INVOICE NO: 20050055

Thomas R. Noel
Noel & Gyorgy, LLP
50 South Main Street
Providence, RI 02903

Phone: (401) 272-7400

MAKE CHECKS PAYABLE TO:

Karen M. Zinni, RPR-RMR-CRR
United States Court Reporter
One Exchange Terrace
Providence, RI 02903

Phone: (401) 351-8311

☐ CRIMINAL [X] CIVIL

DATE ORDERED: 04-08-2005

DATE DELIVERED: 05-23-2005

**Case Style:** CA NO. 01-383ML, Mag Jewelry Co, Inc. v Russ Berrie and Company
2/19, 2/20 and 2/20/03 Jury Trial

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 372 | 3.30 | 1,227.60 | | | | | | | 1,227.60 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | | |
|---|---|---|
| Misc. Desc. | MISC. CHARGES: | |
| | TOTAL: | 1,227.60 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $1,227.60 |

Pd 5-31-05 ck #1690

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE

DATE 05-23-2005

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

Allied court reporters, inc. -and- VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920
tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11137 | 06/24/2005 | 01-14706 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/07/2005 | BRASSA | 04-174T |

JUN 27 2005

THOMAS R NOEL, ESQ.
NOEL & GYORGY
50 SOUTH MAIN STREET
3RD FLOOR
PROVIDENCE, RI 02903-0000

**CASE CAPTION**

Mag Jewlrey vs Cheroke, et al

**TERMS**

Net 30 days

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES ORIGINAL+MINI | | | |
| Martha Medberry Freitas | 111 Pages @ | 3.20/Page | 355.20 |
| EXHIBITS | 10 Pages @ | .25/Page | 2.50 |
| REPORTER ATTENDANCE | | | 75.00 |
| | TOTAL DUE >>>> | | 432.70 |

1 of 2 depos back to back. 10:00am-3:09pm

TAX ID NO.: 05-0481673

(401) 272-7400 Fax (401) 621-5688

Allied court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920
tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11139 | 06/24/2005 | 01-14707 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/07/2005 | BRASSA | 04-174T |

JUN 27 2005

THOMAS R NOEL, ESQ.
NOEL & GYORGY
50 SOUTH MAIN STREET
3RD FLOOR
PROVIDENCE, RI 02903-0000

**CASE CAPTION**

Mag Jewlrey vs Cheroke, et al

**TERMS**

Net 30 days

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES ORIGINAL+MINI | | | |
| Frank Vescera | 58 Pages @ | 3.20/Page | 185.60 |
| EXHIBITS | 2 Pages @ | .25/Page | .50 |
| Delivery & Confirmation | | | 6.50 |
| | TOTAL DUE >>>> | | 192.60 |

2 of 2 depos back to back.

TAX ID NO.: 05-0481673

(401) 272-7400 Fax (401) 621-5688

Please detach bott...

Allied court reporters, inc. and VIDEO CONFERENCE CENTERS
tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com
115 Phenix Ave, Cranston, Rhode Island 02920

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11141 | 06/24/2005 | 01-14708 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/09/2005 | BRASSA | 04-174T |

JUN 27 2005

THOMAS R NOEL, ESQ.
NOEL & GYORGY
50 SOUTH MAIN STREET
3RD FLOOR
PROVIDENCE, RI 02903-0000

**CASE CAPTION**

Mag Jewlrey vs Cheroke, et al

**TERMS**

Net 30 days

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES ORIGINAL+MINI | | | |
| Donald Donnelly-CONFIDENTIAL | 156 Pages @ | 3.20/Page | 499.20 |
| EXHIBITS | 12 Pages @ | .25/Page | 3.00 |
| REPORTER ATTENDANCE | | | 50.00 |
| Delivery & Confirmation | | | 6.50 |
| | TOTAL DUE >>>> | | 558.70 |

TAX ID NO.: 05-0481673

(401) 272-7400 Fax (401) 621-5688

Allied court reporters, inc. and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920
tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11143 | 06/24/2005 | 01-14709 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/10/2005 | BRASSA | 04-174T |

THOMAS R NOEL, ESQ.
NOEL & GYORGY
50 SOUTH MAIN STREET
3RD FLOOR
PROVIDENCE, RI 02903-0000

JUN 27 2005

**CASE CAPTION**

Mag Jewlrey vs Cheroke, et al

**TERMS**

Net 30 days

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES ORIGINAL+MINI | | | |
| Elliot Salter | 75 Pages @ | 3.20/Page | 240.00 |
| EXHIBITS | 117 Pages @ | .25/Page | 29.25 |
| REPORTER ATTENDANCE | | | 50.00 |
| Delivery & Confirmation | | | 6.50 |
| | TOTAL DUE >>>> | | 325.75 |

