UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br>Plaintiff<br><br>vs.<br><br>CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.<br>Defendants | : | C.A. No. 04-174 T |

**AFFIDAVIT OF THOMAS R. NOEL, ESQ. IN SUPPORT OF DEFENDANT STYLE ACCESSORIES, INC.'S MOTION FOR ALLOWANCE OF BILL OF COSTS**

I, Thomas R. Noel, Esq., pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am a member of the firm of Noel & Gyorgy LLP, 50 South Main Street, Providence, Rhode Island 02903, and I am admitted to practice before this Court. I offer this Affidavit in support of defendant Style Accessories, Inc.'s *Motion for Allowance of Bill of Costs*.

2. I have represented Style Accessories, Inc. ("Style") on matters relating to this litigation since September 2004. This case has been pending since 2002. I became involved in this case immediately prior to plaintiff's filing of its *Amended Complaint* in October of 2004 adding Style as a defendant.

3. My office has prepared, under my supervision, and I have reviewed the Bill of Costs filed on behalf of Style pursuant to Rule 54(d) and Local Rule 54(b)(1) contemporaneously with this Affidavit. The amounts listed on defendant Style's Bill of Costs are correct and accurately stated.

4. All cost items reflected in the Bill of Costs represent obligations actually incurred and necessary to the presentation of Style's case. Supporting documentation is appended for each cost item for which it is available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 6 day of April, 2006.

Thomas R. Noel, Esq.

**CERTIFICATION**

I hereby certify that on April 6th, 2006, I served a copy of the foregoing via First Class Mail to Thomas A. Tarro III, Esq., The Summit East, Suite 330, Centerville Road, Warwick, RI 02886 and Craig M. Scott, Esq., Duffy Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, RI 02903.