UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br>Plaintiff<br><br>vs.<br><br>CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.<br>Defendants | : | C.A. No. 04-174 T |

**AFFIDAVIT OF ATTORNEY MICHAEL H. FELDHUHN IN SUPPORT OF DEFENDANT STYLE ACCESSORIES, INC.'S MOTION FOR AWARD OF COSTS INCLUDING ATTORNEYS' FEES**

I, Michael H. Feldhuhn, Esq., pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney licensed to practice law in Rhode Island and I have been admitted to practice before this Court since 1986. My law office is located at 56 Pine Street, Suite 200, in Providence Rhode Island. I offer this Affidavit in support of defendant Style Accessories, Inc.'s *Motion for Award of Costs Including Attorneys' Fees.*

2. I have handled approximately fifty (50) copyright infringement cases in this Court and I am familiar with the usual and customary charges of attorneys in the Rhode Island legal community with comparable experience.

3. I have no pecuniary interest in the law firm of Noel & Gyorgy LLP, in the outcome of the above-captioned litigation, or in this *Motion*, and I have no connection of any kind with Style Accessories. In 1995, I did represent a client in a copyright infringement case against Mag Jewelry (Jonette Jewelry Co. v. Magnanimi, et al, C.A. 95-0052-L), but that case was resolved in 1996, did not involve the copyrights or style

of jewelry at issue in this case, and, to my knowledge, was completely unrelated to this case.

4. I have been apprised of the general allegations and outcome of the above-captioned litigation.

5. The hourly rates charged by attorney Thomas R. Noel and attorney John R. Harrington on this matter, $225 and $175 respectively, are reasonable and well within the range of usual and customary charges of attorneys in the Rhode Island legal community for handling copyright infringement litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 29th day of March, 2006.

Michael H. Feldhuhn, Esq. (#3344)

Subscribed And Sworn To Before Me On this 29th Day of March, 2006.

Notary Public