UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MAG JEWELRY CO., INC.
Plaintiff

VS. C.A. NO.: 04-174T

CHEROKEE, INC., ROBERT MARGOLIS
AND TARGET CORPORATION d/b/a TARGET
STORES and STYLE ACCESSORIES, INC
Defendants

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS**

Now comes your Plaintiff, Mag Jewelry Co., Inc., and respectfully moves for an Order of this Court extending the period of time, within which the Plaintiff may file its response to the Defendants' Motion for Award of Attorney's Fees and Costs in the above-entitled matter. As grounds for its Motion, Plaintiff states as follows:

1. This matter was reached for trial, before a jury on March 7, 2006. After the presentation of Plaintiff's case, the Defendants, Cherokee, Inc. Robert Margolis, Target Corporation d/b/a Target Stores, and Style Accessories, Inc., moved for Judgment as a Matter of Law, pursuant to Rule 50 of the Federal Rules of Civil Procedure. Upon hearing arguments thereon, the Court granted the Defendants' Motions.

2. Subsequently on March 23, 2006, the Court entered Judgment in favor of the Defendants, Cherokee, Inc., Robert Margolis, Target Corporation d/b/a Target Stores and Style Accessories, Inc. and against the Plaintiff, Mag Jewelry Co., Inc.

3. On or about April 7, 2006, the Plaintiff's counsel received the Defendant Cherokee, Inc., Robert Margolis and Target Corporation's Motion for Award of Attorney's Fees and Costs, as well as the Defendant Style Accessories, Inc.'s Motion for Allowance of Bill of Costs and Award of Attorney's Fees. Both of the Defendants' Motions are voluminous, in nature, including Memorandum of Law, Affidavits, Exhibits, and Bill of Costs; totaling in excess of 350 pages. Moreover, the Defendants' Memorandum of Law in Support of Their Motions for Costs, include requests for an award of attorneys fees, based on numerous legal arguments in support thereof.

4. Plaintiff's counsel now seeks an additional period of time, within which to review the voluminous documentation, related to the Defendants' Motions for Costs and Attorneys' Fees and research and respond to the issues raised by the Defendants' in support thereof. Specifically, Plaintiff's counsel is seeking an additional two (2) weeks, up to and including May 3, 2006, within which to file its Objections and responses with the Court.

5. In further support of its Motion, Plaintiff submits that- as of the date on filing the instant Motion- Plaintiff's counsel, Robert Clarida, who was admitted Pro Hac Vice to represent the Plaintiff in the trial, in this matter, has not yet seen the Defendants' Motions and Memorandum; which were received by his New York office on April 10, 2006, while he was on vacation. He will be returning to his office on Wednesday, April 19, 2006. The Defendants' respective Motions for Award of Costs, including attorney's fees along with the supporting Memorandum had not yet been received by Attorney Clarida, prior to his leaving for vacation.

6. Additionally, Plaintiff's counsel, Kris Macaruso Marotti, was reached for trial in Washington County Family Court on April 12, 2006. As such, she has not had sufficient time to address the Defendants' various motions.

7. Due to Attorney Clarida's absence from his office, as well as the press of other work, Plaintiff's counsel has had insufficient time to review the voluminous documents which have been filed on behalf of the Defendants with

respect to their respective Motions for Award of Costs, including Attorney's Fees in the above-entitled matter. Plaintiff's counsel requires an extension of time in order to review the various documents, exhibits, and affidavits, as well as to research and prepare responses to the issues raised therein.

8. Plaintiff submits that no prejudice will come to any of the parties if the instant Motion is granted.

**WHEREFORE,** Plaintiff seeks an Order of this Court extending the period of time within which it may file its Objections and responsive Memorandum to the Motions of Defendants' Cherokee, Inc., Robert Margolis, Target Corporation d/b/a Target Stores, and Style Accessories, Inc. Award of Costs, including Attorney's Fees an additional two (2) weeks, or up to and including May 3, 2006.

Plaintiff,
By and Through Its Attorney,

Thomas A. Tarro, III #2046
THE LAWFIRM OF THOMAS A. TARRO III.
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

Robert W. Clarida /s/

Robert W. Clarida Esq. #3190
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9266
(212) 575-0671 (facsimile)

# CERTIFICATION

I hereby certify that I mailed a copy of the above ***Motion to Extend Time*** regular mail on the 14th day of April, 2006 to:

Craig M. Scott, Esq.
DUFFY & SWEENEY, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas R. Noel, Esq.
NOEL & GYORGY, LLP
50 South Main Street
Providence, RI 02903

Ashley Tinoco [signature]