**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MAG JEWELRY CO., INC. | : | |
| Plaintiff | : | |
| VS. | : | C.A. NO.: 04-174T |
| CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC. | : | |
| Defendants | : | |

**PLAINTIFF'S OBJECTION TO DEFENDANTS CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION'S MOTION FOR AWARD OF COSTS**

Now comes your Plaintiff, Mag Jewelry Co., Inc. and objects to Defendants, Cherokee, Inc., Robert Margolis and Target Corporation's Motion for Award of Costs. In support of its Objection states that it has filed a Motion with the Court to Extend the Period of Time within which Plaintiff may respond to the Defendant's Motion. Plaintiff relies on its Memorandum which will be filed with the Court.

Plaintiff,
By and Through Its Attorney,

Thomas A. Tarro, III #2046
THE LAWFIRM OF THOMAS A. TARRO III.
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

Robert W. Clarida /s/

Robert W. Clarida Esq. #3190
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9266
(212) 575-0671 (facsimile)

**CERTIFICATION**

I hereby certify that I mailed a copy of the above ***Objection*** regular mail on the 17th day of April, 2006 to:

Craig M. Scott, Esq.
DUFFY & SWEENEY, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas R. Noel, Esq.
NOEL & GYORGY, LLP
50 South Main Street
Providence, RI 02903