**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MAG JEWELRY CO., INC.

Plaintiff

VS. C.A. NO.: 04-174T

CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.

Defendants

**PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION PURSUANT TO RULE 58(c)(2) FOR AN ORDER DEFERRING APPEAL FROM MARCH 23, 2006 JUDGMENT**

Now comes your Plaintiff, Mag Jewelry Co., Inc., and objects to the Defendants' Motion Pursuant to Rule 58(c)(2) for an Order Deferring Appeal From March 23, 2006 Judgment. As grounds for its Objection, Plaintiff relies on the attached Memorandum of Law filed contemporaneously herewith.

Plaintiff,
By and Through Its Attorney,

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO III.
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

Robert W. Clarida /s/
Robert W. Clarida Esq. #3190
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9266
(212) 575-0671 (facsimile)

**CERTIFICATION**

I hereby certify that I mailed a copy of the above ***Objection*** regular mail on the 17th day of April, 2006 to:

Craig M. Scott, Esq.
DUFFY & SWEENEY, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas R. Noel, Esq.
NOEL & GYORGY, LLP
50 South Main Street
Providence, RI 02903

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br><br>Plaintiff<br><br>VS.<br><br>CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.<br><br>Defendants | : | C.A. NO.: 04-174T |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT ITS OBJECTION TO DEFENDANTS' MOTION PURSUANT TO RULE 58(c)(2) FOR AN ORDER DEFERRING APPEAL FROM MARCH 23, 2006 JUDGMENT**

Now comes your Plaintiff, Mag Jewelry Co., Inc., and objects to the Defendants' Motion Pursuant to Rule 58(c)(2) for an Order Deferring Appeal From March 23, 2006 Judgment.

**FACTUAL BACKGROUND**

On March 23, 2006, this Court entered Judgment in favor of the Defendants, Cherokee, Inc., Target Corporation and Style Accessories, Inc. and against the Plaintiff, Mag Jewelry Co., Inc., pursuant to the Order of Chief Judge Ernest C. Torres, signed on March 21, 2006, granting the Defendants' Motion for Judgment as a Matter of Law.

On March 29, 2006, the Plaintiff, Mag Jewelry Co., Inc., filed its Notice of Appeal to the United States Court of Appeals for the First Circuit from the Final Judgment of the District Court, entered on the 23rd day of March, 2006. Plaintiff's Notice was filed along with the appeal fee, in the amount of $225.00, with the clerk of this Court.

On April 4, 2006, the Plaintiff's appeal was docketed in the United States Court of Appeals for the First Circuit, Docket No. 06-1556. On said date, the clerk for the United States Court of Appeals for the First Circuit issued a Case Opening Scheduling Notice to the parties, which required – among other things – that the Plaintiff/Appellant file its Appearance Form, Docketing Statement, and Transcript Report/Order Form with the clerk for the United States Court of Appeals for the First Circuit, within 14 days, or on or by April 18, 2006.

On April 6, 2006, the Defendant Cherokee, Inc., Robert Margolis and Target Corporation d/b/a Target Stores filed its Motion for Award of Attorneys' Fees and Memorandum in Support thereof, as well as its Motion for Award of Costs and supporting documentation.

On April 6, 2006, the Defendant Style Accessories, Inc. filed its Motion for Award of Costs Including Attorney's Fees and supporting Memorandum, along with its Motion for Allowance of Bill of Costs with supporting documentation.

On April 6, 2006, the Defendants' filed a joint Motion Pursuant to Rule 58(c)(2) of the Federal Rules of Civil Procedure for an Order Deferring the Appeal filed by the Plaintiff/Appellant from the March 23, 2006, Judgment.

On April 14, 2006, the Plaintiff/Appellant forwarded by first class mail to the Clerk of the United States Court of Appeals for the First Circuit, its Appearance Forms, Docketing Statement, and Transcript Report/Order Form, in compliance with the Court's Case Opening Scheduling Notice issued April 4, 2006.

**ARGUMENT**

Plaintiff now objects to the Defendants' Motion Pursuant to Fed. R. Civ. P. 58(c)(2) for an Order Deferring Appeal from the March 23, 2006 Judgment, on the grounds of lack of jurisdiction.

In support of its Objection, the Plaintiff submits that the Defendants' reliance on Rule 58(c)(2) is misplaced, in that the Defendants' Motion was filed

after the Plaintiff's Notice of Appeal. Along these lines, Rule 58 of the Federal Rules of Civil Procedure provides, in pertinent part, as follows:

> **RULE 58. ENTRY OF JUDGMENT** ***(c) **Cost or Fee Awards.** *** (2) When a timely Motion for Attorney's Fees is made under Rule 54(d)(2), the Court may act before a Notice of Appeal has been filed and has become effective to order that the Motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely Motion under Rule R 59 *** (Emphasis added)

Your Plaintiff submits that where the Notice of Appeal had been filed and had become effective – based on the docketing of the appeal by the clerk of the United States Court of Appeals for the First Circuit – before the filing of the Defendants' Motion for an Order Deferring the Appeal, this Court no longer has jurisdiction to grant the relief requested by the Defendants in their Motion Pursuant to Rule 58(c)(2).

In this respect, from a procedural standpoint, Plaintiff believes that the appropriate course to be the filing of a Motion to Remand the Appeal back to the United States District Court for the District of Rhode Island, in order that the Court may rule on the Defendants' Motion for Award of Attorneys' Fees and Costs which were filed on or about April 6, 2006.

Accordingly, Plaintiff, Mag Jewelry Co., Inc. objects to the Defendants' Motion Pursuant to Fed. R. Civ. P. 58(c)(2) on purely procedural grounds, in view of the fact that the Defendants' Motion Pursuant to Rule 58 was filed after the Notice of Appeal had become effective by and through the docketing of the appeal by the Clerk of the United States Court of Appeals for the First Circuit on April 4, 2006.

Plaintiff submits that the Defendants' Motion Pursuant to Rule 58 of the Federal Rules of Civil Procedure was not timely brought, and therefore, this Court lacks jurisdiction, in view of the docketing of the appeal in the United States Court

of Appeals for the First Circuit. As such, the appropriate Motion, on behalf of the Defendants should be a Motion for Remand.

**WHEREFORE,** Plaintiff seeks an Order of the Court denying the Defendants' Motion.

Plaintiff,
By and Through Its Attorney,

Thomas A. Tarro, III #2046
THE LAWFIRM OF THOMAS A. TARRO III.
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

Robert Clarida /s/

Robert W. Clarida Esq. #3190
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, New York 10036-6799
(212) 790-9266
(212) 575-0671 (facsimile)

## CERTIFICATION

I hereby certify that I mailed a copy of the above ***Memorandum*** regular mail on the 17th day of April, 2006 to:

Craig M. Scott, Esq.
DUFFY & SWEENEY, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas R. Noel, Esq.
NOEL & GYORGY, LLP
50 South Main Street
Providence, RI 02903