UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

April 25, 2006

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: ***MAG JEWELRY CO., INC. v. CHEROKEE, ET AL.***
***USDC CA04-174T COA: NOT YET ASSIGNED***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: ______________________
Lucia Cristina Leyva
DEPUTY CLERK

encl.: Document #139 - Transcript of Jury Trial (Excerpt) held 3/7/06

Document #140 - Transcript of Jury Trial (Excerpt) held 3/8/06

Document #141 - Transcript of Jury Trial (Excerpt) held 3/9/06

Certified Copy of Docket