UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

April 27, 2006

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: ***MAG JEWELRY CO., INC. v. CHEROKEE, ET AL.***
***USDC CA04-174T*** ***COA: NOT YET ASSIGNED***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: ______________________
Lucia Cristina Leyva
DEPUTY CLERK

encl.: Document #143 - Transcript of Jury Trial, Afternoon Session held 3/8/06

Document #144 - Transcript of Jury Trial, Afternoon Session held 3/9/06

Certified Copy of Docket