UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MAG JEWELRY CO., INC.,
Plaintiff

v.                                CA04-174T

CHEROKEE, INC., ET AL.,
Defendants

### ORDER

Defendants Cherokee, Inc.'s and Robert Margolis's Motion for Attorney Fees and Defendant Style Accessories, Inc.'s Motion for Attorney Fees are hereby DENIED for the reasons stated in open court at a hearing held on June 2nd, 2006.

By Order:

_____
Deputy Clerk

ENTER:

_____
Chief Judge Ernest C. Torres
date: 6/15/06