**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MAG JEWELRY CO., INC.,
Plaintiff

v. CA04-174T

CHEROKEE, INC., ET AL.,
Defendants

**ORDER**

Defendants Cherokee, Inc.'s and Robert Margolis's Motion for Attorney Fees and Defendant Style Accessories, Inc.'s Motion for Attorney Fees are hereby DENIED for the reasons stated in open court at a hearing held on June 2nd, 2006.

By Order:

Deputy Clerk

ENTER:

Chief Judge Ernest C. Torres
date: 6/15/06