UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MAG JEWELRY CO., INC.,
Plaintiff

    v.                                      CA04-174T

CHEROKEE, INC., ET AL.,
Defendants

**AMENDED ORDER**

    Defendants Cherokee, Inc.'s, Robert Margolis's, and Target Corporation's Motion for Attorney Fees and Defendant Style Accessories, Inc.'s Motion for Attorney Fees are hereby DENIED for the reasons stated in open court at a hearing held on June 2nd, 2006.

                                              By Order:

                                              /s/ [signature]
                                              Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Chief Judge Ernest C. Torres
date: 6/20/06