**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br>plaintiff<br><br>vs.<br><br>CHEROKEE, INC.,<br>TARGET CORPORATION d/b/a<br>TARGET STORES,<br>ROBERT MARGOLIS, and<br>STYLE ACCESSORIES, INC.<br>defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 04-174 T |

**DEFENDANTS CHEROKEE, INC., TARGET CORPORATION, ROBERT MARGOLIS AND STYLE ACCESSORIES, INC.'S JOINT NOTICE OF APPEAL**

The defendants, Cherokee, Inc., Target Corporation, Robert Margolis, and Style Accessories, Inc., jointly appeal to the United States Court of Appeals for the First Circuit the *Amended Order* entered in the United States District Court for the District of Rhode Island on June 20, 2006, denying defendants' respective *Motions for Attorneys' Fees*.

Date: June 30, 2006

Respectfully Submitted,

TARGET CORPORATION d/b/a
TARGET STORES, CHEROKEE, INC.,
and ROBERT MARGOLIS

By Their Attorneys,

Craig M. Scott, Esq. (# 4237)
Christine K. Bush, Esq. (# 5587)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 737-7200
(401) 455-0701 (Facsimile)

STYLE ACCESSORIES, INC.

By Its Attorneys,

Thomas R. Noel, Esq. (#4239)
John R. Harrington, Esq. (#7173)
NOEL & GYORGY LLP
50 South Main St.
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 30th of June, 2006, I served a true copy of this document to the following counsel of record by First Class Mail: Thomas A. Tarro III, Esq., The Summit East, Suite 330, Centerville Road, Warwick, RI 02886, and Robert Clarida, Esquire, Cowan, Liebowitz & Latman, P.C., 1133 Avenue of the Americas, 35th Floor, New York, NY 10036.