UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

July 26, 2006

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: ***MAG JEWELRY CO., INC. V. CHEROKEE, ET AL.***
***USDC CA04-174T*** ***COA:06-1556 and Not Yet Assigned as to Interlocutory Appeal filed by Defendants***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: ______________________
Lucia Cristina Leyva
DEPUTY CLERK

encl.: Original case Documents - #120 through #163, not including Doc. #s 139, 140, and 141 (already forwarded). Also includes Document #161 - Notice of Appeal (Interlocutory) filed by Defendants and Payment Receipt #63623.