UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br>Plaintiff<br><br>vs.<br><br>CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.<br>Defendants | : | C.A. No. 04-174 T |

**DEFENDANT STYLE ACCESSORIES INC.'S MOTION FOR POST-JUDGMENT ATTACHMENT**

Defendant Style Accessories Inc. ("Style") hereby moves for an Order granting Style's *Motion for Post-Judgment Attachment* pursuant to Rule 70 of the Federal Rules of Civil Procedure, against plaintiff Mag Jewelry Co., Inc As grounds for this *Motion*, defendant relies on the *Memorandum of Law*, along with supporting attachments.

WHEREFORE, defendant Style Accessories, Inc., respectfully requests that the Court grant its *Motion for Post-Judgment Attachment*, and issue an *Order* authorizing the attachment and conveyance of assets, personal, and real property of Mag Jewelry Co., Inc., including but not limited to the motor vehicles and bank accounts owned by Mag Jewelry Co., Inc., in the amount of eight thousand eight hundred fourteen dollars and fifty-five cents ($8,814.55), and grant such other relief as this Court deems just and proper.

Dated: November 20, 2006

STYLE ACCESSORIES, INC.
By Its Attorneys,

/s/ John R. Harrington
Thomas R. Noel (#4239)
John R. Harrington (#7173)
NOEL & GYORGY LLP

50 South Main Street
Providence, RI 02903
401.272.7400 Telephone
401.621.5688 Facsimile

**CERTIFICATION**

I hereby certify that on November 20, 2006, I served a true copy of this document to the following counsel of record by electronic means to Thomas A. Tarro III, Esq., The Summit East, Suite 330, Centerville Road, Warwick, RI 02886 and Craig M. Scott, Esq., Duffy Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, RI 02903.

/s/ John R. Harrington

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br>Plaintiff<br><br>vs.<br><br>CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.<br>Defendants | : | C.A. No. 04-174 T |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT STYLE ACCESSORIES INC.'S MOTION FOR POST-JUDGMENT ATTACHMENT**

On March 9, 2006, this Court granted defendants' motion for judgment as a matter of law pursuant to Fed. R. Civ. P. 50. At the close of the plaintiff Mag Jewelry Co., Inc.'s ("Mag's") case, the Court found that the plaintiff had failed to present evidence of access on the part of defendants to prove, by inference or otherwise, that defendants had copied plaintiff's claimed copyrighted design. Judgment entered in favor of all defendants on March 23, 2006. (A true and accurate copy of the Judgment is attached as *Exhibit A*)

Subsequently, pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, defendant Style Accessories Inc. ("Style") moved for an Order of this Court granting defendant's *Motion for Allowance of Bill of Costs*. On July 11, 2006, the court taxed costs against Mag and in favor of Style in the amount of eight thousand eight hundred fourteen dollars and fifty-five cents ($8,814.55). (A true and accurate copy of the Bill of Costs is attached as *Exhibit B*) Mag neither filed an objection to the awarded *Bill of Costs*, nor appealed the *Bill of Costs*. Despite several requests from Style to satisfy the

award, Mag refused to satisfy the award. (True and accurate copies of correspondence between counsel for Style and Mag is attached as *Exhibit C*)

On September 13. 2006, Style was compelled to apply for and obtain a *Writ of Execution*. On September 18, 2006, upon service of the *Writ of Execution* by the United States Marshals Service, a representative for Mag refused to satisfy or sign for the writ, and the Marshals Service returned the writ to the district court unsatisfied. (A true and accurate copy of the unsatisfied *Writ of Execution* is attached as *Exhibit D*)

Despite never having filed for a stay in the district court, on September 18, 2006, Mag filed a *Motion to Stay Payment of Costs* with the First Circuit Court of Appeals. On October 24, 2006, the Court of Appeals denied Mag's *Motion to Stay Payment of Costs*. (A true and accurate copy of the First Circuit's *Order* denying Mag's *Motion to Stay Payment of Costs* is attached as *Exhibit E*)

As of this date Mag has not satisfied the outstanding award of costs. Consequently, Style is compelled to request an *Order* from this Court authorizing the attachment of assets, personal, and real property in the amount of eight thousand eight hundred fourteen dollars and fifty-five cents ($8,814.55).

