**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MAG JEWELRY CO., INC. | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| VS. | : | C.A. NO.: 04-174T |
| | : | |
| CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES, AND STYLE ACCESSORIES, INC. | : | |
| | : | |
| Defendants | : | |

**PLAINTIFF'S MOTION TO STAY PAYMENT OF COSTS PENDING APPEAL**

NOW COMES your Plaintiff, Mag Jewelry Co., Inc. in the above-entitled matter and pursuant to Rule 62(d) of the Federal Rules of Civil Procedure, and moves for an order of this Honorable Court staying payment of costs by the Plaintiff, Mag Jewelry Co., to the Defendants, Target Corporation d/b/a/ Target Stores and Style Accessories, Inc., pending the determination of the instant appeals before the United States Court of Appeals for the First Circuit. As grounds for its motion, Plaintiff relies on the attached Memorandum of Law filed contemporaneously herewith.

WHEREFORE, the Plaintiff's Motion to Stay Payment of Costs Pending Appeal should be granted.

Plaintiff,
By and Through Its Attorney,

/s/ Thomas A. Tarro, III

Thomas A. Tarro, III, Esq., #2046
**THE LAW FIRM OF THOMAS A. TARRO, III**
The Summit East - Suite 330
300 Centerville Road
Warwick, RI 02886
(401) 737-7200
(401) 732-3362 facsimile

**CERTIFICATION**

I, the undersigned, hereby certify that I have sent a copy of the foregoing ***Plaintiff's Motion to Stay Costs Pending Appeal*** on the 5th day of December, 2006, to:

Craig M. Scott, Esq.
DUFFY & SWEENEY, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas R. Noel, Esq.
NOEL & GYORGY, LLP
50 South Main Street
Providence, RI 02903

/s/ Andrea T. Nadeau

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MAG JEWELRY CO., INC. | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| VS. | : | C.A. NO.: 04-174T |
| | : | |
| CHEROKEE, INC., ROBERT MARGOLIS | | : |
| AND TARGET CORPORATION d/b/a | : | |
| TARGET STORES, AND | : | |
| STYLE ACCESSORIES, INC. | : | |
| | : | |
| Defendants | : | |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STAY PAYMENT OF COSTS PENDING APPEAL**

NOW COMES your Plaintiff, Mag Jewelry Co., Inc., in the above-entitled matter and pursuant to Rule 62(d) of the Federal Rules of Civil Procedure, and moves for an order of this Honorable Court Staying Payment of Costs by the Plaintiff to the Defendants, Target Corporation d/b/a Target Stores and Style Accessories, Inc., pending the determination of the instant appeals before the United States Court of Appeals for the First Circuit.

## FACTUAL BACKGROUND

1. On March 22, 2006,the trial judge entered an order granting the Motion for Judgment as a Matter of Law in favor of the Defendants, Cherokee, Inc., Target Corporation d/b/a Target Stores, and Style Accessories, Inc.

2. On March 23, 2006, judgment entered in favor of the Defendants Cherokee, Inc., Target Corporation d/b/a Target Stores and Style Accessories, Inc. in this court.

3. On March 29, 2006, the Plaintiff, Mag Jewelry Co., Inc., filed a Notice of Appeal with the clerk and paid the necessary filing fee.

4. On April 4, 2006, the appeal was docketed by the clerk of the United States Court of Appeals for the First Circuit.

5. On June 22, 2006, the clerk of the United States District Court for Rhode Island entered a Bill of Costs in favor of the Defendants, Cherokee, Inc. and Target Corporation, Inc. d/b/a Target Stores, tax and costs in the amount of $1,208.89 against the Plaintiff, Mag Jewelry Co., Inc.

6. On July 10, 2006, the clerk of the United States District Court for the District of Rhode Island entered a Bill of Costs for the Defendant, Style Accessories, Inc., tax and costs in the amount of $8,814.55 against the Plaintiff Mag Jewelry Co., Inc.

7. On or about June 30, 2006, the Defendant, Style Accessories, Inc., Cherokee, Inc. and Target Corporation d/b/a Target Stores filed their Joint Notice of Appeal with the clerk.

8. On or about August 14, 2006, the clerk of the United States Court of Appeals docketed the cross-appeal.

9. On September 13, 2006, the Defendant, Style Accessories, Inc. obtained a Writ of Execution.

10. On or about September 18, 2006, the Plaintiff/Appellant, Mag Jewelry Co., Inc. filed a Motion to Stay Payment of Costs Pending Appeal with the clerk of the United States Court of Appeals for the First Circuit.

11. On October 24, 2006, the United States Court of Appeals for the First Circuit entered an order denying the Plaintiff/Appellant's Motion to Stay Payment of Costs Pending Appeal, without prejudice, to the Plaintiff/Appellant first asking the District Court for a stay. The court further indicated that if the District Court denies the stay, the Plaintiff/Appellant may renew its Motion for Stay in the United States Court of Appeals for the First Circuit.

**LEGAL ARGUMENT**

The Plaintiff, Mag Jewelry Co., Inc. now seeks and order of this court staying the payment of costs to the Defendants, Cherokee, Inc., Target Corporation d/b/a Target Stores and Style Accessories, Inc., during the pendency of the instant appeal, Rule 62(d) of the Federal Rules of Civil Procedure provide in pertinent part as follows:

> Rule 62 **- Stay of Proceedings to Enforce a Judgment**
>
> ***(d) **Stay upon appeal.** When an appeal is taken, the Appellant by giving a super sedeas bond may obtain a stay subject to the exceptions contained in subdivision (a) of this Rule. The bond may be given at or after filing the Notice of Appeal or of procuring the order allowing the appeal, as the case may be. The stay is in effect when the super sedeas bond is approved by the court.

Pursuant to the Rules of Procedure of this court, the Plaintiff has made diligent efforts to post a supersedeas bond with the court. However, due to the amount sought,

has been unable to do so. As such, Plaintiff has paid the amount of the Judgment, $8,814.55, into the Registry of the Court.

Accordingly, the Plaintiff seeks and order of the court staying payment of costs pending the appeal in this matter.

WHEREFORE, based on the foregoing, the Plaintiff, Mac Jewelry Co., Inc. requests an order of this court staying the payment of costs pursuant to the Bill of Costs entered by the clerk of the United States District Court for the District of Rhode Island on June 22, 2006 and August 10, 2006, respectively, to Defendant/Appellee/Cross-Appellants, Cherokee, Inc., Target Corporation d/b/a Target Stores and Style Accessories, Inc., as well as the Execution Dated, September 13, 2006, pending the determination of the instant appeal.

Plaintiff,
By and Through Its Attorney,

__/s/ Thomas A. Tarro, III_____________

Thomas A. Tarro, III, Esq., #2046
**THE LAW FIRM OF THOMAS A. TARRO, III**
The Summit East - Suite 330
300 Centerville Road
Warwick, RI 02886
(401) 737-7200
(401) 732-3362 facsimile

**CERTIFICATION**

I, the undersigned, hereby certify that I have sent a copy of the foregoing ***Plaintiff's Memorandum of Law in Support of Motion to Stay Costs Pending Appeal*** on the 5th day of December, 2006, to:

Craig M. Scott, Esq.
DUFFY & SWEENEY, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas R. Noel, Esq.
NOEL & GYORGY, LLP
50 South Main Street
Providence, RI 02903

__/s/ Andrea T. Nadeau______________