**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MAG JEWELRY CO., INC. | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| VS. | : | C.A. NO.: 04-174T |
| | : | |
| CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC. | : | |
| | : | |
| Defendants | : | |

**PLAINTIFF'S OBJECTION TO DEFENDANT, STYLE ACCESSORIES, INC.'S, MOTION FOR POST-JUDGMENT ATTACHMENT**

NOW COMES your Plaintiff, Mag Jewelry Co., Inc., and objects to the Defendant's, Style Accessories, Inc., Motion for Post-Judgment Attachment in the above-entitled matter. As grounds for its objection, Plaintiff relies upon and incorporates herewith its Memorandum in Support of Plaintiff's Motion to Stay Payment of Costs Pending Appeal, pursuant to Rule 62(d) of the Federal Rules of Civil Procedure.

WHEREFORE, the Defendant's Motion should be denied.

Plaintiff,
By and Through Its Attorneys,

/s/ Thomas A. Tarro, III

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

**CERTIFICATION**

I hereby certify that I mailed a copy of the above ***Objection*** regular mail on the 5TH day of December, 2006 to:

Craig M. Scott, Esq.
DUFFY & SWEENEY, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas R. Noel, Esq.
NOEL & GYORGY, LLP
50 South Main Street
Providence, RI 02903

__/s/ Andrea T. Nadeau_________