**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br>Plaintiff | : | |
| vs. | : | C.A. No. 04-174 T |
| CHEROKEE, INC.,<br>TARGET CORPORATION d/b/a<br>TARGET STORES and STYLE<br>ACCESSORIES, INC.<br>Defendants | : | |

# MOTION TO WITHDRAW AS LEGAL COUNSEL FOR STYLE ACCESSORIES, INC.

Noel & Gyorgy, LLP ("Noel & Gyorgy") respectfully requests leave of court to withdraw as legal counsel for Style Accessories, Inc. ("Style") immediately, due to Style's failure to abide by its contractual obligations to pay Noel & Gyorgy for legal services rendered and costs incurred and paid on behalf of Style. Noel & Gyorgy relies further on the *Memorandum In Support* and on the *Affidavit of Counsel* filed contemporaneously herewith.

Dated: March 6, 2007

Thomas R. Noel, Esq. (#4239)
John R. Harrington, Esq. (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
401.272.7400 Telephone
401.621.5688 Facsimile

**CERTIFICATION**

I hereby certify that on March 6, 2007, I served a copy of the foregoing via Electronic Means to:

Thomas A. Tarro III, Esq.
Kris Macaruso Marotti, Esq.
The Summit East, Suite 330
Centerville Road
Warwick, RI 02886

Craig M. Scott, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200,
Providence, RI 02903

Robert Clarida, Esq.
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas, 35th Floor
New York, NY 10036

and via First Class and Certified Mail, Return Receipt Requested, to:

Mr. Chad R. Mollica, President
Style Accessories, Inc.
3 Acorn Street
Providence, RI 02903

[signature]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br>Plaintiff<br><br>vs.<br><br>CHEROKEE, INC.,<br>TARGET CORPORATION d/b/a<br>TARGET STORES and STYLE<br>ACCESSORIES, INC.<br>Defendants | : | C.A. No. 04-174 T |

# MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS LEGAL COUNSEL FOR STYLE ACCESSORIES, INC.

Noel & Gyorgy, LLP ("Noel & Gyorgy"), by and through the undersigned, Thomas R. Noel, Esq., respectfully requests leave of court to withdraw as legal counsel for Style Accessories, Inc. ("Style"), due to Style's failure to abide by its contractual obligations, which has resulted in a significant unpaid balance owed to Noel & Gyorgy.

## I. FACTS RELEVANT TO THIS MOTION

In September 2004, Style executed a standard engagement agreement with Noel & Gyorgy requiring payment of all fees and costs billed within thirty (30) days (the "Engagement Agreement"). The Engagement Agreement was later modified, but not as to Style's duty to pay within thirty days. *See Affidavit of Counsel* ("*Affidavit*"), filed contemporaneously herewith.

This matter was tried in the District Court in March, 2006. An appeal was taken by the plaintiff-appellant thereafter, and Style cross-appealed with regard to the District Court's denial of its attorneys' fees. The appeals were argued before the United States Court of Appeals on February 6, 2007, and the parties are currently awaiting a decision from the Court

of Appeals. In the District Court, Judge Torres has reserved judgment on Style's motion for attachment filed against the plaintiff to secure payment of costs, and on Mag's cross-motion for a stay of its obligation to pay costs pending the outcome of the appeal.

Though Noel & Gyorgy has performed legal services, incurred and paid costs on behalf of Style, and rendered invoices to Style in accordance with the Engagement Agreement, there has developed and exists a significant account balance owed to Noel & Gyorgy. Style has made no payment to Noel & Gyorgy since September, 2006. Counsel has advised Style in writing that it would be compelled to file a motion to withdraw. Finally, Counsel advised Style to secure replacement litigation counsel.

## II. <u>ARGUMENT</u>

A client's failure to pay attorney fees may support the withdrawal of counsel. *R.I. Rules of Professional Conduct*, Rule 1.17(b)(4). Client conduct that renders the representation unreasonably difficult is another ground. Rule 1.17(b)(5). The Rhode Island Rules of Professional Conduct state that an attorney may withdraw from representation if:

> (4) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;
>
> (5) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or
>
> (6) other good cause for withdrawal exists.

*Rules of Professional Conduct*, Rule 1.17(b)(4)-(6).

Withdrawal at this time will have no material adverse effect on Style. Style is a corporate entity and is therefore not an individual in the military service as defined by the Soldiers' and Sailors' Civil Relief Act. *Affidavit of Counsel*, ¶ 11. *See LRGen 206(e)(2)(A)*. Style is being advised that it may object to the motion to withdraw and that failure or delay in

retaining substitute counsel may not be considered grounds for delaying any trial or other matter that may be scheduled in the case. *Affidavit of Counsel*, ¶ 12. *See Local Rule LRGen 206(e)(2)(B)*. No action or proceeding is currently scheduled in this Court. The matter of litigation costs taxed against Mag following trial is, at least temporarily, on hold.[1] *See Local Rule LRGen 206(e)(2)(D)*. The matter before the Court of Appeals was fully briefed and argued on February 6, 2007.

Counsel submits that the reasons described in this *Motion* and *Memorandum* support its withdrawal as legal counsel for Style without delay. Noel & Gyorgy relies further on the *Affidavit of Counsel* submitted contemporaneously herewith.

## III. CONCLUSION

For the reasons stated herein and in the accompanying *Affidavit of Counsel*, Noel & Gyorgy LLP respectfully requests that it be permitted to withdraw as legal counsel to defendant Style Accessories, Inc. immediately.

Dated: March 6, 2007

Thomas R. Noel, Esq. (#4239)
John R. Harrington, Esq. (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
401.272.7400 Telephone
401.621.5688 Facsimile

1 An Order entered by the Court on February 22, 2007 required Mag to pay the cost amounts due to the defendants into the registry of the court pending the outcome of the appeal.

