UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br>Plaintiff | : | |
| vs. | : | C.A. No. 04-174 T |
| CHEROKEE, INC.,<br>TARGET CORPORATION d/b/a<br>TARGET STORES and STYLE<br>ACCESSORIES, INC.<br>Defendants | : | |

**ORDER PERMITTING WITHDRAWAL AS LEGAL COUNSEL FOR DEFENDANT STYLE ACCESSORIES, INC.**

Upon motion of counsel, Thomas R. Noel, Esq. and Noel & Gyorgy LLP, for permission to withdraw as legal counsel on behalf of defendant Style Accessories, Inc. in this matter, it is hereby Ordered that the *Motion to Withdraw* is allowed, effective immediately.

ENTER: ORDER:

Ernest C Torres

Ernest C. Torres,
Senior District Judge

Date: 4/3/07

Presented By:

Dated: March 26, 2007

Thomas R. Noel, Esq. (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)

**CERTIFICATION**

I hereby certify that on March 26, 2007, I served a copy of the foregoing via First Class Mail upon:

Thomas A. Tarro III, Esq.
Kris Macaruso Marotti, Esq.
The Summit East, Suite 330
Centerville Road
Warwick, RI 02886

Craig M. Scott, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200,
Providence, RI 02903

Mr. Chad R. Mollica, President
Style Accessories, Inc.
3 Acorn Street
Providence, RI 02903

Robert Clarida, Esq.
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas, 35th Floor
New York, NY 10036