**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MAG JEWELRY CO., INC.**<br>***Plaintiff***<br><br>**Vs.**<br><br>**CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.**<br>***Defendants*** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **C.A. No. 04-174T** |

**ENTRY OF APPEARANCE**

I, Matthew T. Oliverio, hereby enter my appearance on behalf of Defendant Style Accessories, Inc. in the above-captioned matter.

Defendant,
Style Accessories, Inc.
By its Attorney,

/s/ *Matthew T. Oliverio*

Matthew T. Oliverio, Esquire
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
mto@om-rilaw.com

Dated: August 20, 2007

## CERTIFICATION

I hereby certify that the foregoing *ENTRY OF APPEARANCE* was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorneys received service by electronic means on this 20th day of August, 2007:

Craig M. Scott, Esquire
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas A. Tarro, III, Esquire
Kris R. Macaruso Marotti, Esquire
The Law Firm of Thomas A. Tarro, III, Esquire
The Summit East, Suite 330
300 Centerville Road
Warwick, RI 02886

Thomas R. Noel, Esquire
NOEL & GYORGY
50 South Main Street
Providence, RI 02903

The following attorney of record received the foregoing via first class mail, postage prepaid:

Robert W. Clarida, Esquire
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036-6799

/s/ *Matthew T. Oliverio*