**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br>Plaintiff,<br><br>v.<br><br>CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.<br>Defendants. | : | C.A. No. 04-174 T |

**MOTION TO RELEASE MONEY FROM THE REGISTRY OF THE COURT**

Defendants, Target Corporation d/b/a Target Stores ("Target") and Cherokee, Inc. ("Cherokee"), hereby move for an order that the amount of $1,208.89 plus apportioned interest be paid from the Registry of the Court to Duffy, Sweeney & Scott, Ltd., as counsel for Target and Cherokee. Defendants rely further on the Memorandum in Support filed contemporaneously herewith. Pursuant to Local Rule Cv 7(e), movant does not believe that oral argument will be necessary for the disposition of this Motion.

Plaintiff, Mag Jewelry Co., Inc., does not object to this Motion.

Target Corporation d/b/a Target Stores and
Cherokee, Inc.

By Their Attorneys,

/s/ Craig M. Scott
Craig M. Scott, Esq. (#4237)
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax

Dated: September 4, 2007

## CERTIFICATION

I hereby certify that the within Notice of Voluntary Dismissal was filed through the ECF system on the ____ day of September, 2007, and will be sent electronically to the counsel listed below who are registered participants identified on the Notice of Electronic Filing and via First Class Mail as indicated below.

***Via Electronic Filing***
Thomas A. Tarro III, Esq.
Kris Macaruso Marotti, Esq.
The Summit East, Suite 330
Centerville Road
Warwick, RI 02886

***Via Electronic Filing***
Thomas R. Noel, Esq.
Noel & Gyorgy LLP
50 South Main Street
Providence, RI 02903

***Via First Class Mail***
Robert Clarida, Esq.
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas, 35th Floor
New York, NY 10036

***Via First Class Mail***
Ms. Claire Parvin, Finance Officer
United States District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903

***Via Electronic Filing***
Matthew T. Oliverio, Esq.
Oliverio & Marcaccio LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

***Via First Class Mail***
James O. Reavis, Esq.
Reavis Cianciolo LLC
55 Dorrance Street, Suite 200
Providence, RI 02903

/s/ Craig M. Scott

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br>Plaintiff,<br><br>v.<br><br>CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 04-174 T |

**MEMORANDUM OF LAW IN SUPPORT OF**
**MOTION TO RELEASE MONEY FROM THE REGISTRY OF THE COURT**

Defendants Target Corporation d/b/a Target Stores ("Target") and Cherokee, Inc. ("Cherokee") have moved for an order that the amount of $1,208.89 plus apportioned interest be released from the Registry of the Court.

## I. RELEVANT FACTS

On July 10, 2006, the Clerk of this Court taxed costs in this case against the plaintiff, Mag Jewelry Co., Inc. ("Mag"), in favor of Cherokee and Target, two of the prevailing defendants, in the amount of $1,208.89. A true and accurate copy of the *Bill of Costs* awarded to Target and Cherokee is attached to this motion as *Exhibit 1*. The Clerk separately taxed costs in favor of co-defendant Style Accessories, Inc. in the amount of $8,814.55.

On February 21, 2007, the Court entered an Order directing that the plaintiff, Mag pay into the Registry of the Court the amount of $10,023.44, representing the total costs that had been awarded to all defendants as prevailing parties, pending the outcome of the appeal taken by Mag to the United States Court of Appeals for the First Circuit (Appeal No. 06-1556). A true and accurate copy of the February 21 Order is attached to this motion as

*Exhibit 2*. Paragraph 3 of the February 21 Order states in relevant part:

> If Defendants prevail on the Rule 50 Appeal, the monies shall be withdrawn and turned over to the Defendants, based on the allocations set forth in their respective Bills of Costs previously awarded by the Court.

*February 21 Order*, ¶ 3.

On August 8, 2007, the United States Court of Appeals for the First Circuit issued its decision, upholding the Judgment of this Court in favor of the Defendants under Rule 50. (*See 2007 U.S. App. LEXIS 18762*). The defendants have therefore now prevailed on the "Rule 50 Appeal" as cited in the February 21 Order. Accordingly, the Registry must now pay the defendants the amount held "based on the allocations set forth in [the] respective Bills of Costs." Defendants Target and Cherokee therefore would be entitled to receive $1,208.89 of the amount deposited.

