MANDATE

04-00174
USDC/RI
Torres

# United States Court of Appeals
## For the First Circuit

---

Nos. 06-1556; 06-2127

MAG JEWELRY CO., INC.

Plaintiff - Appellant/Cross-Appellee,

v.

CHEROKEE, INC.; TARGET CORPORATION, d/b/a Target Stores; STYLE ACCESSORIES, INC.,

Defendants - Appellees/Cross-Appellants,

ROBERT MARGOLIS,

Defendant/Cross-Appellant.

---

**JUDGMENT**

Entered: August 8, 2007

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: In Appeal No. 06-1556, the judgment of the district court is affirmed. In Appeal No. 06-2127, the judgment of the district court is reversed, and the case is remanded for further proceedings consistent with this opinion.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 8/30/07

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[Certified Copies: Hon. Ernest C. Torres and David DiMarzio, Clerk of Court, United States District Court for the District of Rhode Island]

[cc: Thomas A. Tarro, III, Esq., Kris Macaruso Marotti, Esq., Robert Clarida, Esq., Christine Kelley Bush, Esq., Thomas R. Noel, Esq. and Craig M. Scott, Esq.]