**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br><br>Plaintiff<br><br>v.<br><br>CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.<br><br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. NO.: 04-174T |

**ORDER**

The above-entitled matter came on for consideration by the Honorable Senior Judge Ernest C. Torres on the Motion of Lien-Holder Noel & Gyorgy LLP to Release Money from the Registry of the Court, and the Motion of Cherokee, Inc. and Target Corporation to Release Money for the Registry of the Court. After consideration thereof, it is hereby

**ORDERED, ADJUDGED AND DECREED**

The Clerk, having received the Federal Tax Identification Numbers for both payees, Noel & Gyorgy LLP and Duffy Sweeney & Scott, Ltd., shall forthwith take the following actions:

1. Calculate and account for all interest earned on the amount held in the Registry of the Court in this matter since on or about February 28, 2007;

2. Deduct and retain ten-percent (10%) of the interest accrued as its own fee, in accordance with Local Rule Cv 67(c);

3. Of the remaining interest amount held ("Remaining Interest"), calculate shares thereof in accordance with the respective Bills of Costs entered in the matter, namely:

8,814.55/10,023.44 x 100 = 87.9% for Style Accessories' Bill of Costs

1,208.89/10,023.44 x 100 = 12.1% for Target Corporation's/Cherokee, Inc.'s Bill of Costs

4. Issue payment in the amount of $8,814.55 plus 87.9% of the Remaining

Interest to:

Noel & Gyorgy LLP
50 South Main Street
Providence, RI 02903

such payment to Noel & Gyorgy LLP to be in accordance with the Bill of Costs of defendant Style Accessories, Inc. entered on or about July 11, 2006 and the Attorney's Lien of Noel & Gyorgy LLP filed on or about April 10, 2007; and;

5. Issue payment in the amount of $1,208.89 plus 12.1% of the Remaining

Interest to:

Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

such payment to Duffy Sweeney & Scott, Ltd. to be in accordance with the Bill of Costs of defendants Cherokee, Inc. and Target Corporation entered on or about June 22, 2006.

ENTER:

Ernest C Torres
Senior Judge Ernest C. Torres
9/13/07

PER ORDER:

Deputy Clerk