**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MAG JEWELRY CO., INC.** *Plaintiff* | : | |
| **Vs.** | : | **C.A. No. 04-174T** |
| **CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.** *Defendants* | : | |

**SUPPLEMENTAL AFFIDAVIT OF THOMAS R. NOEL, ESQUIRE IN SUPPORT OF DEFENDANT STYLE ACCESSORIES, INC.'S MOTION FOR AWARD OF COSTS INCLUDING ATTORNEYS' FEES**

I, Thomas R. Noel, pursuant to 28 U.S.C. § 1746, declare under oath as follows:

1. I am a member of the firm of Noel & Gyorgy LLP, 50 South Main Street, Providence, Rhode Island 02903, and I am admitted to practice before this Court. I offer this Supplemental Affidavit in support of Defendant Style Accessories, Inc.'s Motion for Award of Costs Including Attorneys' Fees, and to supplement my previous affidavit, dated April 6, 2006, to include work performed from April 10, 2006 though and including February 22, 2007.

2. Attached hereto as *Exhibit A* are true and accurate copies of the invoices generated by Noel & Gyorgy and presented to Style for payment concerning this matter, from April 2006 through February 22, 2007. Each contains a brief description of all costs and expenses billed. *Exhibit A* includes Invoices 1176, 1211, 1212, 1249, 1277, 1280, 1306, 1318, 1319, 1346, 1347, 1357 and 1358, which cover professional fees and costs and expenses for both the District Court action and the appeal and cross-appeal taken before the United States Court of Appeals for the First Circuit.

3. Style and Noel & Gyorgy undertook this matter under a written fee agreement that calls for the work to be performed on an hourly fee basis at the firm's then-prevailing rates for each attorney assigned, and for invoices to be rendered by Noel & Gyorgy showing fees incurred and costs and expenses incurred, on an approximately monthly basis.

4. The services reflected in Exhibit A were necessary for the post-trial proceedings, including the appeal of this matter. The costs and expenses incurred were done so by Noel & Gyorgy or at our direction and under our supervision.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the 5th day of October, 2007.

Thomas R. Noel, Esq. (#4239)

**CERTIFICATION**

I hereby certify that the foregoing *SUPPLEMENTAL AFFIDAVIT OF THOMAS R. NOEL, ESQUIRE IN SUPPORT OF DEFENDANT STYLE ACCESSORIES, INC.'S MOTION FOR AWARD OF COSTS INCLUDING ATTORNEYS' FEES* was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorneys received service by electronic means on this 9th day of Oct., 2007:

Craig M. Scott, Esquire
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

Thomas A. Tarro, III, Esquire
Kris R. Macaruso Marotti, Esquire
The Law Firm of Thomas A. Tarro, III, Esquire
The Summit East, Suite 330
300 Centerville Road
Warwick, RI 02886

Thomas R. Noel, Esquire
NOEL & GYORGY, LLP
50 South Main Street
Providence, RI 02903

The following attorney of record received the foregoing via first class mail, postage prepaid:

Robert W. Clarida, Esquire
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036-6799

/s/ *Matthew T. Oliverio*

**Style Accessories, Inc.**
**Itemized Statement of Attorney Time and Expenses**

**Summary Sheet**

| Invoice Date | Invoice Number | Attorney Hours | Fee |
|---|---|---|---|
| April 10, 2006 | 1176 | 53.50 | $ 9,925.00 |
| June 5, 2006 | 1211 | 33.35 | 7,452.50 |
| June 5, 2006 | 1212 | 8.00 | 1,808.00 |
| September 7, 2006 | 1249 | 14.80 | 3,448.50 |
| October 12, 2006 | 1277 | 9.20 | 2,132.00 |
| October 13, 2006 | 1280 | 8.65 | 1,643.50 |
| November 11, 2006 | 1306 | 31.80 | 6,102.00 |
| December 11, 2006 | 1318 | 3.30 | 825.00 |
| December 12, 2006 | 1319 | 62.10 | 14,247.00 |
| January 31, 2007 | 1346 | 4.10 | 887.00 |
| January 31, 2007 | 1347 | 11.90 | 2,747.00 |
| February 22, 2007 | 1357 | 4.10 | 1,013.00 |
| February 22, 2007 | 1358 | 37.00 | 8,410.00 |
| Subtotal | | 310.55 | $60,640.50 |

**Additional Expenses Charged to Client**

| | |
|---|---|
| Transcript | $ 65.08 |
| Postage and Delivery Charges | 148.82 |
| Photocopies | 758.00 |
| Legal Research | 2,300.99 |
| Service Fees (U.S. Marshall) | 49.45 |
| Courier Services | 32.38 |
| Travel & Parking | 47.80 |
| Subtotal | $ 3,402.52 |
| **TOTAL** | **$64,043.02** |

NOEL & GYORGY LLP

50 SOUTH MAIN STREET • PROVIDENCE RHODE ISLAND 02903 • TELEPHONE 401-272-7400 • FAX 401-621-5688

Invoice submitted to:

Mr. Chad R. Mollica
Style Accessories, Inc.
3 Acorn Street
Providence RI 02903

April 10, 2006

In Reference To: Mag Jewelry Co., Inc. v. Cherokee, Inc., Target Corporation d/b/a Target Stores and Style Accessories, Inc., C.A. No. 04-174T

