UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAG JEWELRY CO., INC.<br>Plaintiff,<br><br>vs.<br><br>CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION d/b/a TARGET STORES and STYLE ACCESSORIES, INC.<br>Defendants. | : | C.A. No. 04-174 T |

**SUPPLEMENTAL AFFIDAVIT OF CRAIG M. SCOTT IN SUPPORT OF DEFENDANTS CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION'S MOTION FOR AWARD OF ATTORNEYS' FEES INCURRED DURING POST-TRIAL AND APPELLATE PROCEEDINGS**

CRAIG M. SCOTT, pursuant to 28 U.S.C. § 1746 and LR Cv 54.1, declares as follows:

1. I am a member of the firm of Duffy, Sweeney & Scott, LTD, One Turks Head Place, Suite 1200, Providence, Rhode Island 02903, and am admitted to practice before this Court. I offer this Supplemental Affidavit[1] in support of Defendants Cherokee, Inc., Robert Margolis and Target Corporation's Motion for Award of Attorneys' Fees. It encompasses the post-trial and appellate proceedings in this case between March 10, 2006 and September 6, 2007. I have been practicing intellectual property law for over 15 years.

2. Attorney Christine Bush, also a member of the Firm, and I worked collaboratively on this case throughout the post-trial and appellate proceedings. We co-wrote post-trial memoranda and appellate filings and briefs. Each of us was involved in the present case from its inception through the present.

[1] This Affidavit supplements my Affidavit of April 6, 2006 that encompassed the period of February 14, 2002 to March 9, 2006.

3. Attached hereto as Exhibit A are itemized statements of all time expended by each Duffy, Sweeney & Scott, LTD. professional, together with a brief description of the services performed during each period of time itemized. Select descriptions of services have been redacted on the basis of privilege.

4. The services reflected in Exhibit A were reasonably necessary and include services required to (a) prepare memoranda and participate in post-trial proceedings, (b) prepare First Circuit filings and briefs, (c) participate in the First Circuit settlement conference, and (d) prepare for and argue the appeal before the First Circuit.

5. As part of the attorneys' fee award, Defendants have also sought $1,141.02 in non-taxable costs for disbursements Defendants made for (1) Federal Express ($187.23); (2) on-line research ($874.14); (3) courier fees ($21.45); and (4) travel costs for the oral argument in Boston, Massachusetts ($58.20). The charges in question were incurred in connection with this case and charges of this nature are not included in firm overhead, but rather are customarily billed to clients at cost.

6. Duffy, Sweeney & Scott, LTD charged Defendants the following hourly rates, which were customarily charged by counsel in like cases:

- 2006 Craig M. Scott, Partner ($345); Christine Bush, Partner ($310); Kurt W. Hague, Associate ($285); Rachelle Green, Associate ($285); Crystal Dartt, Paralegal ($140); Michelle Lyman, Paralegal ($125).
- 2007 Craig M. Scott, Partner ($365); Christine Bush, Partner ($325); Rachelle Green, Associate ($295); Byron McMasters, Associate ($235); Crystal Dartt, Paralegal (155).

7. The firm charged Target, Cherokee and Robert Margolis for the actual hours worked multiplied by the applicable rate.

8. Attached as Exhibit B are select pages from the Report of the Economic Survey 2007 prepared by the American Intellectual Property Law Association. This comprehensive survey provides regional and national data from law firms about intellectual property fees and costs, such as billing rates and total costs to litigate copyright infringement actions by location.

9. For example, the mean billing rate in 2006 for an intellectual property litigator with 15 years of experience was $407.00. (The mean billing rate for the Boston area is $512.00 and for the New York City area is $453.[2]) With respect to total costs of litigating a copyright case with less than $1 million at risk, the mean figure for the Boston area is $520,000, and the range from all respondents is from $213,000 to $925,000.

10. Attached as Exhibit C is a summary of fees and costs by invoice from March 10, 2006 to September 6, 2007.

11. Attached as Exhibit D is a summary of all fees and costs charged to the Target defendants from case inception through September 6, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Providence, Rhode Island on October 12, 2007.

Craig M. Scott

[2] Mag's counsel, Robert Clarida, is based in Manhattan.

**CERTIFICATION**

I hereby certify that the foregoing *SUPPLEMENTAL AFFIDAVIT OF CRAIG M. SCOTT IN SUPPORT OF DEFENDANTS CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION'S MOTION FOR AWARD OF ATTORNEYS' FEES INCURRED DURING POST-TRIAL AND APPELLATE PROCEEDINGS* was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorneys receive service by electronic means on this 12th day of October, 2007.

Thomas A. Tarro, III, Esq.
Kris R. Macaruso Marotti, Esq.
The Law Firm of Thomas A. Tarro III, Esq.
The Summit East, Suite 330
300 Centerville Road
Warwick, RI 02886

Matthew T. Oliverio
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

Thomas R. Noel, Esq.
Noel & Gyorgy, LLP
50 South Main Street
Providence, RI 02903

I following attorney of record received the foregoing via first class mail, post prepaid:

Robert W. Clarida, Esq.
Cowan, Liebowitz & Latman, P.C.
1133 Avenue of the Americas
New York, NY 10036

/s/ Craig M. Scott

Target Corporaton.MAG\Style Fashion Jewelry - Mag\Pleadings\Affidavit Support Motion for Award of Fees (Suppl) 10-10-07.doc

# EXHIBIT A

**Duffy Sweeney & Scott, LTD**
**One Turks Head Place, Suite 1200**
**Providence, RI 02903**
**Tax ID: 05-0508731**
**Tel 401-455-0700**
**Fax 401-455-0701**

Page: 1
April 30, 2006
Account No: 100102-0000M
Statement No: 11095

Target Corporation
Attn: Michael Wahlig, Esq.
Deputy General Counsel
1000 Nicollet Mall
Minneapolis MN 55403-2467

Mag Jewelry Litigation
Control No. 2002-000422
Attorney-In-Charge: Jayne Trudell, Esq.

For Professional Services

Target Corporation

April 30, 2006
Account No: 100102-0000M
Statement No: 11095

Mag Jewelry Litigation
Control No. 2002-000422
Attorney-In-Charge: Jayne Trudell, Esq.

