UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MAG JEWELRY CO., INC.

v. CA No. 04-174-T

CHEROKEE, INC., et al.

## ORDER OF REFERENCE

This matter is hereby referred to Magistrate Judge Almond for report and recommendation regarding the amount of reasonable attorneys' fees incurred by (1) Style Accessories, Inc. and (2) Cherokee Inc., Target Corporation, and Robert Margolis in connection with the litigation of the copyright infringement claims in this case and, further, in connection with all subsequent proceedings to collect such fees as may be due.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge

Date: Oct. 15 , 2007