**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MAG JEWELRY CO., INC. | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| VS. | : | C.A. NO.: 04-174T |
| | : | |
| CHEROKEE, INC., ROBERT MARGOLIS | : | |
| AND TARGET CORPORATION d/b/a | : | |
| TARGET STORES and STYLE | | |
| ACCESSORIES, INC. | : | |
| | : | |
| Defendants | : | |

**MOTION TO CONTINUE HEARING DATE**

Now comes your Plaintiff, Mag Jewelry Co., Inc. in the above-entitled matter, and respectfully moves this Honorable Court for an Order continuing the hearing on the Defendants' Motion for Attorney's Fees and Costs from October 31, 2007 to November 7, 2007. As grounds for its motion, Plaintiff states:

1. Plaintiff's counsel, Thomas A. Tarro, III and Kris Macaruso Marotti are scheduled to be on trial before Judge Procaccini of the Rhode Island Superior Court on October 29, 2007 through November 1, 2007. This matter has previously been scheduled for date certain trial by Judge Procaccini.

2. No prejudice will come to any of the parties should the court grant the Plaintiff's motion for a one-week continuance of the hearing date.

WHEREFORE, Plaintiff seeks an Order of the court continuing the hearing on the Defendants' Motion for Attorney's Fees and Costs from October 31, 2007 to November 7, 2007.

Plaintiff,
By and Through Its Attorneys,

_/s/ Thomas A. Tarro, III______________

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

**CERTIFICATION**

I hereby certify that I mailed a copy of the above Motion to Continue via electronic filing on the 17th day of October, 2007 to:

Craig M. Scott, Esq.
DUFFY & SWEENEY, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903

Matthew T. Oliverio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

_/s/ Thomas A. Tarro, III_________