**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| MAG JEWELRY CO., INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHEROKEE, INC.; ROBERT MARGOLIS; TARGET CORP. d/b/a TARGET STORES; and STYLE ACCESSORIES, INC.<br><br>Defendants. | Case No. 04-174T |

**ORDER**

The magistrate judge's recommendation that the Defendants' Motions for Attorneys' Fees and Costs (Document Nos. 124 and 130) as Supplemented (Document Nos. 183 and 184) be granted in part is hereby adopted and, based upon the revised calculations submitted by counsel in accordance with the magistrate judge's findings, defendant Style Accessories is hereby awarded attorneys' fees and costs in the amount of $ 221,118.03, and defendants Target Corp., Cherokee, Inc., and Robert Margolis are awarded attorneys' fees and costs in the amount of $ 201,976.46.

IT IS SO ORDERED:

Ernest C. Torres
Senior District Judge
Date: 3/19/08