Pd 7.1.05 ck # 1717

TAX ID NO.: 05-0481673

(401) 272-7400 Fax (401) 621-5688

Style Accessories

# SERVICE INVOICE

YTS Transcription Services
240 Chestnut Street
Wrentham, MA 02093

Phone: (508) 384-2003
Fax: (508) 384-2003

| | | |
|---|---|---|
| **SERVICE FOR:**<br>Transcript of: Motion Hearing<br><br>Before: Hon. Lincoln D. Almond<br>U.S. Magistrate Judge<br>Mag Jewelry v. Cherokee, Inc., et al<br>Civil Action No. 94-174-T | INVOICE NO. | 06-05 |
| | DATE RECEIVED | December 29, 2005 |
| | DATE TRANSCRIPT COMPLETED | January 5, 2006 |
| | INVOICE DATE | January 5, 2006 |
| **BILL TO:**<br>Thomas R. Noel, Esquire<br>50 South Main Street<br>Providence, RI 02903 | | |

| DATE OF PROCEEDINGS TRANSCRIBED | DESCRIPTION | NO. OF PAGES | EXPEDITED RATE | TOTAL |
|---|---|---|---|---|
| 12/12/05 | Motion Hearing | 15 | $4.40 | $66.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Make checks payable to: Maryann V. Young** | | | **TOTAL AMOUNT DUE:** | **$66.00** |

**PAYMENT IS DUE UPON RECEIPT OF TRANSCRIPT**
**PLEASE RETURN AN INVOICE WITH YOUR REMITTANCE**
**- THANK YOU-**

1/11/06
$66.00
ck# 1943

JAN 09 2006

Allied court reporters, inc.
and
VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920
tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 11949 | 08/16/2005 | 01-15730 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/21/2005 | DEMISH | 04-174T |

**CASE CAPTION**

Mag Jewlrey vs Cheroke, et al

**TERMS**

Net 30 days

THOMAS R NOEL, ESQ.
NOEL & GYORGY
50 SOUTH MAIN STREET
3RD FLOOR
PROVIDENCE, RI 02903-0000

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES ORIGINAL+MINI | | | |
| Daniel Magnanimi | 116 Pages @ | 3.20/Page | 371.20 |
| EXHIBITS | 47 Pages @ | .25/Page | 11.75 |
| REPORTER ATTENDANCE | | | 75.00 |
| Color Copies Supplied | 2.00 Pages @ | 1.25/Page | 2.50 |
| E-Tran/ASCII E-Mailed | | | n/c |
| Delivery & Confirmation | | | 7.00 |
| | TOTAL DUE >>>> | | 467.45 |

10:00am-3:50pm

pd 8-19-05 ck # 1772

TAX ID NO.: 05-0481673

(401) 272-7400 Fax (401) 621-5688

CAPITOL
COURT REPORTING
225 Reservoir Avenue • Providence, RI 02907
Tel (401) 453-1005 • Fax (401) 453-1009

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 8325 | 02/27/2006 | 01-10048 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/14/2006 | LISA | 02-0466 |

**CASE CAPTION**

Mag Jewelry Co., Inc. vs, Cherokee, Inc

**TERMS**

Due upon receipt

Thomas R. Noel, Esq.
Noel & Gyorgy, LLP
50 South Main Street
Providence, RI 02903

| | |
|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: David Josephs, Esquire | 384.00 |
| TOTAL DUE >>>> | 384.00 |

pd 3-1-06
ck#2009
$384.00

FEB 28 2006

Ⓔ TS as expense (atk 2-28-06)
Ⓔ QEs to be paid (atk 2-28-06)

TAX I.D. NO.: 05-0481819

(401) 272-7400 Fax (401) 621-5688

AO44
(Rev. 12/89)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INVOICE NO: 20060026

Thomas R. Noel, Esq.
Noel & Gyorgy, LLP
50 South Main Street
Providence, RI 02903

Phone: (401) 272-7400

MAKE CHECKS PAYABLE TO:

Anne M. Clayton, RPR
United States Court Reporter
One Exchange Terrace
Providence, RI 02903

Phone: (401) 255-2310

☐ CRIMINAL  [X] CIVIL

DATE ORDERED: 03-16-2006

DATE DELIVERED: 03-17-2006

**Case Style:** 04-174T, Mag Jewelry v Cherokee, Inc., et al
Copy of Judgment as a Matter of Law on 3/9/06 before Chief Judge Ernest C. Torres.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | 8 | 4.40 | 35.20 | | | | | | | 35.20 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 35.20 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $35.20 |

pd 3-17-06 $35.20 ck#2041

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE Anne M. Clayton  DATE 03-17-2006

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

CAPITOL COURT REPORTING, INC.
225 Reservoir Avenue • Providence, RI 02907
Tel (401) 453-1005 • Fax (401) 453-1009
www.capitolcourtreporting.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 5120 | 07/05/2005 | 01-6308 |
| **JOB DATE** | **REPORTERS(S)** | **CASE NUMBER** |
| 06/15/2005 | CLAUD | 02-0466 |
| **CASE CAPTION** | | |
| Mag Jewelry Co., Inc. vs, Cherokee, Inc | | |
| **TERMS** | | |
| Due upon receipt | | |