Style is aware of certain assets owned by Mag, including a 2000 Mercedes automobile (VIN #WDBNG75J5YA132493), with the license plate number "DMAG," valued by the City of Cranston at $29,216. (A true and accurate copy of the City of Cranston motor vehicle tax role is attached as *Exhibit F*) In addition, Style believes that Mag maintains bank accounts with Bank of America, Citizens Bank, and/or other financial institutions in the area.

WHEREFORE, defendant Style Accessories, Inc., respectfully requests that the Court grant its *Motion for Post-Judgment Attachment*, and issue an *Order* authorizing the attachment and conveyance of assets, personal, and real property of Mag Jewelry Co., Inc., including but not limited to the motor vehicles and bank accounts owned by Mag Jewelry Co., Inc., in the amount of eight thousand eight hundred fourteen dollars and fifty-five cents ($8,814.55), and grant such other relief as this Court deems just and proper.

Defendant Style Accessories, Inc., does not believe that oral argument or an evidentiary hearing is necessary for the Court to rule on this Motion.

Dated: November 20, 2006, 2006

STYLE ACCESSORIES, INC.
By Its Attorneys,

/s/ John R. Harrington

Thomas R. Noel (#4239)
John R. Harrington (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
401.272.7400 Telephone
401.621.5688 Facsimile

**CERTIFICATION**

I hereby certify that on November 20, 2006, I served a true copy of this document to the following counsel of record by electronic means to Thomas A. Tarro III, Esq., The Summit East, Suite 330, Centerville Road, Warwick, RI 02886 and Craig M. Scott, Esq., Duffy Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, RI 02903.

/s/ John R. Harrington

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MAG JEWELRY CO., INC.

Plaintiff

vs. C.A. No. 04-174T

CHEROKEE, INC., ET AL.

Defendants

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Pursuant to the order of Chief Judge Ernest C. Torres signed on March 21, 2006 granting Defendants' Motion for Judgment as a Matter of Law, Judgment hereby enters in favor of the Defendants, Cherokee, Inc., Target Corporation and Style Accessories, Inc. and against Plaintiff, Mag Jewelry Co., Inc.

Enter:

[signature]

Deputy Clerk

Dated: March 23, 2006

3/23/06

Case 1:04-cv-00174-T Document 185 Filed 11/20/2006 Page 1 of 2

AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

MAG JEWELRY CO., INC.

V.

CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.

## BILL OF COSTS

Case Number: 04-174 T

Judgment having been entered in the above entitled action on March 23, 2006 (Date) against Mag Jewelry Co., Inc.

the Clerk is requested to tax the following as costs:

| | $ |
|---|---|
| Fees of the Clerk | |
| Fees for service of summons and subpoena | 395.00 (Tab A) |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 4,675.44 (Tab B) |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | ~~479.39~~ 379.75 (Tab C) |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | ~~4,034.36~~ 3,364.36 (Tab D) |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL | $ ~~9,579.19~~ $8,814.55 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Counsel of Record

Signature of Attorney: TRN

Name of Attorney: Thomas R. Noel, Esquire (#4239)

For: Defendant, Style Accessories, Inc. (Name of Claiming Party) Date: April 6, 2006

Costs are taxed in the amount of $8,814.55 and included in the judgment.

David A. DiMarzio
Clerk of Court

By: [signature] Deputy Clerk

7/10/06
Date

Case 1:04-cv-00174-T Document 165 Filed 07/11/2 Page 2 of 2

WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Robert Piro, 41 Esterbrook Rd., Acton, MA 01720 | 1 | $40.00 | | | 124 | $55.18 | $ 95.18 |
| Keeper of Recs., Potpourri, Inc., 222 Mill Rd., Chelmsford, MA 01824 | 1 | 40.00 | | | 134 | 59.64 | 99.64 |
| Elliot Salter, Esq., 321 South Main Street, Providence, RI 02903 | 1 | 40.00 | | | 1 | .45 | 40.45 |
| Nicholas Verrechia, 245 Larpener Rd., Scituate, RI | 1 | 40.00 | | | 40 | 17.90 | 57.90 |
| Joseph Avanzato, One Citizens Plaza, 8th Floor, Providence, RI 02903 | 1 | 40.00 | | | 2 | 1.00 | 41.00 |
| Keeper of Recs., Law Firm of Thomas Tarro, 300 Centerville Rd., Suite 330, Warwick, RI 02886 | 1 | 40.00 | | | 23 | 10.32 | 50.32 |
| Keeper of Recs., Mag Jewelry Co., Inc., 838 Dyer Ave., Cranston, RI 02920 | 1 | 40.00 | | | 16 | 6.88 | 46.88 |
| David P. Beaupre, 1163 Newman Ave., Seekonk, MA 02771 | 1 | 40.00 | | | 18 | 8.02 | 48.02 |
| | | | | | TOTAL | | $479.39 |

NOTICE

**Section 192 4, Title 28, U.S. C ode (effective Se ptember 1, 1948) prov ides:**
"Sec. 1924. Verification of bill of costs."