**CERTIFICATION**

I hereby certify that on March 6, 2007, I served a copy of the foregoing via Electronic Means to:

Thomas A. Tarro III, Esq.
Kris Macaruso Marotti, Esq.
The Summit East, Suite 330
Centerville Road
Warwick, RI 02886

Craig M. Scott, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200,
Providence, RI 02903

Robert Clarida, Esq.
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas, 35th Floor
New York, NY 10036

and via First Class and Certified Mail, Return Receipt Requested, to:

Mr. Chad R. Mollica, President
Style Accessories, Inc.
3 Acorn Street
Providence, RI 02903

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br>Plaintiff | : | |
| vs. | : | C.A. No. 04-174 T |
| CHEROKEE, INC.,<br>TARGET CORPORATION d/b/a<br>TARGET STORES and STYLE<br>ACCESSORIES, INC.<br>Defendants | : | |

**AFFIDAVIT OF COUNSEL**
**IN SUPPORT OF ITS MOTION TO WITHDRAW**
**FROM THE REPRESENTATION OF STYLE ACCESSORIES, INC.**

I, Thomas R. Noel, Esq., do hereby state under oath as follows:

1. I am an attorney licensed to practice law in the State of Rhode Island, and I am a partner in the law firm of Noel & Gyorgy LLP, whose principal place of business is at 50 South Main Street, Providence, Rhode Island. I make this affidavit on behalf of Noel & Gyorgy LLP ("Noel & Gyorgy").

2. In approximately September 2004, Style Accessories, Inc. ("Style") retained Noel & Gyorgy to represent Style in connection with the above-captioned litigation, which involved claims of copyright infringement by the plaintiff, Mag Jewelry Co., Inc. ("Mag") against Style. Style's president, Chad Mollica, executed a standard, written engagement agreement with Noel & Gyorgy (the "Engagement Agreement").

3. Under the Engagement Agreement, Noel & Gyorgy sent written invoices to Style and Style was obligated to pay Noel & Gyorgy all invoiced costs and fees within thirty (30) days of the invoice date.

4. Pursuant to the terms of the Engagement Agreement, Noel & Gyorgy

rendered legal services to Style and submitted invoices showing the fees and costs expended on behalf of Style.

5. This matter was tried in the District Court in March 2006. Style and the other defendants prevailed in the action, securing a Judgment in favor of the defendants. Mag filed an appeal of the Judgment to the United States Court of Appeals for the First Circuit.

6. At the time Mag filed its Notice of Appeal, Style owed Noel & Gyorgy a significant balance, including costs that Noel & Gyorgy had expended on style's behalf prior to and during trial.

7. Noel & Gyorgy continued its representation of Style in various post-trial matters in the District Court, and in the appeal of the matter before the United States Court of Appeals.

8. Noel & Gyorgy also undertook the representation of Style in another matter in the United States District Court, *Alan Gregerman Company v. Style Accessories, Inc.*, C.A. No. 06-332ML, under the terms of the Engagement Agreement. Noel & Gyorgy secured a voluntary dismissal of the *Gregerman v. Style* litigation in December 2006.

9. Noel & Gyorgy represented Style before the United States Court of Appeals through full briefing and oral argument, which occurred on February 6, 2007.

10. Style made its last payment to Noel & Gyorgy on or about September 29, 2006. Despite requests for payment and further invoices rendered to Style in the three matters, Style has failed and refused to pay and owes Noel & Gyorgy a significant balance.

11. In compliance with Local Rule LRGen 206(e)(2), the undersigned certifies and attests that Style Accessories, Inc. is a Rhode Island corporation and therefore not an individual in the military service as defined in the Soldiers' and Sailors' Civil Relief Act.

12. The undersigned also certifies that Style is being advised that it may object to counsel's Motion to Withdraw and that any failure to retain substitute counsel may not be considered grounds for delaying any further trial or other matter that may be scheduled in the case. LRGen 206(e)(2)(B)(ii).

13. Style's current address is the address indicated in the Certification, and counsel has made reasonable effort to confirm that notices sent to that address are likely to be received by Style. LRGen 206(e)(2)(C).

14. The withdrawal of Noel & Gyorgy as legal counsel for Style at this time will not adversely affect Style's interests. The *Gregerman v. Style* litigation has been dismissed, the appeal of the *Mag v. Style* district court case has been fully briefed and argued before the United States Court of Appeals, and only collateral issues remain in the *Mag v. Style* district court case (C.A. No. 04-174T). Specifically, the district court has reserved judgment on a motion by Style to attach assets of Mag to secure Mag's payment of costs assessed against it to Style, and on a related motion by Mag to stay the payment of the costs pending the outcome of the appeal and payment of costs by Mag into the registry of the court. No further proceedings are anticipated in the district court case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate based on my own personal knowledge or, where so indicated, that I believe such to be true.

March 6, 2007
Date

Thomas R. Noel, Esq. (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence R.I. 02903
Telephone: (401) 272-7400
Fax: (401) 621-5688

**CERTIFICATION**

I hereby certify that on March 6, 2007, I served a copy of the foregoing via Electronic Means to:

Thomas A. Tarro III, Esq.
Kris Macaruso Marotti, Esq.
The Summit East, Suite 330
Centerville Road
Warwick, RI 02886

Craig M. Scott, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200,
Providence, RI 02903

Robert Clarida, Esq.
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas, 35th Floor
New York, NY 10036

and via First Class Mail and Certified Mail, Return Receipt Requested, to:

Mr. Chad R. Mollica, President
Style Accessories, Inc.
3 Acorn Street
Providence, RI 02903