The February 21 Order directs that the money be held in an interest-bearing account and, pursuant to Local Rule Cv 67 (c), that the Registry deduct ten percent (10%) of the interest earned as its fee.

## II. ARGUMENT

Pursuant to Local Rule Cv67(b), any party seeking to withdraw monies from the Registry must file and serve a motion together with a proposed order. A proposed order is attached as *Exhibit* 3.

## III. CONCLUSION

Target and Cherokee respectfully request an Order:

1. directing the Clerk to account for the interest earned on the amount deposited into the Registry of the Court and to retain ten percent (10%) of the interest earned as its fee;
2. directing the Clerk to pay from the Registry to Duffy, Sweeney & Scott, Ltd., as counsel for Target and Cherokee the amount of $1,208.89 representing the amount awarded in their Bill of Costs; and

3. directing the Clerk to pay from the Registry a percentage of the interest remaining in the account after deduction of the Clerk's fee, on a pro rata basis calculated as follows: $1,208.89 / 10,023.44 x 100 = 12.1% (Target and Cherokee approved costs divided by the total amount held multiplied by 100 to yield a percentage).

This calculation is reflected in the proposed order submitted as *Exhibit 3*.

Target Corporation d/b/a Target Stores and Cherokee, Inc.

By Their Attorneys,

/s/ Craig M. Scott

Craig M. Scott, Esq. (#4237)
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax

Dated: September 4, 2007

## CERTIFICATION

I hereby certify that the within Notice of Voluntary Dismissal was filed through the ECF system on the 4th day of September, 2007, and will be sent electronically to the counsel listed below who are registered participants identified on the Notice of Electronic Filing and via First Class Mail as indicated below.

***Via Electronic Filing***
Thomas A. Tarro III, Esq.
Kris Macaruso Marotti, Esq.
The Summit East, Suite 330
Centerville Road
Warwick, RI 02886

***Via Electronic Filing***
Thomas R. Noel, Esq.
Noel & Gyorgy LLP
50 South Main Street
Providence, RI 02903

***Via First Class Mail***
Robert Clarida, Esq.
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas, 35th Floor
New York, NY 10036

***Via First Class Mail***
Ms. Claire Parvin, Finance Officer
United States District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903

***Via Electronic Filing***
Matthew T. Oliverio, Esq.
Oliverio & Marcaccio LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

***Via First Class Mail***
James O. Reavis, Esq.
Reavis Cianciolo LLC
55 Dorrance Street, Suite 200
Providence, RI 02903

/s/ Craig M. Scott

# EXHIBIT 1

AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

MAG JEWELRY CO., INC.
V.
CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES

## BILL OF COSTS

Case Number: 04-174 T

Judgment having been entered in the above entitled action on 3/23/06 (Date) against Mag Jewelry Co., Inc., the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ ~~80.00~~ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 396.67 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | ~~2,034.32~~ 812.22 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL | $ ~~2,510.99~~ 1,208.89 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: THOMAS A. TARRO, III, ESQ. and THOMAS R. NOEL, ESQ.

Signature of Attorney: [signature]

Name of Attorney: Christine K. Bush, Esq., DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, St. 1200, Providence, RI 02903

For: Cherokee, Inc. and Target Corporation (Name of Claiming Party) Date: April 6, 2006

Costs are taxed in the amount of $1,208.89 against Plaintiff and included in the judgment.