Invoice # 1176

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/15/2006 JPG | Conference with John Harrington regarding Bill of Costs | 0.20<br>225.00/hr | 45.00 |
| 3/10/2006 JRH | Research on requirements for Bill of Costs and Attorneys Fees Motion. | 4.00<br>175.00/hr | 700.00 |
| 3/14/2006 JRH | Telephone conversation with Christine Bush regarding Bill of Costs and Attorneys' Fees. Start drafting Motion and Memo regarding Bill of Costs and Motion and Memo regarding Attorneys' Fees. | 3.00<br>175.00/hr | 525.00 |
| 3/15/2006 JRH | Telephone conversation with Christine Bush regarding Bill of Costs and Attorneys' Fees. Revise Memos on Bill of Costs and Attorneys' Fees. Order transcript for Rule 50 Motion. Call from Chad Mollica regarding Alan Gregerman. | 5.00<br>175.00/hr | 875.00 |
| 3/16/2006 JRH | Draft Affidavits in support of Bill of Costs and Motion for Attorneys' Fees. Edit drafts: Memo regarding Bill of Costs, Motion, and Memo regarding Attorneys' Fees. | 5.00<br>175.00/hr | 875.00 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/20/2006 JRH | Review Style motions and memos with Tom Noel. Edit same. Draft non-interested attorney affidavit in support of Motion for attorneys' fees. Insert transcript excerpts from Rule 50 transcript in Memo for Attorneys' Fees. | 5.00<br>175.00/hr | 875.00 |
| 3/22/2006 JRH | Finish Bill of Costs and Attorneys' Fees memos, motion and affidavits. Assemble and analyze invoices. | 5.00<br>175.00/hr | 875.00 |
| 3/23/2006 JRH | Retreive and assemble invoices for backup for Bill of Costs (final) and Attorneys' Fees. | 2.00<br>175.00/hr | 350.00 |
| 3/20/2006 TRN | Review progress of costs application and fee motion. Status with Mr. Scott and Mr. Harrington. | 0.30<br>225.00/hr | 67.50 |
| 3/21/2006 TRN | Telephone call with Mr. Mollica. Review fees and costs recovery issues. | 0.50<br>225.00/hr | 112.50 |
| 3/22/2006 TRN | Work on post-trial issues including costs and fees recovery. Review document drafts. | 1.00<br>225.00/hr | 225.00 |
| 3/23/2006 TRN | Telephone calls with Mr. Mollica. Revise and edit Bill of Costs Motion and Memo. Review back-up documents and listings for same. Telephone calls with Ms. Bush regarding Target fees paid by Style. | 2.30<br>225.00/hr | 517.50 |
| 3/24/2006 TRN | Meeting with Mr. Mollica regarding status. | 1.50<br>225.00/hr | NO CHARGE |
| 3/28/2006 TRN | Letter from opposing counsel regarding attorneys fees. Finalize costs affidavit. Work on outside counsel affidavit. E-mail to Mr. Feldhuhn. | 1.40<br>225.00/hr | 315.00 |
| 3/29/2006 TRN | E-mail from Mr. Feldhuhn. Review revisions. Return e-mail regarding authorization. | 0.30<br>225.00/hr | 67.50 |
| 3/30/2006 TRN | Review Notice of Appeal and effect regarding stay of other motions and filings. | 0.50<br>225.00/hr | 112.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/4/2006 | TRN | Review testimony transcripts and exhibits for inclusion in fees motion. Work on fees memorandum and related papers. | 2.50<br>225.00/hr | 562.50 |
| 4/5/2006 | TRN | Work on memorandum for fees and costs, affidavit and motion. Telephone calls with Ms. Bush regarding Rule 58 motion. Review rules regarding same. Review drafts from Ms. Bush. | 5.50<br>225.00/hr | 1,237.50 |
| 4/6/2006 | TRN | Finalize all papers for recovery of full costs and fees. Telephone calls with Ms. Bush regarding same. Letter to court. | 2.00<br>225.00/hr | 450.00 |
| 4/4/2006 | JRH | Library research and lexis research on Rule 54, 58, and 59 - for bill of costs and motion for attorneys fees and effect of Mag's filing of appeal on same; review Target's draft Rule 58 and 54 motions received from Ms. Bush | 2.50<br>175.00/hr | 437.50 |
| 4/5/2006 | JRH | Finalize summary sheet and backup invoices/statements for bill of costs and motion for attorneys fees; confer with TRN on exhibits for same | 2.00<br>175.00/hr | 350.00 |
| 4/6/2006 | JRH | Compile exhibits for bill of costs and motion for attorneys fees - prepare for filing | 2.00<br>175.00/hr | 350.00 |
| | | For professional services rendered | 53.50 | $9,925.00 |
| | | Additional Charges : | | |
| 3/17/2006 | | Transcript Cost - Judgment as a Matter of Law | | 35.20 |
| 3/24/2006 | | Postage | | 1.17 |
| 4/7/2006 | | Postage | | 14.40 |
| | | Copying cost | | 162.00 |
| 4/10/2006 | | Lexis - Electronic research for preparation of jury instructions and review of case law cited by plaintiff. | | 1,196.91 |

| | | Amount |
|---|---|---|
| | Total costs | $1,409.68 |
| | Total amount of this bill | $11,334.68 |
| | Previous balance | $72,569.69 |
| 3/16/2006 | Payment - Thank You. Check No. 7532 | ($10,000.00) |
| | Total payments and adjustments | ($10,000.00) |
| | Balance due | $73,904.37 |

NOEL & GYORGY LLP

50 SOUTH MAIN STREET • PROVIDENCE RHODE ISLAND 02903 • TELEPHONE 401-272-7400 • FAX 401-621-5688

Invoice submitted to:

Mr. Chad R. Mollica
Style Accessories, Inc.
3 Acorn Street
Providence RI 02903

June 05, 2006

In Reference To: Mag Jewelry Co., Inc. v. Cherokee, Inc., Target Corporation d/b/a Target Stores and Style Accessories, Inc., C.A. No. 04-174T