Target Corporation

Account No: 100102-0000M
Statement No: 11095

Mag Jewelry Litigation
Control No. 2002-000422
Attorney-In-Charge: Jayne Trudell, Esq.

| | | | Hours |
|---|---|---|---|
| 03/10/2006 | CMS | Telephone call from T. Noel regarding Motions for attorney fees and bill of costs; research regarding same. | 0.70 |
| 03/13/2006 | CKB | Review First Circuit case law regarding fee awards per 17 U.S.C. 505; begin preparation of Motion for Award of Costs and Attorney Fees; prepare memorandum of Law; prepare supporting affidavits. | 4.00 |
| | CMS | Correspondence to local R.I. counsel regarding affidavit in support of fee petition per local rule; office conference with C. Bush regarding Motion for Award of Costs. | 0.70 |
| 03/14/2006 | CJD | Review billing with attention to preparation of bill of costs. | 0.80 |
| | CMS | Review Court's written Order regarding Motions in Limine. | 0.20 |
| 03/15/2006 | CKB | Telephone conference with Style counsel regarding fee application, transcript to support same. | 0.30 |
| | CJD | Continue review of billing and file; assemble invoices in support of bill of costs; draft bill of costs. | 3.10 |
| 03/16/2006 | CJD | Revise Bill of Costs; prepare Declaration. | 1.20 |
| 03/20/2006 | CKB | Telephone conference with J. Harrington regarding fee application; review transcript, correspondence. | 1.00 |
| | CMS | Telephone calls from T. Noel regarding bill of costs and Motion for Attorneys' fees; review transcript of Rule 50 Judgment. | 1.00 |
| 03/22/2006 | CKB | Prepare Affidavit of William R. Grimm in Support of Fee Application; revise Memorandum of Law in Support of Fee Application; telephone conference with T. Noel regarding bill of costs; review Order regarding Rule 50 motion. | 2.70 |
| 03/23/2006 | CKB | Review Judgment; telephone conference with T. Noel regarding fee application. | 0.40 |
| 03/27/2006 | CMS | Revise attorney's affidavit. | 0.30 |
| 03/29/2006 | CJD | Review billing history, calculate and summarize attorneys' fees; edit bill of costs; discussion with C. Bush regarding same; review supporting documents. | 4.50 |
| | CMS | Attention to attorneys fees Motion; telephone call from Style's counsel regarding same. | 0.80 |
| 03/30/2006 | CJD | Revise attorneys' fees calculations; redact legal bills to be filed | |

Target Corporation

Mag Jewelry Litigation
Control No. 2002-000422
Attorney-In-Charge: Jayne Trudell, Esq.

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | in support of motion for award of costs. | 1.20 |
| | CKB | Review Notice of Appeal; correspondence with Style counsel; review cost of appeal. | 0.50 |
| | CMS | Telephone call from T. Noel regarding Notice of Appeal. | 0.50 |
| 03/31/2006 | CKB | Continue preparation of Memorandum in Support of Fee Application. | 0.50 |
| 04/01/2006 | CKB | Continue preparation of fee application. | 1.50 |
| 04/03/2006 | CKB | Finalize draft Memorandum in Support of Motion for Fees; revise Affidavit of C. Scott regarding fees; telephone conference with T. Noel regarding Rule 59(c) Motion. | 3.50 |
| | CMS | Review and revise attorneys fee petition; review bill of costs. | 1.00 |
| 04/04/2006 | CKB | Continue preparation of fee application; multiple correspondence with Style counsel regarding applicable rules and research same; prepare Rule 58 Motion and Memorandum of Law; revise Memorandum in Support of Fee Application; correspond with W. Grimm regarding Affidavit. | 6.00 |
| | CJD | Revise attorneys' fees and bill of costs. | 0.60 |
| | CMS | Revisions to Motion for Attorneys fees; office conference with C. Bush and telephone call from T. Noel regarding same. | 0.80 |
| 04/05/2006 | CKB | Revise Memorandum in Support of Fee Application; forward to J. Trudell for approval; revise exhibits. | 0.70 |
| | CMS | Revisions to motion for award of attorneys fees. | 1.00 |
| 04/06/2006 | CKB | Finalize Motions requesting Fees and Costs and Memoranda of Law in Support; finalize Rule 58 Motion and Memorandum of Law in Support; assemble pleadings and file same. | 1.50 |
| 04/11/2006 | CMS | Prepare First Circuit Entry of Appearance. | 0.20 |
| 04/13/2006 | CKB | Review correspondence regarding request from plaintiff's counsel for extension to objection to request for fees; discussion with T. Noel. | 0.30 |
| 04/14/2006 | CKB | Telephone conference with T. Noel regarding plaintiff's request for extension. | 0.30 |
| 04/17/2006 | CMS | Review Motion for Enlargement of Time. | 0.40 |

Target Corporation

April 30, 2006
Account No: 100102-0000M
Statement No: 11095

Mag Jewelry Litigation
Control No. 2002-000422
Attorney-In-Charge: Jayne Trudell, Esq.

| | | | Hours |
|---|---|---|---|
| | CKB | Review Motion to Extend time to Oppose Defendants' Fee Applications; discuss defense. | 0.30 |
| 04/24/2006 | CMS | Telephone call from Styles' counsel. | 0.30 |
| 04/27/2006 | CMS | Telephone call to settlement counsel's office regarding mandatory settlement conference; draft letter to counsel regarding same. | 0.50 |
| 04/28/2006 | CMS | Telephone call from opposing counsel. | 0.30 |
| | | For Current Services Rendered | |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Craig M. Scott | 77.70 | $345.00 | $26,806.50 |
| Christine K. Bush | 83.50 | 310.00 | 25,885.00 |
| Crystal J. Dartt | 20.50 | 140.00 | 2,870.00 |

Expenses

| | |
|---|---|
| Long distance telephone charges | 1.71 |
| Photocopy charges | 306.00 |
| Postage | 43.39 |
| Facsimile costs | 99.00 |
| Meals & entertainment expense | 67.82 |
| Federal Express Charges | 113.15 |
| Outside copying services | 175.04 |
| On-line Research Service | 153.17 |
| Transcription fees | 339.47 |
| Deposition fees | 135.29 |
| Total Expenses Thru 04/30/2006 | 1,434.04 |

Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
Tax ID: 05-0508731
Tel 401-455-0700
Fax 401-455-0701

Page: 1
June 26, 2006
Account No: 100102-0000M
Statement No: 11678

Target Corporation
Attn: Michael Wahlig, Esq.
Deputy General Counsel
1000 Nicollet Mall
Minneapolis MN 55403-2467

Mag Jewelry Litigation
Control No. 2002-000422
Attorney-In-Charge: Jayne Trudell, Esq.

For Professional Services

| | | | Hours |
|---|---|---|---|
| 05/01/2006 | CKB | Prepare First Circuit Settlement Memorandum; telephone conference with Style's counsel regarding same. | 1.10 |
| | CMS | Draft Mediation Statement for First Circuit. | 0.20 |
| 05/02/2006 | CKB | Revise Settlement Conference Memorandum; prepare correspondence to settlement counsel regarding participation by phone; correspond with J. Trudell regarding availability; review Order granting defendants' Rule 58 Motion. | 1.00 |
| | CMS | Review Order granting Motion to Defer. | 0.30 |
| 05/03/2006 | CMS | Draft letter to Justice Lynch; review First Circuit Scheduling Order. | 0.60 |
| 05/04/2006 | CKB | Review Objection to Fee Application and Cost Application. | 0.80 |
| | CMS | Review correspondence from opposing counsel; draft letter to F. Grant; telephone call to Judge Torres' clerk. | 0.90 |
| 05/05/2006 | CKB | Begin preparation of Reply Memorandum in Support of Fee Application. | 0.70 |
| | CMS | Review opposition memorandum to attorneys fees and costs; review letter to Court regarding hearing on same. | 1.30 |
| 05/09/2006 | CKB | Continue preparation and research for Reply in Support of Attorneys' Fee Award. | 1.10 |
| 05/10/2006 | CKB | Prepare Corporate Disclosure Statement for Cherokee and Target for First Circuit. | 0.40 |