JUL 08 2005

Thomas R. Noel, Esq.
Noel & Gyorgy, LLP
50 South Main Street
Providence, RI 02903

1 CERTIFIED COPY OF TRANSCRIPT OF:
Chad Russell Mollica 268.55

**TOTAL DUE >>>> 268.55**

pd 7-14-05 ck # 1735

TAX I.D. NO.: 05-0481819 (401) 272-7400

**Atkinson-Baker, Inc. -- Main Office**
**500 N. Brand Boulevard, Third Floor**
**Glendale, CA 91203-4725**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Deb Ryan, dryan@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9F066A2B
FIRM # 1210195
INVOICE DATE: 8/22/2005
DUE UPON RECEIPT

Setting Firm: Law Offices of Thomas A. Tarro III
Taking Attorney: Thomas A. Tarro III
Case Name: Mag Jewelry Co vs Cherokee Inc et al
Case #: 02-0466

**Thomas R. Noel**
**Noel & Gyorgy, LLP**
**50 South Main Street**
**Providence, RI 02903**

SEP - 6 2005

pd 9-9-05 ck # 1796

| ITEM | AMOUNT |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Dave Anderson, taken August 5, 2005. | $ 217.75 |
| BALANCE DUE | $ 217.75 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

**Allied** court reporters, inc.
and VIDEO CONFERENCE CENTERS
115 Phenix Ave, Cranston, Rhode Island 02920

tel. 401-946-5500
1-888-44DEPOS(443-3767)
Fax: 401-946-9228
JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com
www.CARTproviders.com

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 16956 | 02/23/2006 | 01-21213 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/17/2006 | BACCDE | 04-174T |

THOMAS R NOEL, ESQ.
NOEL & GYORGY
50 SOUTH MAIN STREET
3RD FLOOR
PROVIDENCE, RI 02903-0000

**CASE CAPTION**

Mag Jewlrey vs Cheroke, et al

**TERMS**

Net 30 days

| | | | |
|---|---|---|---|
| REPORTER SERVICE INCLUDES ORIGINAL+MINI | | | |
| Alan Gregerman | 104 Pages @ | 3.20/Page | 332.80 |
| 6-DAY EXPEDITE @ 30 % | | | 99.84 |
| EXHIBITS | 38 Pages @ | .25/Page | 9.50 |
| REPORTER ATTENDANCE | | | 50.00 |
| E-Tran/ASCII E-Mailed | | | n/c |
| Delivery & Confirmation | | | 7.00 |
| | TOTAL DUE >>>> | | 499.14 |

Gregerman Depo. Transcript

FEB 24 2006

[illegible]
[illegible]

TAX ID NO.: 05-0481673

(401) 272-7400 Fax (401) 621-5688

*Please detach bottom portion and return with payment.*

THOMAS R NOEL, ESQ.
NOEL & GYORGY
50 SOUTH MAIN STREET
3RD FLOOR
PROVIDENCE, RI 02903-0000

Invoice No.: 16956
Date : 02/23/2006
TOTAL DUE : 499.14

Job No. : 01-21213
Case No. : 04-174T
Mag Jewlrey vs Cheroke, et al

Remit To: **Allied Court Reporters, Inc.**
**115 Phenix Avenue**
**Cranston, RI 02920**

**NOEL & GYORGY LLP** 09/03
50 South Main Street
Providence, RI 02903

FLEET NATIONAL BANK
Providence, RI 02903
57-1/115

1990

2/15/2006

PAY TO THE ORDER OF Robert Piro $ **67.59

Sixty-Seven and 59/100************************************************************************************** DOLLARS

Robert Piro

MEMO Trial Subpoena Appearance Fee

⑈001990⑈ ⑆011500010⑆ 94755 17418⑈

**NOEL & GYORGY LLP** 09/03
50 South Main Street
Providence, RI 02903

FLEET NATIONAL BANK
Providence, RI 02903
57-1/115

2003

2/22/2006

PAY TO THE ORDER OF Robert Piro $ **27.59

Twenty-Seven and 59/100****************************************************************************************** DOLLARS

Robert Piro

MEMO Trial Subpoena Appearance Fee (Add'l Mileage Fee)

⑈002003⑈ ⑆011500010⑆ 94755 17418⑈

**NOEL & GYORGY LLP** 09/03
50 South Main Street
Providence, RI 02903

FLEET NATIONAL BANK
Providence, RI 02903
57-1/115

1991

2/15/2006

PAY TO THE ORDER OF Potpourri Inc. $ **69.82

Sixty-Nine and 82/100********************************************************************************************** DOLLARS

Potpourri Inc.