"Before anybill of costs istaxed, theparty claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself orby his duly authorized attorney oragent having knowledge of the facts,thatsuch item is correctand has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily perform ed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Fede ral Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)

"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."

NOEL & GYORGY LLP

50 SOUTH MAIN STREET • PROVIDENCE RHODE ISLAND 02903 • TELEPHONE 401-272-7400 • FAX 401-621-5688

JOHN P. GYORGY
THOMAS R. NOEL †
JOHN R. HARRINGTON

† *Also Admitted in Massachusetts*

MASSACHUSETTS OFFICE
8 NORTH MAIN STREET
ATTLEBORO MA 02703
TELEPHONE 508-223-5800

TNoel@LawNoel.com

August 25, 2006

*Via Facsimile and First Class Mail*

Thomas A. Tarro III, Esq.
Kris Macaruso Marotti, Esq.
The Law Firm of Thomas A. Tarro, Esq.
The Summit East, Suite 330
Centerville Road
Warwick, RI 02886

Robert Clarida, Esq.
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas, 35th Floor
New York, NY 10036

Re: Mag Jewelry Co., Inc. v. Cherokee, Inc., Target Corporation d/b/a Target <u>Stores, and Style Accessories, Inc., C.A. No. 04-174T</u>

Dear Counsel:

On July 11, 2006, the Clerk of the District Court taxed costs against Mag Jewelry Co., Inc. in the amount of $8,814.55. No objection was filed thereafter, and no appeal was taken. Accordingly, please remit payment to this office on behalf of Style Accessories, Inc. in the taxed amount. Thank you for your prompt attention to this matter.

Sincerely,

TRN

Thomas R. Noel

TRN/
cc: Mr. Chad R. Mollica
Craig M. Scott, Esq.
Christine K. Bush, Esq.

## Thomas Noel

**From:** Thomas Noel [tnoel@lawnoel.com]
**Sent:** Tuesday, September 05, 2006 3:56 PM
**To:** 'ttarro3rd@tarrolawfirm.com'; 'kmarotti@tarrolawfirm.com'
**Cc:** 'Clarida, Robert'; 'Craig Scott'; 'Christine Bush'; 'jrharrington@lawnoel.com'
**Subject:** Costs

Tom/Kris:

I did not hear back from you after my letter of August 25 concerning the payment of costs. I'm just trying to get that issue resolved. If it's a timing issue and he wants a couple of weeks to get us checks, let me know. But I would also appreciate hearing if he does not intend to pay. I'm going to have to start supplementary proceedings and seek our fees for doing so if compelled. Please let me know by Friday.

Thanks,
Tom

Thomas R. Noel, Esq.
Noel & Gyorgy LLP
50 South Main Street
Providence, RI 02903
Phone: 401-272-7400
Fax: 401-621-5688

TNoel@LawNoel.com

---

This message may be a confidential attorney-client communication or may be otherwise privileged from disclosure to anyone other than the intended recipient. If it is not clear that you are the intended recipient, and you think you may have received this message by mistake, please let us know by telephone at 401-272-7400 or by return e-mail to TNoel@LawNoel.com so that the message can be re-sent to the person for whom it was intended.

---

THE LAW FIRM OF
THOMAS A. TARRO III, ESQ.
THE SUMMIT EAST — SUITE 330
300 CENTERVILLE ROAD
WARWICK, RHODE ISLAND 02886

THOMAS A. TARRO III
ttarro3rd@tarrolawfirm.com

ANTHONY S. BUGLIO
abuglio@tarrolawfirm.com

KRIS R. MACARUSO MAROTTI
kmarotti@tarrolawfirm.com

(401) 737-7200
FAX: (401) 732-3362

September 8, 2006

***Via Facsimile & E-mail***

Thomas R. Noel, Esq.
NOEL & GYORGY, LLP
50 South Main Street
Providence, RI 02903

RE: Mag Jewelry Co., Inc. v. Cherokee, Inc., et al

Dear Attorney Noel:

I am in receipt of your e-mail dated September 7, 2006, concerning the above-entitled matter. Please be advised that Plaintiff does not intend on paying any costs at this time, in view of the pending appeal in the First Circuit Court of Appeals. It is Plaintiff's position that any payment of costs during the pendency of the appeal would be premature.