David A. DiMarzio, Clerk of Court By: [signature], Deputy Clerk 6/22/2006 Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br><br>Plaintiff | : | |
| VS. | : | C.A. NO.: 04-174T |
| CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.<br><br>Defendants | : | |

**ORDER**

The above-entitled matter came on for hearing before the Honorable Chief Judge Ernest C. Torres on February 15, 2007 on the Plaintiff's Motion to Stay Payment of Costs Pending Appeal and the Defendant's Motion for Pre-Judgment Attachment. After hearing thereon, it is hereby

**ORDERED, ADJUDGED AND DECREED**

1. The Plaintiff, Mag Jewelry Co., Inc. shall deposit into the Registry of the Court, the total sum of costs of $10,023.44 within one (1) week, or on or by February 22, 2007;

2. Said funds shall be deposited into a money market account (or other interest bearing account), at Bank of America, 111 Westminster Street, Providence, RI 02903 and shall remain there pending determination of the Plaintiff's appeal of the Judgment based on the grant of defendant's Rule 50

Motion in the United States Court of Appeals for the First Circuit (C.A. 06-1556) (the "Rule 50 Appeal").

3. If the Plaintiff prevails on the Rule 50 Appeal, the monies shall be withdrawn and returned to the Plaintiff, Mag Jewelry Co., Inc. If Defendants prevail on the Rule 50 Appeal, the monies shall be withdrawn and turned over to the Defendants, based on the allocations set forth in their respective Bills of Costs previously awarded by the Court.

4. The clerk shall deduct from the income earned on the funds deposited or invested a fee in the amount of 10% of the income earned, whenever such income becomes available for such deduction and without further order of the Court.

5. Nothing contained in this Order shall affect Plaintiff's obligation to pay to Defendants post-judgment interest on the costs awarded to Defendants pursuant to their respective Bills of Costs, to the extent Defendants prevail on the Rule 50 Appeal.

ENTER: PER ORDER:

Ernest C. Torres

Chief Judge Ernest C. Torres
2/21/07

Deputy Clerk

**CERTIFICATION**

I hereby certify that I mailed, by regular mail, and faxed a copy of the above Order on the 19th day of February, 2007 to:

Craig M. Scott, Esq.
DUFFY & SWEENEY, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas R. Noel, Esq.
Noel & Gyorgy, LLP
50 South Main Street
Providence, RI 02903

# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br><br>Plaintiff<br><br>v.<br><br>CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.<br><br>Defendants | : | C.A. NO.: 04-174T |

**ORDER**

The above-entitled matter came on for consideration by the Honorable Senior Judge Ernest C. Torres on the Motion of Lien-Holder Noel & Gyorgy LLP to Release Money from the Registry of the Court, and the Motion of Cherokee, Inc. and Target Corporation to Release Money for the Registry of the Court. After consideration thereof, it is hereby

**ORDERED, ADJUDGED AND DECREED**

The Clerk, having received the Federal Tax Identification Numbers for both payees, Noel & Gyorgy LLP and Duffy Sweeney & Scott, Ltd., shall forthwith take the following actions:

1. Calculate and account for all interest earned on the amount held in the Registry of the Court in this matter since on or about February 28, 2007;

2. Deduct and retain ten-percent (10%) of the interest accrued as its own fee, in accordance with Local Rule Cv 67(c);

3. Of the remaining interest amount held ("Remaining Interest"), calculate shares thereof in accordance with the respective Bills of Costs entered in the matter, namely:

8,814.55/10,023.44 x 100 = 87.9% for Style Accessories' Bill of Costs

1,208.89/10,023.44 x 100 = 12.1% for Target Corporation's/Cherokee, Inc.'s Bill of Costs

4. Issue payment in the amount of $8,814.55 plus 87.9% of the Remaining Interest to:

Noel & Gyorgy LLP
50 South Main Street
Providence, RI 02903

such payment to Noel & Gyorgy LLP to be in accordance with the Bill of Costs of defendant Style Accessories, Inc. entered on or about July 11, 2006 and the Attorney's Lien of Noel & Gyorgy LLP filed on or about April 10, 2007; and;

5. Issue payment in the amount of $1,208.89 plus 12.1% of the Remaining Interest to:

Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

such payment to Duffy Sweeney & Scott, Ltd. to be in accordance with the Bill of Costs of defendants Cherokee, Inc. and Target Corporation entered on or about June 22, 2006.

ENTER: PER ORDER:

____________________________ ____________________________

Senior Judge Ernest C. Torres Deputy Clerk