Invoice # 1211

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/2/2006 | TRN | Review decision from Judge Torres granting our Rule 58 Motion to Stay Appeal. Strategy with Mr. Harrington. | 0.30<br>250.00/hr | 75.00 |
| 5/4/2006 | TRN | Review Mag's objections to costs and letter to court. Review Target letter to Settlement Counsel. Notice from CAMP settlement office. | 0.60<br>250.00/hr | 150.00 |
| 5/10/2006 | TRN | Review plaintiff's objections to fees and costs motions. Discuss with Mr. Harrington and Mr. Scott. | 1.20<br>250.00/hr | 300.00 |
| 5/16/2006 | TRN | Work on reply to objection to motion for fees. Letter to Mr. Mollica. | 4.00<br>250.00/hr | 1,000.00 |
| | JRH | Review Mag's objection to Bill of Costs. Research and read Mag's case citations. Draft memorandum regarding same. | 3.50<br>190.00/hr | 665.00 |
| 5/17/2006 | JRH | Research plaintiff's case citations in objection to Style's motion for attorneys' fees. Draft memorandum on Mag's access cases. | 3.50<br>190.00/hr | 665.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/17/2006 | TRN | Work on fees reply memorandum. | 3.00<br>250.00/hr | 750.00 |
| 5/18/2006 | TRN | Work on memoranda for fees motion and costs motion. Review notice from court regarding hearing. | 3.00<br>250.00/hr | 750.00 |
| | JRH | Receive and review trial transcript regarding lack of evidence regarding access. Review Mr. Gregerman's testimony regarding independent creation and standoff agreement. Draft memorandum for Mr. Noel. | 3.00<br>190.00/hr | 570.00 |
| 5/19/2006 | TRN | Work on reply memoranda. | 3.00<br>250.00/hr | 750.00 |
| 5/22/2006 | JRH | Review Style's reply memoranda regarding costs and attorney fees. Insert trial exhibits and transcript citations. Attention to issue of filing restrictions regarding page and exhibit limits. Telephone call to Chris Bush regarding same. File memoranda. | 2.50<br>190.00/hr | 475.00 |
| | TRN | Finalize reply memoranda for costs motion and for fees motion. Letter to court. Telephone call with Ms. Bush regarding arguments and regarding filing issues with Clerk. | 3.50<br>250.00/hr | 875.00 |
| 5/23/2006 | JRH | Research on availability of attorney's fees for work obtaining fee award. | 0.75<br>190.00/hr | 142.50 |
| 5/30/2006 | JRH | Research and memorandum regarding interest on attorneys' fees and procedure for supplemental filings of bill of costs and attorneys' fees. | 1.50<br>190.00/hr | 285.00 |
| | | For professional services rendered | 33.35 | $7,452.50 |

Additional Charges :

| | | |
|---|---|---|
| 4/18/2006 | FedEx Package to Mr. Jack Rosenfeld, Chairman of Potpourri Group, Inc. on March 12, 2006 | 19.96 |

| | | Amount |
|---|---|---|
| 4/30/2006 | Lexis online research | 447.05 |
| 5/16/2006 | Copying cost - WarRoom Document Solutions of RI, Inc. - Invoice #: 10534 | 61.74 |
| 5/30/2006 | Copying cost | 43.95 |
| | Postage | 8.25 |
| 6/5/2006 | Accrued Interest charge to date. | 1,507.66 |
| | Total costs | $2,088.61 |
| | Total amount of this bill | $9,541.11 |
| | Previous balance | $73,904.37 |
| 4/14/2006 | Partial payment - Thank You. Check No. 1038 | ($5,000.00) |
| 4/28/2006 | Payment - Thank You. Check No. 1049 | ($25,000.00) |
| | Total payments and adjustments | ($30,000.00) |
| | Balance due | $53,445.48 |

NOEL & GYORGY LLP

50 SOUTH MAIN STREET • PROVIDENCE RHODE ISLAND 02903 • TELEPHONE 401-272-7400 • FAX 401-621-5688

Invoice submitted to:

Mr. Chad R. Mollica
Style Accessories, Inc.
3 Acorn Street
Providence RI 02903

June 05, 2006

In Reference To: Mag Jewelry Co., Inc. vs. Cherokee, Inc., Target Corporation d/b/a Target Stores and Style Accessories, Inc. United States Court of Appeals for the First Circuit / Case No.: 06-1556

Invoice # 1212

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/13/2006 | TRN | Telephone call message from opposing counsel regarding response filing. Strategy with Target counsel regarding same. | 0.20<br>250.00/hr | 50.00 |
| 4/19/2006 | TRN | Telephone call with Mr. Mollica regarding instructions for appeal. Letter to Mr. Mollica. | 0.40<br>250.00/hr | 100.00 |
| 4/28/2006 | TRN | Review C.A.M.P. Settlement Order for requirements of counsel and parties. Letter from counsel. Communications with counsel regarding alternative dates. Letter to counsel regarding same. | 1.20<br>250.00/hr | 300.00 |
| 5/1/2006 | JRH | Research and draft C.A.M.P. statement. | 2.00<br>190.00/hr | 380.00 |
| | TRN | Review CAMP Settlement Conference Order. Letter to counsel as required by Order. | 0.50<br>250.00/hr | 125.00 |
| 5/2/2006 | JRH | Draft and file Corporate Disclosure Statement, Appearance and Admission Forms. | 1.20<br>190.00/hr | 228.00 |