Target Corporation

June 26, 2006
Account No: 100102-0000M
Statement No: 11678

Mag Jewelry Litigation
Control No. 2002-000422
Attorney-In-Charge: Jayne Trudell, Esq.

| Date | | Description | Hours | |
|---|---|---|---|---|
| 05/15/2006 | CKB | Prepare Reply Memorandum in Support of Costs; research regarding same; review transcript for Reply in Support of Fees; continue preparation of Reply in Support of Fee Application. | 2.50 | |
| | CJD | Attention to Bill of Costs issue. | 0.80 | |
| 05/17/2006 | CKB | Finalize Reply Memorandum in Support of Motion for Award of Costs; telephone conference with T. Noel regarding same; continue preparation of Reply in Support of Award of Fees. | 3.00 | |
| 05/18/2006 | CKB | Finalize Reply Memorandum in Support of Motion for Award of Fees; research case law cited by plaintiff in Opposition Memorandum. | 4.00 | |
| | CMS | Review and revise cost reply memorandum. | 0.50 | |
| 05/19/2006 | CMS | Review Reply Memo in support of fees; revise same. | 0.70 | |
| 05/22/2006 | CKB | Finalize and file Reply Memorandum in Support of Motion for Award of Fees and Motion for Award of Costs; assemble exhibits for same. | 1.30 | |
| | CMS | Finalize Reply Memoranda in Support of Fees and Costs. | 1.00 | |
| 05/23/2006 | CKB | Review Reply Memoranda filed by Style; telephone conference with Style counsel regarding same; forward Memoranda to clients with correspondence regarding same. | 0.60 | |
| | CMS | Review Style's Reply Memo to Motion for Fees and Costs. | 0.50 | |
| | | For Current Services Rendered | 23.30 | 7,297.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Craig M. Scott | 6.00 | $345.00 | $2,070.00 |
| Christine K. Bush | 16.50 | 310.00 | 5,115.00 |
| Crystal J. Dartt | 0.80 | 140.00 | 112.00 |

Expenses

| | |
|---|---|
| Long distance telephone charges | 0.34 |
| Photocopy charges | 98.00 |
| Postage | 4.68 |
| Meals & entertainment expense | 61.57 |
| Courier fee: | 15.45 |
| On-line Research Service | 47.52 |
| Total Expenses Thru 05/31/2006 | 227.56 |

**Duffy Sweeney & Scott, LTD**
**One Turks Head Place, Suite 1200**
**Providence, RI 02903**
**Tax ID: 05-0508731**
**Tel 401-455-0700**
**Fax 401-455-0701**

Page: 1
July 28, 2006
Account No: 100102-0000M
Statement No: 11995

Target Corporation
Attn: Michael Wahlig, Esq.
Deputy General Counsel
1000 Nicollet Mall
Minneapolis MN 55403-2467

Mag Jewelry Litigation
Control No. 2002-000422
Attorney-In-Charge: Jayne Trudell, Esq.

For Professional Services

| | | | Hours | |
|---|---|---|---|---|
| 06/01/2006 | CJD | Assist with preparation for hearing on motions for attorneys' fees and costs. | 2.00 | |
| | CMS | Prepare for hearing on Bill of Costs and attorneys' fees; telephone calls from T. Noel regarding same. | 4.00 | |
| 06/02/2006 | CKB | Attend hearing on defendants' Motion for Award of Fees; discuss with C. Scott. | 1.10 | |
| | CMS | Prepare for and argue Motion for Attorneys' Fees at Federal Court. | 3.00 | |
| 06/05/2006 | CMS | Attention to letter to First Circuit and Bill of Costs; telephone call from T. Noel regarding Style issues. | 0.50 | |
| 06/15/2006 | CMS | Correspondence with client and Style's counsel regarding fees Order and appellate issues; attention to appeal period. | 0.60 | |
| 06/19/2006 | CKB | Telephone conference with B. Mitchell regarding taxation of costs; review Order regarding attorney's fees. | 0.30 | |
| 06/20/2006 | CKB | Telephone conference with B. Mitchell regarding Motion for Award of Costs. | 0.30 | |
| 06/30/2006 | CMS | Telephone call with J. Trudell regarding authorization to appeal demand of fees; attention to appeal date; coordinate with Style's counsel; review Notice of Appeal; review transcript of hearing. | 1.50 | |
| | KWH | Office conference with C. Scott regarding timing of appeal; research same and report findings to C. Scott. | 0.40 | |
| | | For Current Services Rendered | 13.70 | 4,233.00 |

Target Corporation

July 28, 2006
Account No: 100102-0000M
Statement No: 11995

Mag Jewelry Litigation
Control No. 2002-000422
Attorney-In-Charge: Jayne Trudell, Esq.

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Craig M. Scott | 9.60 | $345.00 | $3,312.00 |
| Christine K. Bush | 1.70 | 310.00 | 527.00 |
| Crystal J. Dartt | 2.00 | 140.00 | 280.00 |
| Kurt W. Hague | 0.40 | 285.00 | 114.00 |

Expenses

| | |
|---|---|
| Outside copying services | 110.91 |
| On-line Research Service- | 77.52 |
| Transcription fees | |
| Total Expenses Thru 06/30/2006 | 188.43 |

| | | |
|---|---|---|
| | Previous Balance | $9,312.13 |

Payments

| | | |
|---|---|---|
| 07/24/2006 | Payment - Check #6464670 | -7,524.56 |
| | Balance Due | $6,209.00 |

*PLEASE INCLUDE ACCOUNT NUMBER WITH ALL REMITTANCES*

**Duffy Sweeney & Scott, LTD**
**One Turks Head Place, Suite 1200**
**Providence, RI 02903**
**Tax ID: 05-0508731**
**Tel 401-455-0700**
**Fax 401-455-0701**

Page: 1
August 31, 2006
Account No: 100102-0000M
Invoice No: 12456

Target Corporation
Attn: Michael Wahlig, Esq.
Deputy General Counsel
1000 Nicollet Mall
Minneapolis MN 55403-2467

Mag Jewelry Litigation
Control No. 2002-000422
Attorney-In-Charge: Jayne Trudell, Esq.