MEMO Trial Subpoena Appearance Fee

⑈001991⑈ ⑆011500010⑆ 94755 17418⑈

**NOEL & GYORGY LLP** 09/03
50 South Main Street
Providence, RI 02903

FLEET NATIONAL BANK
Providence, RI 02903
57-1/115

2002

2/22/2006

PAY TO THE ORDER OF Potpourri Inc. $ **29.82

Twenty-Nine and 82/100****************************************************************************************** DOLLARS

Potpourri Inc.

MEMO Trial Subpoena Appearance Fee (Add'l Mileage Fee)

⑈002002⑈ ⑆011500010⑆ 94755 17418⑈

**NOEL & GYORGY LLP** 09/03
50 South Main Street
Providence, RI 02903

FLEET NATIONAL BANK
Providence, RI 02903
57-1/115

1994

2/17/2006

PAY TO THE ORDER OF Elliot Salter, Esq. $ **40.45

Forty and 45/100*************************************************************************************** DOLLARS

Elliot Salter, Esq.

MEMO Trial Subpoena Appearance Fee

⑈001994⑈ ⑆011500010⑆ 94755 17418⑈

Falcon Constable Services
P.O. Box 19026
Johnston R.I. 02919
Phone (401)-480-2110
Fax (401)782-8856

| Invoice # | 3843 |
|---|---|

GYORGY

2/27/2006 8:28:16 PM

Billed To:
John P. Gyorgy
50 South Main St.
Providence Rhode Island 02903

Pay To:
Falcon Constable Services

| Plaintiff | Defendant | Case Number | Constable | Date Served | Witness Fee | Additional Amt | Billed Amount |
|---|---|---|---|---|---|---|---|
| MAY JEWELRY CO INC FEDERALSU | CHEROKEE INC TARGET 245 CARPENTER RD SCITUATE | | ARR | 2/23/2006 | $57.90 | $0.00 | $102.90 |

Memo:

Co. Bank Or Witness NICHOLAS VERRECHIA

pd 3-1-06
ck #2010
$ 102.90

Ⓔ TS as expense (ctk 2-28-06)
Ⓔ QBs to be paid (ctk 2-28-06)

**Total Billed Amount** **$102.90**

**Falcon Constable Services**
**P.O. Box 19026**
**Johnston R.I. 02919**
**Phone (401)-480-2110**
**Fax (401)782-8856**

**Invoice # 3860**

**GYORGY**

**3/2/2006 8:37:24 PM**

Billed To:
**John P. Gyorgy**
**50 South Main St.**
**Providence Rhode Island 02903**

Pay To:
Falcon Constable Services

| Plaintiff | Defendant | Case Number | Constable | Date Served | Witness Fee | Additional Amt | Billed Amount |
|---|---|---|---|---|---|---|---|
| MAG JEWELRY CO INC FEDERALSU | CHEROKEE INC, ET AL ONE CITIZENS PLZA 8TH FLR PROVIDENCE | | VDF | 3/1/2006 | $41.00 | $0.00 | $86.00 |
| Memo: | | | | | | | |
| Co. Bank Or Witness JOSEPH AVANZATO | | | | | | | |
| MAG JEWELRY CO INC FEDERALSU | CHEROKEE INC ET AL 300 CENTERVILLE RD STE 330 WARWICK | | MVD | 3/1/2006 | $50.32 | $0.00 | $95.32 |
| Memo: | | | | | | | |
| Co. Bank Or Witness LAW FIRM OF THOMAS TAR | | | | | | | |
| MAG JEWELRY CO INC FEDERALSU | CHEROKEE INC, ET AL 838 DYER AVE CRANSTON | | MVD | 3/1/2006 | $46.88 | $10.00 | $101.88 |
| Memo: | | | | | | | |
| Co. Bank Or Witness MAG JEWELRY INC KOR | | | | | | | |

pd
3-8-06
$283.20
ck#2022

**Total Billed Amount $283.20**

**Falcon Constable Services**
**P.O. Box 19026**
**Johnston R.I. 02919**
**Phone (401)-480-2110**
**Fax (401)782-8856**

**Invoice # 3878**

**GYORGY**

**3/6/2006 9:49:37 PM**

Billed To:
**John P. Gyorgy**
**50 South Main St.**
**Providence Rhode Island 02903**

Pay To:
Falcon Constable Services

| Plaintiff | Defendant | Case Number | Constable | Date Served | Witness Fee | Additional Amt | Billed Amount |
|---|---|---|---|---|---|---|---|
| MAG JEWELRY CO INC FEDERALSU | CHEROKEE INC, ET AL 1163 NEWMAN AVE ATTLEBORO | **04-174T** | MVD | 3/6/2006 | $48.02 | $10.00 | $103.02 |

Memo:

Co. Bank Or Witness DAVID P BEAUPRE

pd 3-13-06
ck#2030
$103.02

MAR - 9 2006

**Total Billed Amount $103.02**

| | | |
|---|---|---|
| 7/8/2005 | Style Accessories | $670.00 |

Certified copies of five registrations, search fee for five registrations, certified copies of deposit materials and fee to expedite request.