If you intend to press this matter, Plaintiff will file a Motion with the Court of Appeals seeking a stay of the Order concerning payment of costs until the appeal is heard and decided.

Very truly yours,

Kris Macaruso Marotti

KMM/aat
Cc: Robert Clarida, Esq.
Craig Scott, Esq.
Christine Bush, Esq.
John Harrington, Esq.

**John Harrington**

**From:** Thomas Noel [trn@lawnoel.com]
**Sent:** Wednesday, September 13, 2006 3:27 PM
**To:** 'Ashley Toneatti'; ttarro3rd@tarrolawfirm.com; kmarotti@tarrolawfirm.com
**Cc:** 'Clarida, Robert'; cscott@duffysweeney.com; jrharrington@lawnoel.com; cbush@duffysweeney.com
**Subject:** RE: Mag Jewelry Co., Inc. vs. Target

Tom/Kris:

I want to be clear in this so none of us ends up wasting our time. Your client has no basis for not paying. If you know of some authority for your position, I'd love to see it; we couldn't find any. There was no objection to the Bill of Costs, and no appeal was taken. The Appeals Court has no jurisdiction over the Bill of Costs, and therefore cannot issue a stay. Jurisdiction over the Bill of Costs is with the District Court, as it always has been, and we are taking steps to execute. I urge you to reconsider to save everybody the time and money.

Tom

Thomas R. Noel, Esq.
Noel & Gyorgy LLP
50 South Main Street
Providence, RI 02903
Phone: 401-272-7400
Fax: 401-621-5688

TNoel@LawNoel.com

---

This message may be a confidential attorney-client communication or may be otherwise privileged from disclosure to anyone other than the intended recipient. If it is not clear that you are the intended recipient, and you think you may have received this message by mistake, please let us know by telephone at 401-272-7400 or by return e-mail to TNoel@LawNoel.com so that the message can be re-sent to the person for whom it was intended.

---

**From:** Ashley Toneatti [mailto:atoneatti@tarrolawfirm.com]
**Sent:** Friday, September 08, 2006 12:51 PM
**To:** trn@lawnoel.com
**Cc:** Clarida, Robert; cscott@duffysweeney.com; jrharrington@lawnoel.com; cbush@duffysweeney.com
**Subject:** Mag Jewelry Co., Inc. vs. Target

September 8, 2006

*Via Facsimile & E-mail*

Thomas R. Noel, Esq.
NOEL & GYORGY, LLP
50 South Main Street
Providence, RI 02903

RE: Mag Jewelry Co., Inc. v. Cherokee, Inc., et al

Dear Attorney Noel:

I am in receipt of your e-mail dated September 7, 2006, concerning the above-entitled matter. Please be advised that Plaintiff does not intend on paying any costs at this time, in view of the pending appeal in the First Circuit Court of Appeals. It is Plaintiff's position that any payment of costs during the pendency of the appeal would be premature.

If you intend to press this matter, Plaintiff will file a Motion with the Court of Appeals seeking a stay of the Order concerning payment of costs until the appeal is heard and decided.

Very truly yours,

Kris Macaruso Marotti

KMM/aat
Cc: Robert Clarida, Esq.
Craig Scott, Esq.
Christine Bush, Esq.
John Harrington, Esq.

Ashley Toneatti
Legal Assistant
Law Firm of Thomas A. Tarro, III
The Summit East - Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
Tel: (401) 737-7200
Fax: (401) 732-3362
atoneatti@tarrolawfirm.com

STATEMENT OF CONFIDENTIALITY

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify the Law Firm Of Thomas A. Tarro III, immediately at (401) 737-7200, and destroy all copies of this message and any

attachments.