Mr. Chad R. Mollica



| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/2/2006 | TRN | Telephone call with settlement counsel's office. Attention to CAMP confidential statement. Letter to CAMP office. Attention to entry papers and requirements under Rules of Appellate Procedure. | 1.50<br>250.00/hr | 375.00 |
| 5/3/2006 | TRN | Strategy regarding Rule 58 Order. Letter to Mr. Mollica. Review letter from opposing counsel to court regarding hearing. Letter from Mr. Scott to Appeals Court regarding CAMP Conference. Finalize CAMP statement and letter. | 1.00<br>250.00/hr | 250.00 |
| | | For professional services rendered | 8.00 | $1,808.00 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 4/27/2006 | Postage regarding the Appeal | 0.39 |
| 5/22/2006 | Copying cost | 2.70 |
| | Postage | 7.23 |
| | Total costs | $10.32 |
| | Total amount of this bill | $1,818.32 |
| | Balance due | $1,818.32 |

NOEL & GYORGY LLP

50 SOUTH MAIN STREET • PROVIDENCE RHODE ISLAND 02903 • TELEPHONE 401-272-7400 • FAX 401-621-5688

Invoice submitted to:

Mr. Chad R. Mollica
Style Accessories, Inc.
3 Acorn Street
Providence RI 02903

September 07, 2006

In Reference To: Mag Jewelry Co., Inc. vs. Cherokee, Inc., Target Corporation d/b/a Target Stores and Style Accessories, Inc. United States Court of Appeals for the First Circuit / Case No.: 06-1556

Invoice # 1249

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/6/2006 | TRN | E-mails with Mr. Clarida regarding report to Appeals Court. | 0.20<br>250.00/hr | 50.00 |
| 6/7/2006 | TRN | Review letter draft from opposing counsel. | 0.10<br>250.00/hr | 25.00 |
| 6/30/2006 | TRN | Attention to appeal issues. Discuss appeal issues with Mr. Scott. Revise Notice. Letter to Court. | 1.40<br>250.00/hr | 350.00 |
| 7/28/2006 | TRN | E-mails with Mr. Reavis regarding Gragerman complaint. Review complaint. Notes regarding deficiencies. E-mail to Mr. Mollica. | 0.70<br>225.00/hr | 157.50 |
| 8/2/2006 | TRN | Review notice and docket order received from First Circuit. | 0.30<br>250.00/hr | 75.00 |
| | JRH | Attention to First Circuit notice. | 0.20<br>190.00/hr | 38.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/10/2006 | TRN | Work on appearance forms and docketing statement. | 0.70<br>250.00/hr | 175.00 |
| 8/11/2006 | TRN | Attention to required filings to First Circuit. E-mail with Mr. Mollica. Letter to counsel regarding CAMP conference. Attention to CAMP statement. | 2.00<br>250.00/hr | 500.00 |
| | JRH | Research on First Circuit filings and First Circuit local rules. | 0.40<br>190.00/hr | 76.00 |
| 8/15/2006 | TRN | Follow-up e-mail to all counsel. Meeting with Mr. Mollica regarding status and strategy. Work on CAMP statement. Draft letters to counsel regarding points of error and conference attendance as required by CAMP Order. Revise and edit answer and affirmative defenses. | 1.50<br>250.00/hr | 375.00 |
| 8/16/2006 | TRN | E-mail from opposing counsel regarding CAMP conferences. Confirm with Target counsel. Telephone call with Ms. Wallace at Appeals Court. Letter tro Ms. Wallace. Revise letter to counsel regarding points of error. Revise and edit CAMP statement. Telephone call with Ms. Bush. | 1.60<br>250.00/hr | 400.00 |
| 8/17/2006 | TRN | Finalize CAMP memorandum. Letter to settlement counsel. Review letter from counsel. | 1.50<br>250.00/hr | 375.00 |
| 8/22/2006 | TRN | Review notice from appeals court. | 0.30<br>250.00/hr | 75.00 |
| | JRH | Notice of default from First Circuit. Calls to First Circuit and Lucia Leyva regarding payment and procedure for vacating order. | 0.70<br>190.00/hr | 133.00 |
| 8/23/2006 | TRN | Review PACER entries. Draft letter to opposing counsel regarding payment of costs as ordered. E-mail to Mr. Scott. | 0.30<br>250.00/hr | 75.00 |
| | JRH | Draft motion to vacate default. Telephone call to Lucia Leyva and 1st Circuit regarding notice of default. Collect documents regarding payment to District Court. | 1.40<br>190.00/hr | 266.00 |

Mr. Chad R. Mollica

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/24/2006 | TRN | Revise and edit motion. E-mail to counsel. Finalize letter regarding costs payments. | 0.30<br>250.00/hr | 75.00 |
| | JRH | E-mail from Attorney Bush. Revise motion to vacate default. Compile exhibits for motion. File and serve same. | 1.20<br>190.00/hr | 228.00 |
| | | For professional services rendered | 14.80 | $3,448.50 |

Additional Charges :

| | | |
|---|---|---|
| 6/30/2006 | Filing fee for Notice of Appeal of denial of attorneys' fees. | 455.00 |
| 7/25/2006 | Postage | 1.95 |
| | Photocopies $0.15 per page | 4.20 |
| | Photocopies $0.15 per page | 0.15 |
| 8/22/2006 | Photocopies $0.15 per page | 6.00 |
| 8/31/2006 | Postage | 5.37 |
| | Total costs | $472.67 |
| | Total amount of this bill | $3,921.17 |
| | Previous balance | $1,818.32 |
| | Balance due | $5,739.49 |

NOEL & GYORGY LLP
50 SOUTH MAIN STREET • PROVIDENCE RHODE ISLAND 02903 • TELEPHONE 401-272-7400 • FAX 401-621-5688

Invoice submitted to:

Mr. Chad R. Mollica
Style Accessories, Inc.
3 Acorn Street
Providence RI 02903

October 12, 2006

In Reference To: Mag Jewelry Co., Inc. vs. Cherokee, Inc., Target Corporation d/b/a Target Stores and Style Accessories, Inc. United States Court of Appeals for the First Circuit / Case No.: 06-1556

Invoice # 1277

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/5/2006 | TRN | Review status of Circuit Court's Order. E-mail to counsel regarding payment of costs. | 0.30<br>250.00/hr | 75.00 |
| | JRH | Calls to Rhode Island and Circuit Courts regarding motion to remove default. Confer with Mr. Noel. | 0.70<br>190.00/hr | 133.00 |
| 9/8/2006 | TRN | Review scheduling orders received from Court. | 0.20<br>250.00/hr | 50.00 |
| | JRH | Attention to brief schedule. Attention to email to Attorney Tarro's office. To clerk's office regarding writ of execution. Research on writ of execution and bill of costs. | 0.70<br>190.00/hr | 133.00 |
| 9/13/2006 | TRN | Attention to writ. Telephone call with Ms. Mercurio. Edit affidavit. E-mail to counsel. | 0.40<br>250.00/hr | 100.00 |
| 9/26/2006 | TRN | Review statements of all parties. Review motion for fees and reply brief. To Court of Appeals. | 5.00<br>250.00/hr | 1,250.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/28/2006 | TRN | Review and edit objection to motion for stay. Telephone calls with Ms. Bush regarding same. | 0.50<br>250.00/hr | 125.00 |
| | JRH | Research and draft objection to motion to stay. Revise and review with Mr. Noel and Ms. Bush. Compile exhibit and file. | 1.40<br>190.00/hr | 266.00 |
| | | For professional services rendered | 9.20 | $2,132.00 |
| | | Additional Charges : | | |
| 9/20/2006 | | Service Fee: US Marshal's Office | | 49.45 |
| 9/27/2006 | | Postage | | 0.63 |
| | | Photocopies $0.15 per page | | 5.85 |
| 10/10/2006 | | Lexis electronic research | | 42.85 |
| | | Total costs | | $98.78 |
| | | Total amount of this bill | | $2,230.78 |
| | | Previous balance | | $5,739.49 |
| 9/29/2006 | | Payment - Thank You. Check No. 1528 | | ($3,921.17) |
| | | Total payments and adjustments | | ($3,921.17) |
| | | Balance due | | $4,049.10 |

# NOEL & GYORGY LLP

50 SOUTH MAIN STREET • PROVIDENCE RHODE ISLAND 02903 • TELEPHONE 401-272-7400 • FAX 401-621-5688

Invoice submitted to:

Mr. Chad R. Mollica
Style Accessories, Inc.
3 Acorn Street
Providence RI 02903

October 13, 2006

In Reference To: Mag Jewelry Co., Inc. v. Cherokee, Inc., Target Corporation d/b/a Target Stores and Style Accessories, Inc., C.A. No. 04-174T

Invoice # 1280

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/2/2006 | JRH | Hearing-motion for attorney's fees. | 2.00<br>190.00/hr | 380.00 |
| 6/5/2006 | JRH | Research reversal of Torres on attorney's fees. E-mail toTRN and Craig Scott. | 0.30<br>190.00/hr | 57.00 |
| 6/14/2006 | JRH | Call to Ryan Jackson regarding written order and bill of costs. E-mail to Attorney Noel and Craig regarding appeal period and rules of procedure. | 1.00<br>190.00/hr | 190.00 |
| 6/30/2006 | JRH | Research appeal procedure/times. Compile list of transcripts needed for appeal, draft notice of appeal. Reveiw same with Craig Scott. File same at Federal Court. | 2.50<br>190.00/hr | 475.00 |
| 7/14/2006 | JRH | Call to First Circuit to check on docketing of appeal and deadline for filing statement and docketing statement. Check docket for status of Mag's appeal. | 0.25<br>190.00/hr | 47.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/11/2006 | JRH | Style/Mag: Research procedure on objection/appeal of bill of costs and check with clerk's office and Marshall's service. Research local rules. Draft writ. Draft affidavit for Mr. Noel. Writ of execution. Compile exhibits. | 1.80<br>190.00/hr | 342.00 |
| 9/13/2006 | JRH | File writ of execution. File same with Marshall's Service. | 0.60<br>190.00/hr | 114.00 |
| 9/29/2006 | JRH | Review filing from Court regarding writ of execution. Call and message to Ryan Jackson regarding procedure. | 0.20<br>190.00/hr | 38.00 |
| | | For professional services rendered | 8.65 | $1,643.50 |

Additional Charges :

| | | |
|---|---|---|
| 6/8/2006 | Lexis online research | 404.81 |
| 6/15/2006 | Transcript Cost - Motions for Award of Attorneys' Fees Hearing on June 2, 2006 | 29.88 |
| 6/28/2006 | Acrued interest to June 28 payment. | 399.78 |
| 7/25/2006 | Acrued interest to July 25 payment. | 433.59 |
| 9/11/2006 | Lexis electronic research | 14.74 |
| 10/13/2006 | Acrued interest to October 13 invoice. | 1,164.59 |
| | Total costs | $2,447.39 |
| | Total amount of this bill | $4,090.89 |
| | Previous balance | $53,445.48 |
| 6/28/2006 | Payment - Thank You. Check No. 1242 | ($5,000.00) |
| 7/25/2006 | Partial payment - Thank You. Check No. 1315 | ($5,000.00) |
| | Total payments and adjustments | ($10,000.00) |

| | Amount |
|---|---|
| Balance due | $47,536.37 |

NOEL & GYORGY LLP
50 SOUTH MAIN STREET • PROVIDENCE RHODE ISLAND 02903 • TELEPHONE 401-272-7400 • FAX 401-621-5688

Invoice submitted to:

Mr. Chad R. Mollica
Style Accessories, Inc.
3 Acorn Street
Providence RI 02903

November 11, 2006

In Reference To: Mag Jewelry Co., Inc. vs. Cherokee, Inc., Target Corporation d/b/a Target Stores and Style Accessories, Inc. United States Court of Appeals for the First Circuit / Case No.: 06-1556

Invoice # 1306

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/2/2006 | TRN | Telephone call with Ms. Marotti regarding record on appeal. Notes regarding same. | 0.30<br>250.00/hr | 75.00 |
| 10/12/2006 | TRN | Review filings from Plaintiffs and Defendants regarding corporate disclosures. | 0.30<br>250.00/hr | 75.00 |
| | JRH | Research and review corporate disclosure statement. Draft, file and serve new statement. | 0.80<br>190.00/hr | 152.00 |
| 10/17/2006 | TRN | Review issues presented in Mag brief. | 0.40<br>250.00/hr | 100.00 |
| 10/20/2006 | JRH | Review Mag's brief. Breakdown of claims/review caselaw cited. Review rules for brief. Draft outline. | 3.00<br>190.00/hr | 570.00 |
| 10/23/2006 | JRH | Work on brief. Review trial transcripts/summary judgment motion and decision. | 3.00<br>190.00/hr | 570.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/24/2006 | JRH | Work on brief. Research access case/decision on merits/Rule 50 arguments made below. Attention to Order denying motion to stay. | 4.00<br>190.00/hr | 760.00 |
| 10/25/2006 | JRH | Work on brief. Draft access argument section. Call to constables regarding writ of attachment/execution. | 4.00<br>190.00/hr | 760.00 |
| 10/26/2006 | JRH | Work on brief - access argument. | 4.00<br>190.00/hr | 760.00 |
| 10/27/2006 | JRH | Work on brief- attorney's fees case/ decision on fees/ attorney's fees arguments made below. Call to Marshal's service and constable regarding writ of attachment. Call to clerk's office regarding same. | 4.00<br>190.00/hr | 760.00 |
| 10/30/2006 | JRH | Work on facts and jursidictional statement sections of brief. | 4.00<br>190.00/hr | 760.00 |
| 10/31/2006 | JRH | Work on brief. Research collateral estoppel/joinder/"license issues". | 4.00<br>190.00/hr | 760.00 |
| | | For professional services rendered | 31.80 | $6,102.00 |
| | | Additional Charges : | | |
| 10/26/2006 | | Postage | | 6.93 |
| | | Total costs | | $6.93 |
| | | Total amount of this bill | | $6,108.93 |
| | | Previous balance | | $4,049.10 |
| | | Balance due | | $10,158.03 |

# NOEL & GYORGY LLP

50 SOUTH MAIN STREET • PROVIDENCE RHODE ISLAND 02903 • TELEPHONE 401-272-7400 • FAX 401-621-5688

Invoice submitted to:

Mr. Chad R. Mollica
Style Accessories, Inc.
3 Acorn Street
Providence RI 02903

December 11, 2006

In Reference To: Mag Jewelry Co., Inc. v. Cherokee, Inc., Target Corporation d/b/a Target Stores and Style Accessories, Inc., C.A. No. 04-174T

Invoice # 1318

Professional Services

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/20/2006 | TRN | Review and revise motion for attachment against Mag and related issues. | 0.50<br>250.00/hr | 125.00 |
| | JRH | Motion to Attach - Telephone call with City of Cranston and US District Court clerks office; compile exhibits, draft and file Motion to Attach. | 2.50<br>250.00/hr | 625.00 |
| 11/22/2006 | JRH | Motion to Attach sent to attorney Robert Clarida. | 0.30<br>250.00/hr | 75.00 |
| | | For professional services rendered | 3.30 | $825.00 |
| | | Previous balance | | $47,536.37 |
| | | Balance due | | $48,361.37 |

NOEL & GYORGY LLP

50 SOUTH MAIN STREET • PROVIDENCE RHODE ISLAND 02903 • TELEPHONE 401-272-7400 • FAX 401-621-5688

Invoice submitted to:

Mr. Chad R. Mollica
Style Accessories, Inc.
3 Acorn Street
Providence RI 02903

December 12, 2006

In Reference To: Mag Jewelry Co., Inc. vs. Cherokee, Inc., Target Corporation d/b/a Target Stores and Style Accessories, Inc. United States Court of Appeals for the First Circuit / Case No.: 06-1556