For Professional Services

| | | | Hours | |
|---|---|---|---|---|
| 07/17/2006 | CMS | Attention to docketing of appeal of bill of attorneys' fees; telephone call from T. Noel; review Bill of Costs (Style) | 0.50 | |
| | | For Current Services Rendered | 0.50 | 172.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Craig M. Scott | 0.50 | $345.00 | $172.50 |

| | | |
|---|---|---|
| | Previous Balance | $6,209.00 |

Payments

| | | |
|---|---|---|
| 08/25/2006 | Payment - Check #0011727516 | -4,421.43 |
| | Balance Due | $1,960.07 |

*PLEASE INCLUDE ACCOUNT NUMBER WITH ALL REMITTANCES*

**Duffy Sweeney & Scott, LTD**
**One Turks Head Place, Suite 1200**
**Providence, RI 02903**
**Tax ID: 05-0508731**
**Tel 401-455-0700**
**Fax 401-455-0701**

Page: 1
September 30, 2006
Account No: 100102-0000M
Invoice No: 12839

Target Corporation
Attn: Michael Wahlig, Esq.
Deputy General Counsel
1000 Nicollet Mall
Minneapolis MN 55403-2467

Mag Jewelry Litigation
Control No. 2002-000422
Attorney-In-Charge: Jayne Trudell, Esq.

For Professional Services

| Date | | Description | Hours | |
|---|---|---|---|---|
| 08/09/2006 | CKB | Prepare appearance form for Appeal. | 0.20 | |
| 08/11/2006 | CMS | Attention to First Circuit appearance forms and docketing statements. | 0.40 | |
| 08/15/2006 | CKB | Discussion with Style counsel regarding C.A.M.P. meeting. | 0.20 | |
| 08/16/2006 | CKB | Telephone conference with settlement counsel regarding settlement conference; telephone conference with J. Trudell and R. Riopelle regarding settlement conference; prepare settlement conference statement; discuss with T. Noel. | 1.50 | |
| | CMS | Correspondence from and telephone call to T. Noel regarding settlement conference. | 0.40 | |
| 08/17/2006 | CMS | Review and revise settlement conference statement. | 0.40 | |
| | CKB | Prepare correspondence to settlement counsel. | 0.30 | |
| 08/24/2006 | CKB | Review and revise Motion to Vacate Default; discuss with T. Noel; prepare correspondence to Mag counsel regarding payment of costs. | 0.80 | |
| | | For Current Services Rendered | 4.20 | 1,344.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Craig M. Scott | 1.20 | $345.00 | $414.00 |
| Christine K. Bush | 3.00 | 310.00 | 930.00 |

Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
Tax ID: 05-0508731
Tel 401-455-0700
Fax 401-455-0701

Page: 1
October 31, 2006
Account No: 100102-0000M
Invoice No: 13178

Target Corporation
Attn: Michael Wahlig, Esq.
Deputy General Counsel
1000 Nicollet Mall
Minneapolis MN 55403-2467

Mag Jewelry Litigation
Control No. 2002-000422
Attorney-In-Charge: Jayne Trudell, Esq.

For Professional Services

| | | | Hours | |
|---|---|---|---|---|
| 09/08/2006 | CMS | Attention to supplemental proceedings regarding bill of costs; legal research regarding same. | 1.00 | |
| 09/19/2006 | CMS | Review Mag's Motion to Stay Execution of Costs Awarded Defendants. | 0.60 | |
| 09/20/2006 | CMS | Attention to CAMP Settlement Conference and execution regarding Bill of Costs. | 0.60 | |
| 09/22/2006 | CKB | Review Motion to Stay. | 0.30 | |
| 09/25/2006 | CKB | Telephone conference with T. Noel regarding Objection to Motion to Stay and CAMP conference; discuss with C. Scott. | 0.30 | |
| | CMS | Prepare for CAMP Settlement Conference in the First Circuit. | 1.00 | |
| 09/26/2006 | CMS | Attend Settlement Conference at First Circuit in Boston; travel to and from same; telephone calls to J. Trudell of Target and R. Riopelle of Cherokee. | 5.00 | |
| 09/28/2006 | CKB | Review and revise Objection to Motion to Stay and discuss with T. Noel. | 0.30 | |
| | CMS | Review and revise objection to Mag's Motion to Stay. | 0.50 | |
| | | For Current Services Rendered | 9.60 | 3,280.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Craig M. Scott | 8.70 | $345.00 | $3,001.50 |
| Christine K. Bush | 0.90 | 310.00 | 279.00 |

**Duffy Sweeney & Scott, LTD**
**One Turks Head Place, Suite 1200**
**Providence, RI 02903**
**Tax ID: 05-0508731**
**Tel 401-455-0700**
**Fax 401-455-0701**

Page: 1
November 30, 2006
Account No: 100102-0000M
Invoice No: 13454

Target Corporation
Attn: Michael Wahlig, Esq.
Deputy General Counsel
1000 Nicollet Mall
Minneapolis MN 55403-2467

Mag Jewelry Litigation
Control No. 2002-000422
Attorney-In-Charge: Jayne Trudell, Esq.

For Professional Services

| | | | Hours | |
|---|---|---|---|---|
| 10/10/2006 | CKB | Finalize corporate disclosure forms; forward to Target; discuss with Cherokee. | 0.40 | |
| 10/16/2006 | CKB | Review Brief filed by Mag; discuss with C. Scott. | 0.60 | |
| | CMS | Review Appellant's First Circuit Brief. | 2.30 | |
| 10/19/2006 | CKB | Review trial transcript; telephone conference with Style counsel regarding briefs; begin drafting brief. | 4.40 | |
| 10/20/2006 | CKB | Continue review of transcript and prepare Appeals Brief. | 1.00 | |
| | | For Current Services Rendered | 8.70 | 2,777.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Craig M. Scott | 2.30 | $345.00 | $793.50 |
| Christine K. Bush | 6.40 | 310.00 | 1,984.00 |

Expenses

| | |
|---|---|
| Long distance telephone charges | 0.65 |
| Photocopy charges | 51.75 |
| Postage | 4.26 |
| Meals & entertainment expense | 54.99 |
| Federal Express Charges | 70.25 |
| Total Expenses Thru 10/31/2006 | 181.90 |

Previous Balance $5,068.07

**Duffy Sweeney & Scott, LTD**
**One Turks Head Place, Suite 1200**
**Providence, RI 02903**
**Tax ID: 05-0508731**
**Tel 401-455-0700**
**Fax 401-455-0701**

Page: 1
December 31, 2006
Account No: 100102-0000M
Invoice No: 13913

Target Corporation
Attn: Michael Wahlig, Esq.
Deputy General Counsel
1000 Nicollet Mall
Minneapolis MN 55403-2467

Mag Jewelry Litigation
Control No. 2002-000422
Attorney-In-Charge: Jayne Trudell, Esq.