# Receipt

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

No. 167430 JUL 20 2005

Date 7-13-05

## Received

☐ Not examined in information section

**Form(s)**

Number of copies

Type of deposit copies

**Document(s)**

Cover letter

Other enclosures

Refer to

## Services

☑ Search

☐ Photocopies

☑ Additional certificates

☑ Certifications

☐ Secure text exam

☐ Transfer to photoduplication

☑ Other (*specify*) Rush

## Method of Payment

☐ Cash

☑ Check

☐ Money order

☐ Deposit acct #: Amount:

☐ Credit card Type: Auth #: Amount: 830

☐ No Fee

☐ Fee to be determined

☐ For connection

ETN:

**Total Payment: $** 830

**Received from** Thomas Noel

**Phone** 508-223-5800

**Address** 50 South Main St Providence, Rhode Island 02903

202-707-6787

**Representing**

**Phone**

**Received for the Register of Copyrights by** Tiffany Pace

## Title

VA 873-382 ... and 4 others

## Notes

Check # 1726 — $830

**SEE REVERSE FOR IMPORTANT INFORMATION**

C-38 April 2003 – 30,000 Printed on recyled paper

FL
4c

Date: August 30, 2005

SEP - 6 2005

Type of remittance received:

830 .00 check or money order

deposit account--
description number:

credit card

LIBRARY
OF
CONGRESS

Attn: Thomas Noel
Noel & Gyorgy
50 South Main Street
Providence, RI 02903

COPYRIGHT
OFFICE

101 Independence
Avenue, S.E.

Washington, D.C.
20559-6000

The Certifications and Documents Section has provided the following services and applied fees as shown below.

| | |
|---|---|
| Retrieval of records from storage | $ 80.00 |
| Certification (official statement with embossed seal and ribbon) | $400.00 |
| Additional certificate | $150.00 |
| Expedited service (rush certifications, searches, or additional certificates) | $200.00 |
| **Total fees charged** | **$830.00** |
| **Total remittance received** | **$830.00** |
| Refund by check under separate cover | $160.00 |

Sincerely yours,

Register of Copyrights

Richard Sharp
re: VA 873-382 & 4 others

Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Timekeeper (hand | Include: ATK; EMB; JRH; TRN |
| Activity (hand selec | Include: $Copies |
| Client (hand select) | Include: Style Accessories |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 5952<br>9/16/2004<br>Billed<br>Copy charges - Ikon Document Services | EXP<br><br>G:604 | <br><br>10/5/2004 | TRN<br>$Copies<br>Style Accessories | 1 | 221.53 | 221.53 |
| 6089<br>9/30/2004<br>Billed<br>Photocopies $0.15 per page | EXP<br><br>G:604 | <br><br>10/5/2004 | TRN<br>$Copies<br>Style Accessories | 13 | 0.15 | 1.95 |
| 6410<br>10/29/2004<br>Billed<br>Photocopies $0.15 per page | EXP<br><br>G:651 | <br><br>11/3/2004 | TRN<br>$Copies<br>Style Accessories | 60 | 0.15 | 9.00 |
| 6669<br>11/1/2004<br>Billed<br>Photocopies $0.15 per page | EXP<br><br>G:708 | <br><br>12/3/2004 | TRN<br>$Copies<br>Style Accessories | 84 | 0.15 | 12.60 |
| 6672<br>11/2/2004<br>Billed<br>Photocopies $0.15 per page | EXP<br><br>G:708 | <br><br>12/3/2004 | TRN<br>$Copies<br>Style Accessories | 64 | 0.15 | 9.60 |
| 6678<br>11/8/2004<br>Billed<br>Photocopies $0.15 per page | EXP<br><br>G:708 | <br><br>12/3/2004 | TRN<br>$Copies<br>Style Accessories | 10 | 0.15 | 1.50 |
| 7010<br>12/31/2004<br>Billed<br>Photocopies $0.15 per page | EXP<br><br>G:747 | <br><br>1/13/2005 | TRN<br>$Copies<br>Style Accessories | 549 | 0.15 | 82.35 |
| 7604<br>4/11/2005<br>Billed<br>Photocopies $0.15 per page | EXP<br><br>G:899 | <br><br>5/6/2005 | TRN<br>$Copies<br>Style Accessories | 1 | 4.35 | 4.35 |