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

PLAINTIFF: Mag Jewelry Co., Inc.
COURT CASE NUMBER: 04-174 T
DEFENDANT: Style Accessories, Inc.
TYPE OF PROCESS: Writ of Execution

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Mag Jewelry Co., Inc.
**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 838 Dyer Avenue, Cranston, RI 02920

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Noel + Gyorgy LLP
50 So. Main St., 3rd Floor
Providence, RI 02903

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

RECEIVED
2006 SEP 13
U.S. MARSHAL'S OFFICE
DISTRICT OF R.I.

Signature of Attorney or other Originator requesting service on behalf of: [signature]
☐ PLAINTIFF
☒ DEFENDANT
TELEPHONE NUMBER: 401-272-7400
DATE: 9/13/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | [signature] | 9/13/06 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: ANTHONY PRATTICO - CONTROLLER

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*: 838 DYER AVE CRANSTON, R.I. 02920

Date of Service: 9-18-06
Time: 1039 am

Signature of U.S. Marshal or Deputy: C.A. Moore

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $ 45.00 | $ 4.45 | | $49.45 | $ 150.00 | | $ 100.55 |

REMARKS: REFUSED TO SIGN 10 MILES 20 MINUTES C.MOORE 9/18/06 I End

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

165

C.A. No. 04-174 T

DC 11
Rev. 7/82

# WRIT OF EXECUTION

| United States District Court | DISTRICT: Rhode Island |
|---|---|

TO THE MARSHAL OF:

United States District Court for the District of Rhode Island

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

Mag Jewelry Co., Inc.
838 Dyer Avenue
Cranston, RI 02920

you cause to be made and levied as well a certain debt of: $ 8,814.55

| DOLLAR AMOUNT | | DOLLAR AMOUNT |
|---|---|---|
| Eight thousand eight hundred fourteen ($8,814.55) | and | 55/100 dollars |

in the United States District Court for the XXXXXXXXXXXXXXXXXXXXXXX District of Rhode Island, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Mag Jewelry Co., Inc.

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE: U.S. District Court | DISTRICT: Rhode Island |
|---|---|
| CITY: Providence, RI | DATE: December 13, 2006 |

Witness the Honorable Ernest C. Torres
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| 9/13/06 | David A. DiMarzio |
| | (BY) DEPUTY CLERK: [signature] |

RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| 9/14/06 | 9/18/06 |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| BURTON STALLWOOD | C.A Moore [signature] |

# United States Court of Appeals
## For the First Circuit

---

Nos. 06-1556
06-2127

MAG JEWELRY CO., INC.,

Plaintiff, Appellant,

v.

CHEROKEE, INC., ET AL.,

Defendants, Appellees.

---

ORDER OF COURT

Entered: October 24, 2006

Appellant's motion to stay payment of costs pending appeal is denied without prejudice to appellant's first asking the district court for a stay. If the district court denies a stay, appellant may then renew its motion for a stay in this court.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________
Chief Deputy Clerk.

OCT 25 2006

[cc: Thomas A. Tarro, III, Esq., Kris Macaruso Marotti, Esq., Robert Clarida, Esq., Christine Kelley Bush, Esq., Craig M. Scott, Esq., Thomas R. Noel, Esq., John Harrington, Esq.]

Browse Go Help Jump Local Modify Query Report Status Tools

Year/Bill# 2006 0000094481
Sort Name MAG JEWELRY
Reg# DMAG

Mag Jewelry
838 Dyer Ave
Cranston, RI 02910

| Type | First | Middle | Last | License# | BirthDate |
|---|---|---|---|---|---|
| Owner 2 | | | MAG JEWELRY | 000000000 | 00000000 |

Account# 43002910

Address

| | Residence | | |
|---|---|---|---|
| Stno/St | 838 DYER AVE | | |
| Add'l | | | |
| Zp/Cty/St | 02910 | Cranston | RI |
| | Mailing | | |
| St/Stno | 838 DYER AVE | | |
| Add'l | | | |
| Zp/Cty/St | 02910 | CRANSTON | RI |

Vehicle

| | | | |
|---|---|---|---|
| Reg# | DMAG | Type | 01 |
| Retail | 29216 | Corp | Y |
| Value | 29216 | Yr/Make | 2000 MB |
| Exmpt | Examt | Code | |
| Plate | 01 Passenger Vehi | | |
| VehId | WDBNG75J5YA132493 | | |
| Crdate | 01012005 | Ladate | 12312005 |
| Days | 365 | Bill | 1239.93 |