Invoice # 1319

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/2/2006 | TRN | Work on appeal issues. | 3.00<br>250.00/hr | 750.00 |
| 11/3/2006 | TRN | Review record documents and testimony for appeal. Notes regarding same. | 3.00<br>250.00/hr | 750.00 |
| 11/6/2006 | TRN | Work on appeal issues and brief. | 4.00<br>250.00/hr | 1,000.00 |
| | JRH | Fact review for brief; preliminary appendix compiled, numbered, and scanned - forwarded to Christine Bush for review; Telephone call w/ Christine Bush. | 3.00<br>190.00/hr | 570.00 |
| 11/7/2006 | TRN | Work on appeal issues and brief. | 4.00<br>250.00/hr | 1,000.00 |
| 11/8/2006 | TRN | Work on appeal brief. | 2.60<br>250.00/hr | 650.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/9/2006 | TRN | Work on appeal brief. | 3.00<br>250.00/hr | 750.00 |
| | JRH | Work on draft of brief. | 4.00<br>190.00/hr | 760.00 |
| 11/10/2006 | TRN | Work on appeal issues and brief. Telephone calls and email with Target counsel regarding issues and appendix. | 4.50<br>250.00/hr | 1,125.00 |
| 11/13/2006 | TRN | Review and revisions to appeal brief. | 4.00<br>250.00/hr | 1,000.00 |
| | JRH | Edit brief, fact citations, review Target's brief for consistency - Telephone call with Christine Bush regarding consistency of arguments. | 4.00<br>190.00/hr | 760.00 |
| 11/14/2006 | TRN | Review and revision of appeal brief. | 5.00<br>250.00/hr | 1,250.00 |
| | JRH | Finalize appendix, correct appendix citations, edit brief, review new draft of Target's brief for consistency. | 4.50<br>190.00/hr | 855.00 |
| 11/15/2006 | TRN | Review and finalize all aspects of appellate brief and appendix. Attention to filing and service requirements and issues. | 7.00<br>250.00/hr | 1,750.00 |
| | JRH | Finalize appeal and appendix, prepare brief for filing/conform with filing requirements | 5.00<br>190.00/hr | 950.00 |
| 11/29/2006 | TRN | Telephone call with Appeals Court clerk regarding supplemental appendix. Email to Target counsel regarding same. Review and revise motion regarding supplemental appendix. Further email to Target counsel forwarding motion draft. | 0.70<br>250.00/hr | 175.00 |
| | JRH | Call to case manager at First Circuit regarding supplemental appendix. Draft motion to file supplemental appendix | 0.80<br>190.00/hr | 152.00 |
| | | For professional services rendered | 62.10 | $14,247.00 |

Mr. Chad R. Mollica 

Additional Charges :

| | | Amount |
|---|---|---|
| 11/15/2006 | USPS Overnight delivery of Brief and Appendix to First Circuit. | 60.95 |
| | Ikon Document Services Invoices PRV06110139 & PRV06110145 - Appellate Brief and Appendix copies, page numbering, and binding. | 454.26 |
| 11/27/2006 | Courier delivery of Brief and Appendix to counsel. | 32.38 |
| 11/30/2006 | Lexis electronic research regarding cases cited by plaintiff. | 194.63 |
| | Total costs | $742.22 |
| | Total amount of this bill | $14,989.22 |
| | Previous balance | $10,158.03 |
| | Balance due | $25,147.25 |

NOEL & GYORGY LLP

50 SOUTH MAIN STREET • PROVIDENCE RHODE ISLAND 02903 • TELEPHONE 401-272-7400 • FAX 401-621-5688

Invoice submitted to:

Mr. Chad R. Mollica
Style Accessories, Inc.
3 Acorn Street
Providence RI 02903

January 31, 2007

In Reference To: Mag Jewelry Co., Inc. v. Cherokee, Inc., Target Corporation d/b/a Target Stores and Style Accessories, Inc., C.A. No. 04-174T

Invoice # 1346

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/5/2006 | TRN | Review objection to Motion for Attachment, Motion for Stay and memo. | 0.30<br>250.00/hr | 75.00 |
| | JRH | Attention to Mag filings - Motion to stay and obj to Motion to Attach - confer w/ TRN | 0.60<br>190.00/hr | 114.00 |
| 12/21/2006 | TRN | Revisions and edits to objection to motion for stay and review file documents regarding same. | 1.50<br>250.00/hr | 375.00 |
| 12/22/2006 | JRH | Draft and revise Objection to Motion for Stay; compile exhibits; file; telephone conference with Ryan Jackson regarding hearing on Motion for Stay. | 1.70<br>190.00/hr | 323.00 |
| | | For professional services rendered | 4.10 | $887.00 |

Additional Charges :

| | | |
|---|---|---|
| 11/22/2006 | Postage | 1.11 |
| 12/1/2006 | Postage | 2.82 |

| | | Amount |
|---|---|---|
| 12/22/2006 | Postage | 3.66 |
| 12/28/2006 | Postage | 0.78 |
| 1/3/2007 | Postage | 3.33 |
| | Total costs | $11.70 |
| | Total amount of this bill | $898.70 |
| | Previous balance | $48,361.37 |
| 7/5/2006 | Partial payment received on July 5, 2006. Check No. 1254 | ($5,000.00) |
| 1/16/2007 | Adjustment to remove interest entries from invoices. Interest due now detailed on Spreadsheet | ($3,631.14) |
| | Total payments and adjustments | ($8,631.14) |
| | Balance due | $40,628.93 |

NOEL & GYORGY LLP

50 SOUTH MAIN STREET • PROVIDENCE RHODE ISLAND 02903 • TELEPHONE 401-272-7400 • FAX 401-621-5688

Invoice submitted to:

Mr. Chad R. Mollica
Style Accessories, Inc.
3 Acorn Street
Providence RI 02903

January 31, 2007

In Reference To: Mag Jewelry Co., Inc. vs. Cherokee, Inc., Target Corporation d/b/a Target Stores and Style Accessories, Inc. United States Court of Appeals for the First Circuit / Case No.: 06-1556

Invoice # 1347

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/1/2006 | JRH | Revise, circulate and confer with Mr. Noel and Chris Bush, and file/serve Motion to File Supplemental Appendix. Telephone calls to first circuit. | 0.20<br>190.00/hr | 38.00 |
| 12/19/2006 | JRH | Attention to Oral Argument notice from court. | 0.10<br>190.00/hr | 19.00 |
| 12/27/2006 | TRN | Work on final Reply memo. | 2.30<br>250.00/hr | 575.00 |
| | JRH | Telephone conference with Chris Bush regarding issues raised in Mag's Reply Brief; research record and correspondence regarding Mag's failure to produce documents. | 1.50<br>190.00/hr | 285.00 |
| 12/28/2006 | TRN | Review second Mag brief and notes regarding same. Work on Reply. Review Orders from Appeals Court. Letter to Mr. Mollica. | 1.80<br>250.00/hr | 450.00 |
| 12/29/2006 | TRN | Work on Reply Brief and issues including rules regarding reference to Mag v. Gregerman suit. | 4.00<br>250.00/hr | 1,000.00 |