For Professional Services

| | | | Hours |
|---|---|---|---|
| 11/01/2006 | CKB | Continue preparation of Appeal Brief. | 3.00 |
| 11/03/2006 | CKB | Continue preparation of Appeal Brief. | 3.00 |
| 11/06/2006 | CKB | Continue preparation of Appeal Brief; telephone conference with J. Harrington regarding joint appendix. | 1.00 |
| 11/08/2006 | CKB | Continue preparation of Appeal Brief; correspond with Style counsel regarding Appendix. | 5.00 |
| 11/09/2006 | CKB | Multiple telephone conferences with T. Noel regarding strategy; continue preparation of Appeal Brief. | 6.00 |
| 11/10/2006 | CKB | Continue preparation of Appeal Brief; forward to C. Scott; discuss Appendix with Style counsel. | 5.00 |
| 11/11/2006 | CMS | Review and revise First Circuit brief; telephone call to T. Noel regarding same. | 3.00 |
| 11/13/2006 | CKB | Continue preparation of Appeal Brief; additional research regarding same; review Style brief. | 5.00 |
| | CMS | Revise Brief. | 2.00 |
| 11/14/2006 | CKB | Revise Appeal Brief; check all legal and factual cites; telephone conference with J. Harrington regarding Appendix; additional research for brief; forward to J. Trudell and R. Riopelle. | 7.00 |
| | MEL | Review Brief of Appellees/Cross-Appellants Cherokee, Inc., Target Corporation and Robert Margolis; discuss and e-mail C. Bush regarding same. | 2.90 |

Target Corporation

December 31, 2006
Account No: 100102-0000M
Invoice No: 13913

Mag Jewelry Litigation
Control No. 2002-000422
Attorney-In-Charge: Jayne Trudell, Esq.

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | CMS | Revise Brief; review Style's brief. | 3.00 | |
| | RRG | Review and revise Brief. | 2.10 | |
| 11/15/2006 | CJD | Cite check Brief. | 3.00 | |
| | CKB | Revise, finalize and file Appeal Brief. | 3.00 | |
| | CMS | Revise and finalize Brief; legal research regarding same; coordinate strategy with Style's counsel. | 6.00 | |
| | RRG | Review and revise Brief. | 2.00 | |
| 11/16/2006 | CMS | | | |
| 11/20/2006 | CMS | | | |
| 11/29/2006 | CMS | Telephone call from T. Noel regarding post-judgment writ of attachment in Mag. | 0.30 | |
| 11/30/2006 | CMS | | | |
| | | For Current Services Rendered | 65.10 | 19,630.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Craig M. Scott | 17.10 | $345.00 | $5,899.50 |
| Christine K. Bush | 38.00 | 310.00 | 11,780.00 |
| Rachelle R. Green | 4.10 | 285.00 | 1,168.50 |
| Crystal J. Dartt | 3.00 | 140.00 | 420.00 |
| Michelle Lyman | 2.90 | 125.00 | 362.50 |

Expenses

| | |
|---|---|
| Long distance telephone charges | 0.35 |
| Photocopy charges | 17.75 |
| Postage | 15.15 |
| Federal Express Charges | 22.44 |
| Outside copying services | 230.74 |
| On-line Research Service- | 124.21 |
| Total Expenses Thru 11/30/2006 | 410.64 |

**Duffy Sweeney & Scott, LTD**
**One Turks Head Place, Suite 1200**
**Providence, RI 02903**
**Tax ID: 05-0508731**
**Tel 401-455-0700**
**Fax 401-455-0701**

Page: 1
January 26, 2007
Account No: 100102-0000M
Invoice No: 34276

Target Corporation
Attn: Michael Wahlig, Esq.
Deputy General Counsel
1000 Nicollet Mall
Minneapolis MN 55403-2467

Mag Jewelry Litigation
Control No. 2002-000422
Attorney-In-Charge: Jayne Trudell, Esq.

For Professional Services

| | | | Hours | |
|---|---|---|---|---|
| 12/01/2006 | CKB | Review proposed Joint Motion to File Appendix and correspond with Style counsel regarding same. | 0.30 | |
| 12/06/2006 | CKB | | | |
| 12/07/2006 | CMS | | | |
| 12/15/2006 | CMS | Telephone call to Style's corporate counsel; telephone call from T. Noel. | 1.80 | |
| 12/19/2006 | CKB | Review Mag's Reply Brief; discuss with C. Scott. | 1.00 | |
| | CMS | Attention to objection to Mag's motion to stay. | 0.60 | |
| 12/20/2006 | CKB | Begin preparation of Reply Memorandum. | 3.00 | |
| 12/21/2006 | CKB | Continue preparation of Reply Brief; research case law cited by Mag. | 3.00 | |
| 12/22/2006 | CKB | Finalize Reply Brief. | 2.70 | |
| 12/26/2006 | CKB | Review notice of oral argument; forward to clients. | 0.30 | |
| | CMS | Revise reply memorandum in support of attorney's fees. | 1.00 | |
| 12/27/2006 | CKB | Revise Reply Brief; discuss with Style counsel and C. Scott. | 3.00 | |
| | | For Current Services Rendered | 18.50 | 5,906.50 |

January 26, 2007
Account No: 100102-0000M
Invoice No: 34276

Target Corporation

Mag Jewelry Litigation
Control No. 2002-000422
Attorney-In-Charge: Jayne Trudell, Esq.

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Craig M. Scott | 4.90 | $345.00 | $1,690.50 |
| Christine K. Bush | 13.60 | 310.00 | 4,216.00 |

Expenses

| | |
|---|---|
| Postage | 1.26 |
| On-line Research Service- | 93.94 |
| Total Expenses Thru 12/31/2006 | 95.20 |

Previous Balance $24,788.11

Payments

| | | |
|---|---|---|
| 01/03/2007 | Payment - Check #0012499763 | -2,959.40 |

Balance Due $27,830.41

*PLEASE INCLUDE ACCOUNT NUMBER WITH ALL REMITTANCES*

**Duffy Sweeney & Scott, LTD**
**One Turks Head Place, Suite 1200**
**Providence, RI 02903**
**Tax ID: 05-0508731**
**Tel 401-455-0700**
**Fax 401-455-0701**

Page: 1
February 28, 2007
Account No: 100102-0000M
Invoice No: 34660

Target Corporation
Attn: Michael Wahlig, Esq.
Deputy General Counsel
1000 Nicollet Mall
Minneapolis MN 55403-2467

Mag Jewelry Litigation
Control No. 2002-000422
Attorney-In-Charge: Jayne Trudell, Esq.

For Professional Services

| | | | Hours |
|---|---|---|---|
| 01/02/2007 | CKB | Revise and finalize Reply Brief; telephone conference with ; prepare correspondence to Court and clients regarding Reply Brief; file and serve same. | 2.00 |
| | CMS | Finalize reply brief; | 3.00 |
| | RRG | Review and revise Reply Memorandum (1st Circuit). | 1.50 |
| 01/04/2007 | CKB | Review Style's Reply Brief. | 0.40 |
| 01/08/2007 | CMS | Telephone call to Style's outside general counsel regarding First Circuit oral argument and representation issues. | 0.80 |
| | CMS | | |
| 01/24/2007 | CJD | Assemble binders for oral argument; assemble case law cited in briefs. | 2.80 |
| | CMS | Review scheduling notice from First Circuit; telephone call from T. Noel regarding same. | 0.40 |
| 01/25/2007 | CJD | Assemble binders for oral argument; assemble case law cited in briefs. | 1.00 |
| | CMS | Coordinate presentation at First circuit with T. Noel; review scheduling notice regarding oral argument. | 0.30 |
| 01/26/2007 | CJD | Obtain copies of all case law cited in appellate briefs; assemble same. | 3.00 |