| Slip ID / Dates and Time / Posting Status / Description | | | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 7609 | EXP | | TRN | 1 | 0.90 | 0.90 |
| 4/18/2005 | | | $Copies | | | |
| Billed | G:899 | 5/6/2005 | Style Accessories | | | |
| Photocopies $0.15 per page | | | | | | |
| 7612 | EXP | | TRN | 1 | 3.30 | 3.30 |
| 4/19/2005 | | | $Copies | | | |
| Billed | G:899 | 5/6/2005 | Style Accessories | | | |
| Photocopies $0.15 per page | | | | | | |
| 7613 | EXP | | TRN | 1 | 6.60 | 6.60 |
| 4/21/2005 | | | $Copies | | | |
| Billed | G:899 | 5/6/2005 | Style Accessories | | | |
| Photocopies $0.15 per page | | | | | | |
| 7623 | EXP | | TRN | 1 | 1.20 | 1.20 |
| 4/22/2005 | | 4/25/2005 | $Copies | | | |
| Billed | G:899 | 5/6/2005 | Style Accessories | | | |
| Photocopies $0.15 per page | | | | | | |
| 7796 | EXP | | TRN | 1 | 2.40 | 2.40 |
| 5/2/2005 | | | $Copies | | | |
| Billed | G:927 | 6/2/2005 | Style Accessories | | | |
| Photocopies $0.15 per page | | | | | | |
| 7803 | EXP | | TRN | 1 | 2.70 | 2.70 |
| 5/11/2005 | | | $Copies | | | |
| Billed | G:927 | 6/2/2005 | Style Accessories | | | |
| Photocopies $0.15 per page | | | | | | |
| 7810 | EXP | | TRN | 1 | 15.60 | 15.60 |
| 5/16/2005 | | | $Copies | | | |
| Billed | G:927 | 6/2/2005 | Style Accessories | | | |
| Photocopies $0.15 per page | | | | | | |
| 7829 | EXP | | TRN | 1 | 1.20 | 1.20 |
| 5/19/2005 | | | $Copies | | | |
| Billed | G:927 | 6/2/2005 | Style Accessories | | | |
| Photocopies $0.15 per page | | | | | | |
| 8051 | EXP | | TRN | 1154 | 0.15 | 173.10 |
| 6/30/2005 | | | $Copies | | | |
| Billed | G:959 | 7/5/2005 | Style Accessories | | | |
| Photocopies $0.15 per page | | | | | | |
| 8222 | EXP | | TRN | 995 | 0.15 | 149.25 |
| 7/29/2005 | | | $Copies | | | |
| Billed | G:972 | 8/2/2005 | Style Accessories | | | |
| Photocopies $0.15 per page | | | | | | |

| Slip ID / Dates and Time / Posting Status / Description | | | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 8380<br>8/31/2005<br>Billed<br>Photocopies $0.15 per page | EXP<br><br>G:993 | <br><br>9/2/2005 | TRN<br>$Copies<br>Style Accessories | 41 | 0.15 | 6.15 |
| 8539<br>9/30/2005<br>Billed<br>Photocopies $0.15 per page | EXP<br><br>G:1023 | <br><br>10/7/2005 | TRN<br>$Copies<br>Style Accessories | 28 | 0.15 | 4.20 |
| 8930<br>11/30/2005<br>Billed<br>November photocopies $0.15 per page | EXP<br><br>G:1078 | <br><br>12/7/2005 | TRN<br>$Copies<br>Style Accessories | 1 | 0.15 | 0.15 |
| 9063<br>12/30/2005<br>Billed<br>Photocopies $0.15 per page | EXP<br><br>G:1096 | <br><br>2/2/2006 | EMB<br>$Copies<br>Style Accessories | 152 | 0.15 | 22.80 |

Grand Total

| | Units | Slip Value |
|---|---|---|
| Billable | 0.00 | 732.43 |
| Unbillable | 0.00 | 0.00 |
| Total | 0.00 | 732.43 |

Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Timekeeper (hand | Include: ATK; EMB; JRH; TRN |
| Activity (hand selec | Include: Photocopies |
| Client (hand select) | Include: Style Accessories |

Rate Info - identifies rate source and level

| Slip ID / Dates and Time / Posting Status / Description | | | Timekeeper / Activity / Client / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 8228<br>8/4/2005<br>Billed<br>Copying cost to IKON Office Solutions - plaintiff's document production. | EXP<br><br>G:993 | <br><br>9/2/2005 | TRN<br>Photocopies<br>Style Accessories | 1 | 573.97 | 573.97 |
| 9316<br>1/31/2006<br>Billed<br>Copying cost | EXP<br><br>G:1096 | <br><br>2/2/2006 | ATK<br>Photocopies<br>Style Accessories | 144 | 0.20 | 28.80 |
| 9360<br>2/21/2006<br>Billed<br>Copying cost - Color photocopies - Sir Speedy (Invoice #: 25027) | EXP<br><br>G:1116 | <br><br>3/15/2006 | ATK<br>Photocopies<br>Style Accessories | 1 | 172.06 | 172.06 |
| 9364<br>2/28/2006<br>Billed<br>Copying cost | EXP<br><br>G:1116 | <br><br>3/15/2006 | ATK<br>Photocopies<br>Style Accessories | 1507 | 0.15 | 226.05 |
| 9446<br>2/28/2006<br>Billed<br>Copying cost | EXP<br><br>G:1116 | <br><br>3/15/2006 | ATK<br>Photocopies<br>Style Accessories | 601 | 0.15 | 90.15 |
| 9447<br>3/6/2006<br>Billed<br>Copying cost | EXP<br><br>G:1116 | <br><br>3/15/2006 | ATK<br>Photocopies<br>Style Accessories | 505 | 0.15 | 75.75 |
| 9467<br>3/6/2006<br>Billed<br>Copying cost - Color copies | EXP<br><br>G:1116 | <br><br>3/15/2006 | ATK<br>Photocopies<br>Style Accessories | 1 | 40.34 | 40.34 |
| Grand Total | | | Billable | 0.00 | | 1207.12 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 1207.12 |

Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Timekeeper (hand | Include: ATK; EMB; JRH; TRN |
| Activity (hand selec | Include: Binding / Copying |
| Client (hand select) | Include: Style Accessories |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 8226 EXP<br>8/3/2005<br>Billed G:993 9/2/2005<br>Copying and binding case list for M/Summary Judgment | TRN<br>Binding / Copying<br>Style Accessories | 1 | 96.86 | 96.86 |

| Grand Total | | | | |
|---|---|---|---|---|
| | Billable | 0.00 | | 96.86 |
| | Unbillable | 0.00 | | 0.00 |
| | Total | 0.00 | | 96.86 |

| | | |
|---|---|---|
| 3/3/2006<br>WIP<br>Copying cost – Trial Exhibits | Style Accessories | $1,007.13 |

| | | |
|---|---|---|
| 2/28/2006 | Style Accessories | $320.82 |

WIP
Copying cost – Deposition Transcripts

IKON Document Efficiency At Work.™

# INVOICE

| | |
|---|---|
| Invoice # | PRV05070137 |
| Invoice Date: | 07/25/2005 |
| Due Date: | 08/04/2005 |
| Terms: | Net 10 Days |
| Customer Code: | PRV-NOEM |
| Natl ID: | 1842 |

IKON Office Solutions - Providence, RI
Phone: (401) 454-3170 Fax: (401) 454-4170
Federal ID: 230334400

**SOLD TO:**
**NOEL & GYORGY**
50 SOUTH MAIN STREET
PROVIDENCE, RI 02903

**SHIP TO:**
**NOEL & GYORGY**
50 SOUTH MAIN STREET
PROVIDENCE, RI 02903

Attn: TOM NOEL

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| MAG JEWELRY V. TARGET ET | | | Andy Hickey |

| Salesorder | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| **SO-0507-0134** | **07/22/2005** | **TOM NOEL - NOEL & GYORGY** | | | |
| | | **CD - Duplication(s)** | **2.00** | **20.000** | **40.00** |
| | | **CD - Master(s)** | **1.00** | **35.000** | **35.00** |
| | | **Color 8.5x11 (Letter) Copies** | **287.00** | **0.990** | **284.13** |
| | | **Image Capture EE - Heavy** | **669.00** | **0.265** | **177.29** |

pd 8-4-05 ck #1 1760

**Please Pay From This Invoice**

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 536.42 |
| Sales Tax: | 37.55 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** | **573.97** |

Received and Approved by: ______________________ Date: ____________

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
**NOEL & GYORGY**
50 SOUTH MAIN STREET
PROVIDENCE, RI 02903

**Amount Enclosed**
$

**Invoice: PRV05070137**
Invoice Date: **07/25/2005**
Due Date: **08/04/2005**
Customer Code: **PRV-NOEM**
Natl ID: **1842**

**Please Remit To:**
**IKON Office Solutions**
Northeast District - PRV
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT $ 573.97**

**Sir Speedy**
PRINTING • COPYING • DIGITAL NETWORK

# Invoice

Sir Speedy Downtown #8809
103 Dyer Street
Providence, RI 02903
(401) 351-7400 Fax (401) 272-9780

No. **25027**

Date 2/21/2006

P.O. #

**SOLD TO**
Ann
Noel & Gyorgy LLP
50 South Main Street
Providence, RI 02903
401-272-7400 FAX: 401-621-5688

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 3 | Re: Style<br>pd ck# 2015<br>2-24-06<br>$172.06 | 160.80 |

| | |
|---|---|
| SUBTOTAL | 160.80 |
| TAX | 11.26 |
| SHIPPING | |
| TOTAL | 172.06 |
| AMOUNT DUE | 172.06 |

(E) TS on expense slip (A-K - 2/21/06)
(E) QBs to payment (ANK - 2/ /06)

**Please pay from this invoice**

*Thank you for allowing us to serve you.*

❑ Pick Up ❑ Delivery
❑ Cash ❑ Charge ❑ Check # ____________ Amount Received ____________

____________________ ___/___/___
*Received by* *Date*

**Sir Speedy**
PRINTING • COPYING • DIGITAL NETWORK

# Invoice

Sir Speedy Downtown #8809
103 Dyer Street
Providence, RI 02903
(401) 351-7400 Fax (401) 272-9780