Cranston - Collector Detail Inq

MODIFY Mode, Browse by Name <LKUP>

# City of Cranston Motor Vehicle Tax Roll - Assessed December 31, 2005



| Account | Name and Address / Year | Make | Days | Reg # | VIN | Rated | Prorated | | Exempt | Tax |
|---|---|---|---|---|---|---|---|---|---|---|
| 43002870 | MADRID LUIS E | | | | | | | | | |
| | 694 PARK AVE | | | | | | | | | |
| | CRANSTON, RI 02910 | | | | | | | | | |
| | 2005 | TOY | 365 | 5T 830 | 2T1BR32E95C400550 | 14775 | 14773 | | | 627.05 |
| | | | | | 2T1BR32E95C400550 | | | PO | 6000 | -254.64 |
| | 1997 | FOR | 365 | DT 241 | 1FALP52UXVG179760 | 2161 | 2161 | | | 91.71 |
| | | | | | 1FALP52UXVG179760 | | | PO | 2161 | -91.71 |
| | 2004 | TOY | 365 | 255134 | 5TBDT48184S466025 | 28150 | 28150 | | | 1,194.68 |
| | | | | | 5TBDT48184S466025 | | | PO | 6000 | -254.64 |
| | Totals: | | | | | 45086 | 45084 | | 14161 | $1,312.45 |
| 43002880 | MADSEN GREGG A | | | | | | | | | |
| | 40 WESTERN INDUSTRIAL DR | | | | | | | | | |
| | CRANSTON, RI 02921 | | | | | | | | | |
| | 2005 | JCE | 72 | CW 129 | 1JAGR48KX5C652755 | 21500 | 4241 | | | 179.99 |
| | | | | | 1JAGR48KX5C652755 | | | PO | 1184 | -50.25 |
| | Totals: | | | | | 21500 | 4241 | | 1184 | $129.74 |
| 43002890 | MADYCH JESSICA M | | | | | | | | | |
| | 555 NIANTIC AVENUE | | | | | | | | | |
| | CRANSTON, RI 02910 | | | | | | | | | |
| | 1991 | FOR | 365 | DQ 390 | 1FAPP6048MH155473 | 500 | 500 | | | 21.22 |
| | | | | | 1FAPP6048MH155473 | | | PO | 500 | -21.22 |
| | 2006 | SUB | 354 | FS 163 | JF1SG69675G704263 | 24550 | 23810 | | | 1,010.50 |
| | | | | | JF1SG69675G704263 | | | PO | 5819 | -246.96 |
| | 1980 | KAW | 223 | D94112 | KZ440A012836 | 500 | 303 | | | 12.85 |
| | | | | | KZ440A012836 | | | PO | 303 | -12.85 |
| | Totals: | | | | | 25550 | 24613 | | 6622 | $763.54 |
| 43002900 | MAESTAS AMANDA R | | | | | | | | | |
| | 267 PARK AVE APT 7 | | | | | | | | | |
| | CRANSTON, RI 02905 | | | | | | | | | |
| | 1992 | JEP | 76 | DP 710 | 1J4FJ58S5NL229747 | 1055 | 220 | | | 9.34 |
| | | | | | 1J4FJ58S5NL229747 | | | PO | 220 | -9.34 |
| | 1989 | VOL | 242 | TJ 705 | YV1FX8843K3310893 | 585 | 388 | | | 16.47 |
| | | | | | YV1FX8843K3310893 | | | PO | 388 | -16.47 |
| | Totals: | | | | | [illegible] | [illegible] | | 608 | $0.00 |
| 43002910 | MAG JEWELRY CO INC | | | | | | | | | |
| | 838 DYER AVE | | | | | | | | | |
| | CRANSTON, RI 02920 | | | | | | | | | |
| | 2000 | MB | 365 | DMAG | WDBNG75J5YA132493 | 29216 | 29216 | | | 1,239.93 |
| | | | | | WDBNG75J5YA132493 | | | PO | 6000 | -254.64 |
| | 2004 | FOR | 365 | 013973 | 1FTRE14W34HA19520 | 15975 | 15975 | | | 677.98 |
| | | | | | 1FTRE14W34HA19520 | | | PO | 6000 | -254.64 |
| | Totals: | | | | | 45191 | 45191 | | 12000 | $1,408.62 |