Mr. Chad R. Mollica



| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/29/2006 | JRH | Review Mag's Reply Brief; research status of Mag v. Gregerman litigation; confer with Tom Noel; correspondence to Craig Scott and Chris Bush; attention to Style Reply brief. | 2.00<br>190.00/hr | 380.00 |
| | For professional services rendered | | 11.90 | $2,747.00 |
| | Additional Charges : | | | |
| 1/2/2007 | Copying and binding costs at Ikon Office Solutions. | | | 61.10 |
| | Postage | | | 7.07 |
| | Total costs | | | $68.17 |
| | Total amount of this bill | | | $2,815.17 |
| | Previous balance | | | $25,147.25 |
| | Balance due | | | $27,962.42 |

NOEL & GYORGY LLP

50 SOUTH MAIN STREET • PROVIDENCE RHODE ISLAND 02903 • TELEPHONE 401-272-7400 • FAX 401-621-5688

Invoice submitted to:

Mr. Chad R. Mollica
Style Accessories, Inc.
3 Acorn Street
Providence RI 02903

February 22, 2007

In Reference To: Mag Jewelry Co., Inc. v. Cherokee, Inc., Target Corporation d/b/a Target Stores and Style Accessories, Inc., C.A. No. 04-174T

Invoice # 1357

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/8/2007 | JRH | Attention to court notices for Motion to Attach and Motion to Stay in District Court. | 0.20<br>190.00/hr | 38.00 |
| 2/15/2007 | TRN | Hearing before Judge Torres on motion for stay regarding payment of costs and motion for attachment to secure payment. | 2.20<br>250.00/hr | 550.00 |
| 2/20/2007 | TRN | Emails from opposing counsel and review draft order regarding costs. Review with Ms. Bush. Emails to all counsel and emails to opposing counsel's office regarding non-receipt of draft. Revisions to proposed order. Further telephone calls from opposing counsel regarding terms. | 1.50<br>250.00/hr | 375.00 |
| 2/21/2007 | TRN | Review followup email and document from opposing counsel. Review order as delivered to the Court. | 0.20<br>250.00/hr | 50.00 |
| | | For professional services rendered | 4.10 | $1,013.00 |

Additional Charges :

| | | Amount |
|---|---|---|
| 1/31/2007 | Postage | 1.26 |
| | Total costs | $1.26 |
| | Total amount of this bill | $1,014.26 |
| | Previous balance | $40,628.93 |
| | Balance due | $41,643.19 |

NOEL & GYORGY LLP

50 SOUTH MAIN STREET • PROVIDENCE RHODE ISLAND 02903 • TELEPHONE 401-272-7400 • FAX 401-621-5688

Invoice submitted to:

Mr. Chad R. Mollica
Style Accessories, Inc.
3 Acorn Street
Providence RI 02903

February 22, 2007

In Reference To: Mag Jewelry Co., Inc. vs. Cherokee, Inc., Target Corporation d/b/a Target Stores and Style Accessories, Inc.
United States Court of Appeals for the First Circuit / Case No.: 06-1556

Invoice # 1358

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/2/2007 | JRH | Confer w/ Chris Bush regarding reply brief issues; review Target draft brief for consistency; finalize reply brief; file and serve. | 0.50<br>190.00/hr | 95.00 |
| | TRN | Revisions and edits to Reply Brief. Review brief of Target and co-defendants. Attention to WordPerfect conversion, letter to Court and other filing requirements. Attention to service. | 4.50<br>250.00/hr | 1,125.00 |
| 1/12/2007 | JRH | Call to first circuit regarding filing attorney designation form; complete and file form. | 1.00<br>190.00/hr | 190.00 |
| 2/1/2007 | JRH | Review all briefs filed; prepare Mr. Noel with arguments. | 2.50<br>190.00/hr | 475.00 |
| | TRN | Prepare for First Circuit argument. Conference with Mr. Scott. Email to and from Circuit Court clerk regarding argument time allocation. | 2.00<br>250.00/hr | 500.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/2/2007 | JRH | Review cases from Target counsel; discuss cases with Tom Noel. | 5.00<br>190.00/hr | 950.00 |
| | TRN | Review cases cited by the parties regarding issues on appeal. | 6.50<br>250.00/hr | 1,625.00 |
| 2/5/2007 | TRN | Review cases cited by parties regarding issues on appeal and briefs from all parties. Prepare outline of argument and list of topics. | 5.00<br>250.00/hr | 1,250.00 |
| 2/6/2007 | JRH | First Circuit for arguments; prepare with Target's counsel; confer with Tom Noel and Target counsel after arguments. | 5.00<br>190.00/hr | 950.00 |
| | TRN | To First Circuit Court of Appeals for hearing. Debrief with counsel. | 5.00<br>250.00/hr | 1,250.00 |
| | | For professional services rendered | 37.00 | $8,410.00 |

Additional Charges :

| | | |
|---|---|---|
| 1/12/2007 | Postage | 1.56 |
| 2/6/2007 | Standard rate mileage - 80 miles round trip to First Circuit Court of Appeals. | 38.80 |
| | Parking. | 9.00 |
| | Total costs | $49.36 |
| | Total amount of this bill | $8,459.36 |
| | Previous balance | $27,962.42 |
| | Balance due | $36,421.78 |