Target Corporation

February 28, 2007
Account No: 100102-0000M
Invoice No: 34660

Mag Jewelry Litigation
Control No. 2002-000422
Attorney-In-Charge: Jayne Trudell, Esq.

| | | | Hours | |
|---|---|---|---|---|
| 01/29/2007 | CMS | Telephone call with client. | 0.30 | |
| 01/31/2007 | CJD | Conduct research regarding Circuit Judge Gibson; obtain copyright decisions of First Circuit panel. | 2.80 | |
| | CMS | Assemble case law on copyright law authorized by First Circuit panel. | 1.00 | |
| | | For Current Services Rendered | 19.60 | 4,937.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Craig M. Scott | 6.10 | $365.00 | $2,226.50 |
| Christine K. Bush | 2.40 | 325.00 | 780.00 |
| Rachelle R. Green | 1.50 | 295.00 | 442.50 |
| Crystal J. Dartt | 9.60 | 155.00 | 1,488.00 |

Expenses

| | |
|---|---|
| Photocopy charges | 15.75 |
| Postage | 6.75 |
| Meals & entertainment expense | 29.05 |
| Federal Express Charges | 58.46 |
| Outside copying services | 280.70 |
| On-line Research Service- | 525.87 |
| Total Expenses Thru 01/31/2007 | 916.58 |

| | |
|---|---|
| Previous Balance | $27,830.41 |

Payments

| | | |
|---|---|---|
| 02/05/2007 | Payment-Check #12875274 | -20,041.14 |
| 02/19/2007 | Payment | -6,001.70 |
| | Total Payments | -26,042.84 |
| | Finance Charge | 19.39 |
| | Balance Due | $7,660.54 |

Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
Tax ID: 05-0508731
Tel 401-455-0700
Fax 401-455-0701

Target Corporation
Attn: Michael Wahlig, Esq.
Deputy General Counsel
1000 Nicollet Mall
Minneapolis MN 55403-2467

Page: 1
March 31, 2007
Account No: 100102-0000M
Invoice No: 35050

Mag Jewelry Litigation
Control No. 2002-000422
Attorney-In-Charge: Jayne Trudell, Esq.

For Professional Services

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/01/2007 | CMS | Prepare for argument before First Circuit; extended meeting with T. Noel regarding strategy; telephone call from J. Trudell. | 5.80 |
| 02/02/2007 | CKB | Meeting with C. Scott regarding First Circuit argument; discuss case law and argument strategy. | 0.40 |
| | CMS | Review appendices and case law in preparation for oral argument before First Circuit. | 4.00 |
| | CJD | Obtain First Circuit Justices biography's; attention to document imaging issues. | 1.40 |
| 02/03/2007 | CMS | Prepare for oral argument; telephone conference with T. Noel regarding coordination of argument. | 5.00 |
| 02/04/2007 | CMS | Prepare for oral argument; review appendices, transcripts and case law. | 2.50 |
| 02/05/2007 | CKB | Meeting with C. Scott to discuss strategy. | 0.50 |
| | CMS | Prepare for First Circuit oral argument. | 6.00 |
| 02/06/2007 | CMS | Argue appeal at First Circuit; travel to and from Boston, MA regarding same. | 6.00 |
| | CKB | First Circuit argument; travel to and from Boston. | 5.70 |
| 02/15/2007 | CMS | Attend hearing on cross motions to stay and attach; prepare for same. | 1.50 |
| 02/20/2007 | CKB | Review correspondence from plaintiff's counsel regarding proposed form of order; review and revise order; telephone | |

Mag Jewelry Litigation
Control No. 2002-000422
Attorney-In-Charge: Jayne Trudell, Esq.

| | | | Hours | |
|---|---|---|---|---|
| | | conference with plaintiff's counsel regarding order; telephone conference with T. Noel regarding order. | 0.30 | |
| | CMS | Correspondence regarding payment by Mag of bill of costs awarded to Target. | 0.30 | |
| 02/21/2007 | CKB | Review of proposed form of order; discussion with CMS; | 0.30 | |
| | | For Current Services Rendered | 39.70 | 13,908.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Craig M. Scott | 31.10 | $365.00 | $11,351.50 |
| Christine K. Bush | 7.20 | 325.00 | 2,340.00 |
| Crystal J. Dartt | 1.40 | 155.00 | 217.00 |

Expenses

| | |
|---|---|
| Parking | 9.00 |
| Mileage | 58.20 |
| Meals & entertainment expense | |
| Outside copying services | 88.51 |
| On-line Research Service- | 5.08 |
| Total Expenses Thru 02/28/2007 | 160.79 |

| | | |
|---|---|---|
| | Previous Balance | $7,660.54 |

Payments

| | | |
|---|---|---|
| 03/19/2007 | Payment-Thank You- | -5,853.58 |
| | Finance Charge | 18.22 |
| | Balance Due | $15,894.47 |

**Duffy Sweeney & Scott, LTD**
**One Turks Head Place, Suite 1200**
**Providence, RI 02903**
**Tax ID: 05-0508731**
**Tel 401-455-0700**
**Fax 401-455-0701**

Page: 1
September 12, 2007
Account No: 100102-0000M
Statement No: 37092

Target Corporation
Attn: Michael Wahlig, Esq.
Deputy General Counsel
1000 Nicollet Mall
Minneapolis MN 55403-2467

Mag Jewelry Litigation
Control No. 2002-000422
Attorney-In-Charge: Jayne Trudell, Esq.

For Professional Services

| | | | Rate | Hours | | |
|---|---|---|---|---|---|---|
| 08/08/2007 | CMS | Review Decision from First Circuit. | 365.00 | 1.00 | 365.00 | 1 |
| 08/09/2007 | CMS | Telephone call from J. Trudell regarding First Circuit Decision and remedies. | 365.00 | 0.30 | 109.50 | 2 |
| | CKB | Review decision uploading trial court decision and awarding attorneys fees; discuss with C. Scott. | 325.00 | 0.60 | 195.00 | 6 |
| | BLM | Research costs recoverable from opposing party on appeal, and attorney's fees under Copyright Act. | 235.00 | 1.40 | 329.00 | 9 |
| 08/13/2007 | CMS | Revise letter to clerk; telephone call to Styles' new counsel; attention to remand. | 365.00 | 0.50 | 182.50 | 3 |
| 08/14/2007 | CJD | Review appellate rules regarding costs on appeal; review costs and assemble supporting documentation; draft Bills of Costs; telephone discussion with Judge Torres' clerk regarding same. | 155.00 | 3.20 | 496.00 | 4 |
| | CMS | Draft Motion regarding release of funds; corresondence with Style's new counsel regarding same. | 365.00 | 0.80 | 292.00 | 10 |
| 08/17/2007 | CJD | Finalize appellate and district court bills of costs; draft letters to appellate and district court clerks enclosing same. | 155.00 | 1.00 | 155.00 | 5 |
| | CMS | Draft Motion to Release Funds from Court. | 365.00 | 0.70 | 255.50 | 11 |
| 08/27/2007 | CMS | Draft Motion to Release; review fees and fee application. | 365.00 | 0.70 | 255.50 | 12 |