No. **25136**

Date 3/6/2006

P.O. #

**SOLD TO**
Ann
Noel & Gyorgy LLP
50 South Main Street
Providence, RI 02903
401-272-7400 FAX: 401-621-5688

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | 04-174 T Mag Jewelry vs. Cherokee, Inc. | 37.50 |
| 1 | 04-174 T Mag Jewelry vs. Cherokee, Inc. | 0.20 |

pd 3-10-2006
CK #2034
$40.34

| | |
|---|---|
| **SUBTOTAL** | 37.70 |
| **TAX** | 2.64 |
| **SHIPPING** | |
| **TOTAL** | 40.34 |
| **AMOUNT DUE** | 40.34 |

**Please pay from this invoice**

*Thank you for allowing us to serve you.*

❑ Pick Up ❑ Delivery
❑ Cash ❑ Charge ❑ Check # ______ Amount Received ______

______ Received by ______ / / Date

**Sir Speedy**
PRINTING • COPYING • DIGITAL NETWORK

# Invoice

Sir Speedy Downtown #8809
103 Dyer Street
Providence, RI 02903
(401) 351-7400 Fax (401) 272-9780

No. **23813**

Date 8/2/2005

P.O. #

**SOLD TO**
Ellen
Noel & Gyorgy LLP
50 South Main Street
Providence, RI 02903

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 3 | Re: Mag vs. Cherokee | 90.52 |

pd 8-4-05 ck#1761

| | |
|---|---|
| SUBTOTAL | 90.52 |
| TAX | 6.34 |
| SHIPPING | |
| TOTAL | 96.86 |
| AMOUNT DUE | 96.86 |

**Please pay from this invoice**

*Thank you for allowing us to serve you.*

❑ Pick Up ❑ Delivery
❑ Cash ❑ Charge ❑ Check # ____________ Amount Received ____________

______________________ ___/___/___
*Received by* *Date*

IKON Document Efficiency At Work.™

# INVOICE

| | |
|---|---|
| Invoice # | PRV06030027 |
| Invoice Date: | 03/03/2006 |
| Due Date: | 03/13/2006 |
| Terms: | Net 10 Days |
| Customer Code: | PRV-NOEM |
| Natl ID: | 1842 |

IKON Office Solutions - Providence, RI
Phone: (401) 454-3170 Fax: (401) 454-4170
Federal ID: 230334400

**SOLD TO:**
**NOEL & GYORGY**
50 SOUTH MAIN STREET
PROVIDENCE, RI 02903

**SHIP TO:**
**NOEL & GYORGY**
50 SOUTH MAIN STREET
PROVIDENCE, RI 02903

Attn: TOM NOEL

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| STYLE | | | House Account |

| Salesorder | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| **SO-0603-0035** | **03/03/2006** | **TOM NOEL - NOEL & GYORGY** | | | |
| | | **Color 8.5x11 (Letter) Copies** | **20.00** | **0.990** | 19.80 |
| | | **B&W Copies C - Medium** | **5,759.00** | **0.160** | 921.44 |

[illegible]
[illegible]

**Please Pay From This Invoice**

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 941.24 |
| Sales Tax: | 65.89 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** | **1,007.13** |

Received and Approved by: ______________________ Date: __________

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
**NOEL & GYORGY**
50 SOUTH MAIN STREET
PROVIDENCE, RI 02903

| Amount Enclosed |
|---|
| $ |

| | |
|---|---|
| **Invoice:** | **PRV06030027** |
| Invoice Date: | **03/03/2006** |
| Due Date: | **03/13/2006** |
| Customer Code: | **PRV-NOEM** |
| Natl ID: | **1842** |

**Please Remit To:**
**IKON Office Solutions**
Northeast District - PRV
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT $ 1,007.13**

**Sir Speedy**

PRINTING • COPYING • DIGITAL NETWORK

# Invoice

Sir Speedy Downtown #8809
103 Dyer Street
Providence, RI 02903
(401) 351-7400 Fax (401) 272-9780

No. **25085**

Date 2/28/2006

P.O. #

**SOLD TO**
Ann
Noel & Gyorgy LLP
50 South Main Street
Providence, RI 02903
401-272-7400 FAX: 401-621-5688

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 5 | Style | 171.11 |
| 4 | Style | 14.67 |
| 2 | Style 2 sets | 114.05 |
| | SUBTOTAL | 299.83 |
| | TAX | 20.99 |
| | SHIPPING | |
| | TOTAL | 320.82 |
| | AMOUNT DUE | 320.82 |

**Please pay from this invoice**

*Thank you for allowing us to serve you.*

❑ Pick Up ❑ Delivery
❑ Cash ❑ Charge ❑ Check # ______________ Amount Received ______________

ATK 3/1/04

*Received by* *Date*