Target Corporation

September 12, 2007
Account No: 100102-0000M
Statement No: 37092

Mag Jewelry Litigation
Control No. 2002-000422
Attorney-In-Charge: Jayne Trudell, Esq.

| | | | Rate | Hours | | |
|---|---|---|---|---|---|---|
| 08/28/2007 | CJD | Review billing history; calculate and summarize post-trial fees and costs; attention to Appellate Bill of Costs; telephone discussion with Style's counsel regarding same; attention to Renewed Bill of Costs. | 155.00 | 3.70 | 573.50 | 7 |
| 08/31/2007 | CMS | Draft Motion to Release regarding Bill of Costs; email to T. Tarro regarding same. | 365.00 | 1.20 | 438.00 | 13 |
| 09/06/2007 | CJD | Telephone call from ADR Administrator B. Mitchell regarding Target's Second Bill of Costs. | 155.00 | 0.20 | 31.00 | 8 |
| | | For Current Services Rendered | | 15.30 | 3,677.50 | |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Craig M. Scott | 5.20 | $365.00 | $1,898.00 |
| Christine K. Bush | 0.60 | 325.00 | 195.00 |
| Crystal J. Dartt | 8.10 | 155.00 | 1,255.50 |
| Byron L. McMasters | 1.40 | 235.00 | 329.00 |

Expenses

| | | | |
|---|---|---|---|
| 08/14/2007 | Photocopy charges | 3.25 | 47 |
| 08/15/2007 | Postage | 2.71 | 46 |
| 08/17/2007 | Federal Express Charges (31) FedEx -INV# 223921893 | 18.04 | 50 |
| 08/28/2007 | Courier fee: LSX83107 | 6.00 | 49 |
| 08/30/2007 | Postage | 1.23 | 48 |
| 08/30/2007 | Federal Express Charges: FROM: CMS TO: US COURT OF APPEALS (31) FedEx -INV# 223921893 | 18.04 | 51 |
| | Total Expenses | 49.27 | |

Balance Due $3,726.77

***A finance charge of 1% per month will be assessed on all accounts past due 30 days.***

***PLEASE INCLUDE ACCOUNT NUMBER WITH ALL REMITTANCES***

# EXHIBIT B

AIPLA

# Report of the Economic Survey

2007

Prepared Under Direction of
Law Practice Management Committee

American Intellectual Property Law Association
241 18th Street South, Suite 700
Arlington, Virginia 22202
www.aipla.org

**Average hourly billing rate in 2006 (Q29)**

***Private Firm, Partner***

| | | What was your average hourly billing rate in 2006? | | | | |
|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 827 | $390 | $300 | $380 | $475 |
| Years of Intellectual Property Law Experience | Fewer than 5 | 6 | $192 | $144 | $200 | $231 |
| | 5-6 | 30 | $281 | $239 | $250 | $311 |
| | 7-9 | 120 | $327 | $260 | $308 | $400 |
| | 10-14 | 226 | $371 | $295 | $370 | $450 |
| | 15-24 | 237 | $407 | $313 | $400 | $495 |
| | 25-34 | 142 | $446 | $340 | $430 | $529 |
| | 35 or More | 58 | $458 | $369 | $460 | $546 |
| Location | Boston CMSA | 46 | $512 | $436 | $503 | $575 |
| | NYC CMSA | 50 | $453 | $390 | $443 | $541 |
| | Philadelphia CMSA | 26 | $405 | $344 | $400 | $429 |
| | Washington, DC CMSA | 125 | $435 | $360 | $430 | $505 |
| | Other East | 41 | $306 | $250 | $300 | $345 |
| | Metro Southeast | 35 | $381 | $325 | $375 | $435 |
| | Other Southeast | 16 | $279 | $206 | $290 | $348 |
| | Chicago CMSA | 64 | $398 | $326 | $380 | $450 |
| | Minne.-St. Paul PMSA | 38 | $367 | $300 | $375 | $429 |
| | Other Central | 147 | $298 | $250 | $295 | $330 |
| | Texas | 62 | $407 | $340 | $400 | $486 |
| | Los Angeles CMSA | 37 | $461 | $330 | $485 | $553 |
| | San Francisco CMSA | 49 | $469 | $393 | $460 | $530 |
| | Other West | 80 | $344 | $271 | $330 | $403 |
| IP Technical Specialization (>=50%) | Biotechnology | 61 | $413 | $315 | $425 | $490 |
| | Chemical | 102 | $375 | $299 | $370 | $440 |
| | Computer Hardware | 15 | $422 | $350 | $400 | $545 |
| | Computer Software | 57 | $395 | $310 | $400 | $483 |
| | Electrical | 79 | $405 | $315 | $400 | $475 |
| | Mechanical | 177 | $337 | $275 | $315 | $398 |
| | Other areas | 9 | $446 | $320 | $425 | $588 |
| Age | Younger than 35 | 17 | $287 | $225 | $275 | $323 |
| | 35-39 | 119 | $338 | $250 | $320 | $420 |
| | 40-44 | 191 | $367 | $280 | $350 | $440 |
| | 45-49 | 166 | $382 | $295 | $379 | $450 |
| | 50-54 | 120 | $416 | $340 | $400 | $494 |
| | 55-59 | 97 | $437 | $328 | $425 | $508 |
| | 60 or Older | 110 | $444 | $338 | $448 | $541 |
| Gender | Male | 726 | $392 | $300 | $380 | $475 |
| | Female | 94 | $368 | $284 | $365 | $450 |
| Highest Non-Law Degree | Bachelor's Degree | 538 | $388 | $295 | $375 | $475 |
| | Master's Degree | 187 | $398 | $305 | $395 | $490 |
| | Doctorate Degree | 54 | $378 | $300 | $383 | $466 |
| Ethnicity | White/Caucasian | 744 | $392 | $300 | $385 | $479 |
| | Hispanic/Latino | 7 | $350 | $225 | $330 | $500 |
| | Asian/Pacific Islander | 29 | $353 | $250 | $330 | $453 |
| | Blended | 3 | $243 | NA | $240 | NA |
| | Other | 16 | $348 | $300 | $328 | $401 |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 59 | $278 | $225 | $255 | $325 |
| | 3-5 | 95 | $318 | $250 | $315 | $375 |
| | 6-10 | 81 | $322 | $258 | $315 | $355 |
| | 11-25 | 174 | $343 | $275 | $330 | $400 |
| | 26-50 | 115 | $409 | $325 | $400 | $490 |
| | 51-100 | 158 | $453 | $380 | $450 | $511 |
| | 101-150 | 50 | $502 | $429 | $493 | $571 |
| | More than 150 | 84 | $507 | $435 | $500 | $579 |

**Litigation-Copyright Infringement Less than $1M at risk--End of Discovery (000s) (Q39a)**

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 146 | 8 | 11 | 11 | 10 | 6 | 6 | 8 | 5 | 3 | 36 | 10 | 6 | 6 | 20 |
| Mean (Average) | $179 | $274 | $185 | $240 | $160 | $133 | $175 | $173 | $272 | $200 | $135 | $177 | $158 | $171 | $193 |
| First Quartile 25% | $75 | $113 | $100 | $50 | $75 | $50 | $114 | $75 | $180 | NA | $54 | $34 | $63 | $69 | $106 |
| Median (Midpoint) | $150 | $250 | $125 | $225 | $100 | $150 | $175 | $90 | $300 | $200 | $150 | $150 | $125 | $150 | $200 |
| Third Quartile 75% | $250 | $400 | $250 | $400 | $263 | $175 | $224 | $288 | $350 | NA | $200 | $275 | $250 | $275 | $269 |

**Litigation-Copyright Infringement Less than $1M at risk--Inclusive, all costs (000s) (Q39b)**

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 150 | 8 | 12 | 12 | 10 | 8 | 5 | 8 | 5 | 3 | 36 | 10 | 6 | 6 | 21 |
| Mean (Average) | $310 | $520 | $336 | $365 | $295 | $200 | $247 | $414 | $544 | $333 | $235 | $278 | $289 | $308 | $299 |
| First Quartile 25% | $133 | $213 | $213 | $94 | $115 | $59 | $168 | $131 | $350 | NA | $100 | $69 | $121 | $138 | $175 |
| Median (Midpoint) | $290 | $475 | $250 | $425 | $350 | $188 | $250 | $325 | $550 | $300 | $250 | $275 | $250 | $350 | $300 |
| Third Quartile 75% | $400 | $925 | $300 | $600 | $425 | $338 | $325 | $675 | $735 | NA | $369 | $369 | $463 | $425 | $400 |

**Litigation-Copyright Infringement $1-$25M at risk--End of Discovery (000s) (Q39c)**

| | | Location | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Boston CMSA | NYC CMSA | Phila CMSA | Wash, DC CMSA | Other East | Metro South-east | Other South-east | Chicago CMSA | Minne.-St. Paul PMSA | Other Central | Texas | L.A. CMSA | S.F. CMSA | Other West |
| Number of Respondents | 124 | 8 | 9 | 11 | 9 | 4 | 5 | 4 | 5 | 3 | 30 | 8 | 5 | 7 | 16 |
| Mean (Average) | $435 | $641 | $361 | $643 | $347 | $413 | $365 | $475 | $760 | $450 | $278 | $620 | $286 | $495 | $414 |
| First Quartile 25% | $150 | $200 | $150 | $150 | $163 | NA | $238 | NA | $275 | NA | $125 | $33 | $95 | $400 | $200 |
| Median (Midpoint) | $350 | $450 | $350 | $1,000 | $220 | $450 | $400 | $500 | $550 | $500 | $200 | $250 | $300 | $500 | $375 |
| Third Quartile 75% | $540 | $938 | $475 | $1,000 | $625 | NA | $475 | NA | $1,350 | NA | $313 | $1,588 | $470 | $600 | $575 |

**Litigation-Copyright Infringement Less than $1M at risk–End of Discovery (000s) (Q39a)**

| | Total | 1-5 Attorneys | 6-75 Attorneys | 76 or more Attorneys | All Corporate |
|---|---|---|---|---|---|
| Number of Respondents | 146 | 38 | 68 | 28 | 8 |
| Mean (Average) | $179 | $114 | $177 | $275 | $193 |
| First Quartile 25% | $75 | $39 | $100 | $163 | $81 |
| Median (Midpoint) | $150 | $100 | $150 | $300 | $150 |
| Third Quartile 75% | $250 | $163 | $225 | $400 | $363 |

**Litigation-Copyright Infringement Less than $1M at risk–Inclusive, all costs (000s) (Q39b)**

| | Total | 1-5 Attorneys | 6-75 Attorneys | 76 or more Attorneys | All Corporate |
|---|---|---|---|---|---|
| Number of Respondents | 150 | 39 | 71 | 28 | 8 |
| Mean (Average) | $310 | $200 | $287 | $518 | $246 |
| First Quartile 25% | $133 | $85 | $150 | $331 | $65 |
| Median (Midpoint) | $290 | $175 | $250 | $475 | $213 |
| Third Quartile 75% | $400 | $300 | $400 | $600 | $375 |

**Litigation-Copyright Infringement $1-$25M at risk–End of Discovery (000s) (Q39c)**

| | Total | 1-5 Attorneys | 6-75 Attorneys | 76 or more Attorneys | All Corporate |
|---|---|---|---|---|---|
| Number of Respondents | 124 | 28 | 58 | 30 | 6 |
| Mean (Average) | $435 | $200 | $427 | $666 | $258 |
| First Quartile 25% | $150 | $100 | $150 | $338 | $100 |
| Median (Midpoint) | $350 | $200 | $350 | $540 | $250 |
| Third Quartile 75% | $540 | $288 | $513 | $1,000 | $425 |

# EXHIBIT C

## CHEROKEE, INC., ROBERT MARGOLIS AND TARGET CORPORATION'S ITEMIZED STATEMENT OF ATTORNEY TIME AND EXPENSES

| Invoice Date | Invoice No. | Hours | | Fee |
|---|---|---|---|---|
| April 30, 2006 | 11095 | 43.60 | | 11,882.50 |
| June 26, 2006 | 11678 | 23.30 | | 7,297.00 |
| July 28, 2006 | 11995 | 13.70 | | 4,233.00 |
| August 31, 2006 | 12456 | 0.50 | | 172.50 |
| September 30, 2006 | 12839 | 4.20 | | 1,344.00 |
| October 31, 2006 | 13178 | 9.60 | | 3,280.50 |
| November 30, 2006 | 13454 | 8.70 | | 2,777.50 |
| December 31, 2006 | 13913 | 62.30 | | 18,664.00 |
| January 26, 2007 | 34276 | 16.70 | | 5,296.00 |
| February 28, 2007 | 34660 | 19.30 | | 4,827.50 |
| March 31, 2007 | 35050 | 39.70 | | 13,908.50 |
| September 12, 2007 | 37092 | 15.30 | | 3,677.50 |
| Subtotal | | 256.90 | $ | 77,360.50 |

**Additional Expenses Charge to Client**

| | | |
|---|---|---|
| Courier Fees | | 21.45 |
| On-Line Research | | 874.14 |
| Federal Express | | 187.23 |
| Travel | | 58.2 |
| Subtotal | $ | 1,141.02 |
| **TOTAL** | **$** | **78,501.52** |

# EXHIBIT D

| | |
|---|---|
| District Court Fee Application | 164,018.65 |
| Post-Trial and Appellate Fees (Supplemental Application) | 77,360.50 |
| Post-Trial Non-Taxable Costs Billed to Target (On-line Research, Federal Express, Travel, Courier Fees) | 1,141.02 |
| | 78,501.52 |
| Appellate Bill of Costs | 174.90 (pending decision) |
| **Total as of 9-6-07** | **$242,695.07** |

**Costs allowed:**

| | |
|---|---|
| District Court Bill of Costs | $1,208.80 (satisfied) |
| District Court 2nd Bill of Costs Awarded on 9-20-07 | 339.47 (not satisfied) |